1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax
   jf@careyandcareylaw.com
5
   Attorneys for DEFENDANT ERIC LIGHTER
6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,      )    CASE NO.    CR 05-00215-JW
                                   )
13         Plaintiff,              )    OBJECTION BY DEFENDANT ERIC
                                   )    LIGHTER TO GOVT'S EX PARTE
14  vs.                            )    APPLICATION FOR IMMUNITY FOR
                                   )    WITNESS JEAN-PAUL BOURDIER
15  SAMUEL S. FUNG and ERIC AARON  )    AND REQUEST FOR ADDITIONAL
    LIGHTER,                       )    TIME TO SUBMIT SUBSTANTIVE
16                                 )    BRIEFING ON THIS ISSUE.
           Defendants.            )    _____
17  _____)

18

19      I, Jerry Y. Fong, declare:

20      1.      I am an attorney licensed to practice law before this Court and am the attorney

21  of record for Defendant Eric Lighter in this case.

22      2.      On September 2, 2010, at approximately 2:50 p.m., I saw the ECF notice

23  regarding the Government's ex parte application for immunity for a key witness in the

24  upcoming trial of this case, Jean-Paul Bourdier.

25      3.      I had no prior notice that this application would be made or that Mr. Bourdier

26  is seeking immunity from the Government to appear as a witness at trial.

27      4.      Currently, I am preparing for an important hearing tomorrow in the District

28  Court in San Francisco.  I cannot submit a substantive brief opposing the Government's

1    application until this weekend.

2         5.    Also, I am due to fly to New York on another case early Tuesday morning (at

3    6:15 a.m.), returning to the Bay Area around 11:00 p.m. on Wednesday night.

4         6.    I need additional time to research this issue and to write a substantive brief,

5    setting forth Mr. Lighter's position.

6         7.    In the meantime, I do not want to waive or give up any legal bases on which

7    Mr. Lighter has or might reasonably have to oppose this ex parte application.

8         8.    Accordingly, I respectfully request that the Court not rule on the Government's

9    application until *after* next Thursday so that I can submit a substantive brief by 4:00 p.m. on

10   Thursday, September 9, 2010.  Again, I wish to preserve Mr. Lighter's rights until I can

11   better determine the applicable legal standard, potential harm to Mr. Lighter's case, and any

12   practical implications of a grant of the requested immunity.

     I declare under the penalty of perjury that the foregoing is true and correct.  Executed

14   on September 2, 2010, in Palo Alto, CA.

15

16

17                          _____/S/_____
                            JERRY Y. FONG
18

19

20

21

22

23

24

25

26

27

28