UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 10 mins

## CRIMINAL MINUTES

**Judge:** James Ware   **Courtroom Deputy:** Elizabeth Garcia
**Date:**  September 20, 2010   **Court Reporter:** Lee-Anne Shortridge
**Case No.:** CR- 05-00215 JW   **U.S. Probation Officer:** N/A
**Related Case No.:** N/A   **U.S. Pretrial Services Officer:** N/A
 **Interpreter:**   N/A

### TITLE

USA v. Samuel Fung (NC)(1) and Eric Lighter (NC)(2

Attorney(s) for Plaintiff(s): Blake Stamm
Attorney(s) for Defendant(s): Peter Leeming for Samuel Fung,
Jerry Fong for Eric Lighter

### PROCEEDINGS

**Status Hearing as to both defendants**

### ORDER AFTER HEARING

Hearing Held.  Defendant Fung  present and not in custody; Defendant Lighter not present for proceedings.  The Court took set the following pretrial and trial dates:
1. Final Pretrial Conference set for June 20, 2011 at 1:30 PM
2. Jury Selection set for July 5, 2011 at 09:00 AM - 12:00 PM
3. Jury Trial set for
July 5, 2011 at 1:00 PM - 4:00 PM
July 6, 2011 through July 8, 2011 at 9:00 AM - 12:00 PM and 1:00 PM - 4:00 PM
July 12, 2011 through July 15, 2011
July 19, 2011 through July 22, 2011
Argue and Submit set for July 26, 2011 at 9:00 AM
4. Jury deliberations set for July 26, 2011; July 27, 2011 through July 29, 2011.
Time excluded from September 20, 2010 through July 5, 2011 for effective trial preparation.

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original: Efiled**
**CC: J. Younger**