MELINDA HAAG (CAB 132612)
United States Attorney

MIRANDA KANE (CAB 150630)
Chief, Criminal Division

BLAKE D. STAMM (CTB 301887)
Assistant United States Attorney
CHARLES A. O'REILLY (CAB 160980)
KATHERINE L. WONG (CAB 264056)
Trial Attorneys

11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:    (415) 436-7063
Facsimile:    (415) 436-6748
Email:        Charles.A.O'Reilly@usdoj.gov
              Blake.D.Stamm2@usdoj.gov
              Katherine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **No. CR 05-00215-EJD** |
| ) | |
| **Plaintiff,** ) | **UNITED STATES' EXHIBIT LIST** |
| ) | |
| **v.** ) | Trial Date:    October 3, 2011 |
| ) | Time:          9:00 a.m. |
| **SAMUEL S. FUNG and ERIC AARON** ) | Court:         Hon. Edward J. Davila |
| **LIGHTER,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ――――――――――――――――――――――― ) | |

        The United States, by and through Melinda Haag, United States Attorney, Blake D. Stamm,

Assistant United States Attorney, Charles A. O'Reilly and Katherine L. Wong, Trial Attorneys for

the United States Department of Justice, Tax Division, hereby submits its preliminary exhibit list for

the trial in the above-captioned case.  The United States respectfully reserves the right to amend,

1   supplement and revise this exhibit list as trial preparations continue.  The United States will provide

2   the Court and defense copies of all exhibits prior to trial.

3                                                      Respectfully submitted,

4                                                      MELINDA HAAG
                                                       United States Attorney
5
                                                        /s/ Blake D. Stamm
6                                                      BLAKE D. STAMM
                                                       Assistant U.S. Attorney
7
                                                        /s/ Charles A. O'Reilly
8                                                      CHARLES A. O'REILLY
                                                       Trial Attorney
9
                                                        /s/ Katherine L. Wong
10                                                     KATHERINE L. WONG
                                                       Trial Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

CASE NO:   05-CR-00215-EJD                DATE:   October 3, 2011

_____United States of America_____   vs.   _Samuel S. Fung and Eric Aaron Lighter_

# EXHIBIT LIST

| Exhibit Number | Date | | Limits on Use | Bates No. (If Applicable) | Description |
|---|---|---|---|---|---|
| | Marked for ID | Admitted in Evidence | | | |
| 1 | | | | 09565 | Document purporting to appoint successor trustee |
| 2 | | | | 28087 | Form 1040 for the year 1999 - Chamness |
| 3 | | | | 28103 | Form 1040 for the year 2000 - Chamness |
| 4 | | | | 28168 | Form 1040 for the year 2001 - Chamness |
| 5 | | | | 28271 | Form 1040 for the year 1999 - Shahajahan |
| 6 | | | | 28398 | Form 1040 for the year 1999 - Brock & Haney |
| 7 | | | | 28412 | Form 1040 for the year 2000 - Brock & Haney |
| 8 | | | | 28590 | Form 1040 for the year 2001 - Brock & Haney |
| 9 | | | | 33457 | Form 1040 for the year 1998 - McKenzie |
| 10 | | | | 33474 | Form 1040 for the year 1999 - McKenzie |
| 11 | | | | 33485 | Form 1040 for the year 2000 - McKenzie |
| 12 | | | | 29215 | Form 1040 for the year 1998 - Garveys |
| 13 | | | | 30073 | Form 1040 for the year 1998 - Habura |
| 14 | | | | 30087 | Form 1040 for the year 1999 - Habura |

| | | | | | |
|---|---|---|---|---|---|
| 15 | | | | 30098 | Form 1040 for the year 2000 - Habura |
| 16 | | | | 30684 | Form 1040 for the year 2000 - Campbell |
| 17 | | | | 30698 | Form 1040 for the year 2001 - Campbell |
| 18 | | | | 30706 | Form 1040 for the year 2002 - Campbell |
| 19 | | | | 30808 | Form 1040 for the year 2000 - Bourdier & Trinh |
| 20 | | | | 30819 | Form 1040 for the year 2001 - Bourdier & Trinh |
| 21 | | | | 31097 | Form 1040 for the year 2002 - Bourdier & Trinh |
| 22 | | | | 29756 | Form 1040 for the year 1998 - Brockhage |
| 23 | | | | 29796 | Form 1040 for the year 1999 - Brockhage |
| 25 | | | | 04-0204 | West Coast Credit and Development, Inc. Articles of Incorporation |
| 26 | | | | 06754 | Fax transmission from Eric Lighter to Dr. Morris Brock |
| 27 | | | | 09633 | $5,500 transmitted by Bourdier |
| 28 | | | | 11964 | Bank of America Funds Transfer Request and Authorization in the amount of $33,000 |
| 29 | | | | 11965 | Bank of America Funds Transfer Request and Authorization in the amount of $150,000 |
| 30 | | | | 11966 | Bank of America Funds Transfer Request and Authorization in the amount of $200,000 |
| 31 | | | | 11967 | Bank of America Funds Transfer Request and Authorization in the amount of $90,000 |
| 32 | | | | 11968 | Bank of America Funds Transfer Request and Authorization in the amount of $20,000 |
| 33 | | | | | Demonstrative Chart of Telephone calls between Fung, Lighter and Clients |
| 34 | | | | 06713 | Fung $10,000 hand receipt for money collected from Gootnick |
| 35 | | | | | Telephone conversation dated March 3, 2006 - recording |
| 35a | | | | 12329 | Telephone conversation dated March 3, 2006 - transcript |

| 36 | | | | | Telephone conversation dated March 10, 2006 - recording |
|---|---|---|---|---|---|
| 36a | | | | 12265 | Telephone conversation dated March 10, 2006 - transcript |
| 37 | | | | 09566 | Letter to Special Agent Bonano from Lighter re Irwin Gootnick (sent via facsimile) |
| 38 | | | | 09074 | Letter to Special Agent Bonano from Lighter re Irwin Gootnick, and attachments (sent via facsimile) |
| 40 | | | | | Chart of Tax Loss Calculations - Counts 2 through 23 |
| 41 | | | | | Summary Chart of Tax Loss Calculations |
| 51 | | | | 28097 | U.S. Individual Income Tax Return and Administrative Files including Form 4549 Income Tax Examination Changes and Examination Workpapers - Eric Chamness for year 2000 |
| 52 | | | | 28206 | Form 1040 for the year 2002 - Chamness |
| 53 | | | | 00040 | IRS Transcripts of Account - Chamness 1999, 2000 and 2001 Forms 1040 |
| 55 | | | | 28225 | Form 1040 for the year 1997 - Shahajahan |
| 56 | | | | 28252 | Form 1040 for the year 1998 - Shahajahan |
| 57 | | | | 28268 | Form 1040 for the year 1999 and Administrative Files including Revenue Agent Report, Form 4549, Shahjahan |
| 58 | | | | 28338 | Form 1040 for the year 2000 - Shahajahan |
| 59 | | | | 28352 | Form 1040 for the year 2001 - Shahajahan |
| 60 | | | | 00069 | IRS Transcript of Account, Shah Shahjahan, 1999 Form 1040 |
| 61 | | | | 28365 | Form 1040 for the year 1997 - Brock & Haney |
| 62 | | | | 28379 | Form 1040 for the year 1998 - Brock & Haney |
| 63 | | | | 06943 | Form 1041 for the year 1999 - B&B Trust |
| 64 | | | | 28786 | Form 1041 for the year 1999 - Insight Co. Trust |
| 65 | | | | 28938 | Form 1041 for the year 2000 - B&B Trust |

| | | | | |
|---|---|---|---|---|
| 66 | | | | 28815 | Form 1041 for the year 2000 - Insight Co. Trust |
| 67 | | | | 28959 | Form 1041 for the year 2001 and Administrative File - B&B Trust |
| 68 | | | | 28835 | Form 1041 for the year 2001 - Insight Co. Trust |
| 69 | | | | 00993 | Revenue Agent Report, Form 4549, Brock and Haney, 1999 Form 1040 |
| 70 | | | | 28412 | U.S. Individual Income Tax Return and Administrative Files including Form 4549 Income Tax Examination Changes and Examination Workpapers - Brock and Haney for year 2000 |
| 71 | | | | 28444 | U.S. Individual Income Tax Return and Administrative Files including Form 4549 Income Tax Examination Changes and Examination Workpapers - Brock and Haney for year 2001 |
| 73 | | | | 00128 | IRS Transcript of Account - Brock and Haney, 1999, 2000 and 2001 for Forms 1040 and 1041 |
| 76 | | | | 33429 | Form 1040 for the year 1997 - McKenzie |
| 77 | | | | 01099 | Amended Form 1040 for the year 1998 - McKenzie |
| 78 | | | | 29151 | Form 1041 for the year 1998 - McKenzie Family Trust |
| 79 | | | | 29051 | Form 1041 for the year 1998 - McKenzie Family Resonance & Manifestation Trust |
| 80 | | | | 01128 | Amended Form 1040 for the year 1999 - McKenzie |
| 81 | | | | 29164 | Form 1041 for the year 1999 - McKenzie Family Trust |
| 82 | | | | 29064 | Form 1041 for the year 1999 - McKenzie Family Resonance & Manifestation Trust |
| 83 | | | | 01166 | Amended Form 1040 for the year 2000 - McKenzie |
| 84 | | | | 29176 | Form 1041 for the year 2000 - McKenzie Family Trust |
| 85 | | | | 29077 | Form 1041 and Administrative File for the year 2000 - McKenzie Family Resonance & Manifestation Trust |
| 86 | | | | 01032 | Revenue Agent Report, Form 4549, McKenzie, 1998, 1999, and 2000 Forms 1040 |

| | | | | | |
|---|---|---|---|---|---|
| 87 | | | | 01084 | IRS Payment Posting Voucher - Examination re year 2000 - McKenzie |
| 88 | | | | 00180 | IRS Transcript of Account - McKenzie, 1998, 1999 and 2000 for Forms 1040 and 1041 |
| 91 | | | | 00319 | Form 1041 for the year 1998 - Alpha Services Trust |
| 92 | | | | 00336 | Form 1041 for the year 1998 - Dancing Bear Family Trust |
| 93 | | | | 01261 | Form 1040X for the year 1998 - Garveys |
| 94 | | | | 01218 | Form 1041 for the year 1999 - Alpha Services Trust |
| 95 | | | | 29576 | Form 1041 for the year 1999 - Dancing Bear Family Trust |
| 96 | | | | 01278 | Form 1040X for the year 1999 - Garveys |
| 97 | | | | 29209 | Form 1040 and Administrative Files for the year 1998 - Garveys |
| 98 | | | | 01198 | Revenue Agent Report, Form 4549A, William & Joyce Garvey, 1998 & 1999 Form 1040 |
| 99 | | | | 00358 | IRS Transcript of Account - Garvey 1998 Forms 1040 and 1041 |
| 101 | | | | 30167 | Form 1041 for the year 1998 - RPH Management Trust |
| 102 | | | | 30181 | Form 1041 for the year 1999 - RPH Management Trust |
| 103 | | | | 30199 | Form 1041 for the year 2000 - RPH Management Trust |
| 104 | | | | 30098 | Form 4549, Examination Workpapers and Closing Agreement -  Habura, 1998, 1999 and 2000 Forms 1040 and 1041 |
| 106 | | | | 05-0116 | Form 1041 for the year 1998 - Habura Family Trust |
| 107 | | | | 05-0080 | Form 1041 for the year 1999 - Habura Family Trust |
| 108 | | | | 05-0152 | Form 1041 for the year 2000 - Habura Family Trust |
| 109 | | | | 05-0131 | Form 1041 for the year 1998 - Kuma Management Trust |
| 110 | | | | 05-0093 | Form 1041 for the year 1999 - Kuma Management Trust |
| 111 | | | | 05-0163 | Form 1041 for the year 2000 - Kuma Management Trust |

| 112 | | | | 05-0214 | Form 1040 for the year 1998 - Maria Habura (Taxpayer copy) |
|---|---|---|---|---|---|
| 113 | | | | 05-0026 | Form 1040 for the year 1999 - Maria Habura and Audit Report |
| 114 | | | | 05-0233 | Form 1040X for the year 1999 - Maria Habura (Taxpayer copy w/ Cortland Management stamp) |
| 115 | | | | 05-0039 | Form 1040 for the year 2000 - Maria Habura and Audit Report |
| 116 | | | | 05-0053 | Form 1040 for the year 2001 - Maria Habura - prepared by Tom Hall |
| 117 | | | | 05-0184 | Form 4549 Consent to Assessment and Collection - Maria Habura |
| 118 | | | | 00466 | IRS Transcript of Account - Habura, 1998, 1999 and 2000 for Forms 1040 and 1041 |
| 121 | | | | 30740 | Form 1041 for the year 2000 - Springfield Trust |
| 122 | | | | 30726 | Form 1041 for the year 2000 - E & B Family Trust |
| 123 | | | | 30752 | Form 1120 for the year 2001 - Springfield, Inc. |
| 124 | | | | 30772 | Form 1120 for the year 2001 - E & B FT, Inc. |
| 125 | | | | 30762 | Form 1120 for the year 2002 - Springfield, Inc. |
| 126 | | | | 30786 | Form 1120 for the year 2002 - E & B FT, Inc. |
| 127 | | | | 09-0122 | Revenue Agent Audit Report for Campbell's 2000, 2001, and 2002 Returns |
| 128 | | | | 10120 | Form 870 - Waiver on Restirctions on Assessment and Collection of Deficiency and Acceptance of Overassessment - Campbell |
| 129 | | | | 10093 | Form 4549 Income Tax Examination Changes - Elaine Campbell for years 2000, 2001 and 2002 |
| 131 | | | | 30794 | Form 1040 for the year 1999 - Bourdier & Trinh |
| 132 | | | | 31521 | Form 1041 for the year 2000 - MG Trust |
| 133 | | | | 31561 | Form 1041 for the year 2000 - Mudrachi Trust |
| 134 | | | | 31545 | Form 1041 for the year 2000 - Ninjaco Trust |

| 135 | | | | 30819 | Form 1040 for the year 2001 and Administrative File - Bourdier & Trinh |
|---|---|---|---|---|---|
| 136 | | | | 31534 | Form 1041 for the year 2001 - MG Trust |
| 137 | | | | 31569 | Form 1041 for the year 2001 - Murdrachi Trust |
| 138 | | | | 31553 | Form 1041 for the year 2001 - Ninjaco Trust |
| 139 | | | | 30961 | Form 1040 for the year 2002 and Administrative File - Bourdier & Trinh |
| 140 | | | | 31577 | Form 1120 for the year 2002 - MG Inc. |
| 141 | | | | 31607 | Form 1120 for the year 2002 - Mudrachi, Inc. |
| 142 | | | | 31599 | Form 1120 for the year 2002 - Ninjaco, Inc. |
| 143 | | | | 09984 | Amended Form 1120 for the year 2002 - Mudrachi, Inc. |
| 144 | | | | 31510 | Form 1040 for the year 2003 - Bourdier & Trinh |
| 145 | | | | 31585 | Form 1120 for the year 2003 - MG Inc. |
| 146 | | | | 09831 | Examination Closing Record and Form 4549-A Income Tax Examination Changes - Jean-Paul Bourdier and Minh-Ha Trinh |
| 147 | | | | 31621 | 2002 Form 1120 - Heart Mind Corporation |
| 148 | | | | 12132 | Form 1120 for the years 12/9/1990 ending 12/31/2002 - Heart Mind Corporation |
| 149 | | | | 9640 | Heart Mind Corporation 2002 Corporate Income Tax Return, Form 1120X |
| 150 | | | | 31637 | Form 1120 for the year 2003 - Heart Mind Corporation |
| 151 | | | | 10031 | Transcripts of Account - Jean-Paul & Minh-Ha Bourdier |
| 152 | | | | 10022 | Transcripts of Account - Mudrachi Inc. |
| 161 | | | | 29705 | Form 1040 for the year 1997 - Brockhage |
| 162 | | | | 29858 | Form 1041 for the year 1997 - Brockhage Associates Trust |
| 163 | | | | 29847 | Form 1041 for the year 1997 - The Maridon Trust |

| | | | | |
|---|---|---|---|---|
| 164 | | | | 29873 | Form 1041 for the year 1998 and Administrative Files - Brockhage Associates Trust |
| 165 | | | | 29973 | Form 1041 for the year 1998 and Administrative Files - The Maridon Trust |
| 166 | | | | 03-0242 | Form 1040X for the year 1998 - Brockhage |
| 167 | | | | 29719 | Form 1040 for the year 1998 and Administrative Files - Brockhage |
| 168 | | | | 29723 | Form 3244-A - Payment Posting Voucher reflecting receipt of $13,916 towards deliquent 1998 taxes - Brockhage |
| 169 | | | | 29973 | Form 1041 for the year 1999 and Administrative Files - Brockhage Associates Trust |
| 170 | | | | 29989 | Form 1041 for the year 1999 and Administrative Files - The Maridon Trust |
| 171 | | | | 03-0176 | Form 1040X for the year 1999 - Brockhage |
| 172 | | | | 30065 | Form 1041 for the year 2000 - The Maridon Trust |
| 173 | | | | 29801 | Form 1040 for the year 2000 - Brockhage |
| 174 | | | | 03-0236 | Form 4549 Income Tax Examination Changes - Brockhage for year 1998 |
| 175 | | | | 03-0266 | Form 4549 Income Tax Examination Changes - Brockhage for year 1999 |
| 176 | | | | 29793 | Form 3244-A - Payment Posting Voucher reflecting receipt of $19,681 towards deliquent 1999 taxes - Brockhage |
| 179 | | | | 03-0200 | Form 1040-V Payment Voucher and Brockhage Associates check 2001 payable to the Internal Revenue Service in the amount of $33,128 for 2000 federal income taxes due with return |
| 180 | | | | 29989 | Form 1041 for the year 1999 and Administrative Files - Maridon Trust |
| 181 | | | | 29789 | Form 1040 for the year 1999 and Administrative Files - Brockhage |
| 191 | | | | 03-1280 | Form 1040 for the year 1997 - Allmen |
| 192 | | | | 01-0974 | Form 1040 for the year 1998 - |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Allmen |
| 193 | | | | 03-1246 | Form 1040 for the year 1999 - Allmen |
| 194 | | | | 03-1262 | Form 1040 for the year 2000 - Allmen |
| 195 | | | | 03-1236 | Form 1040 for the year 2001 - Allmen |
| 196 | | | | 03-1379 | Form SS-4 - Application for Employer Identification Number - Allmen Family Trust |
| 197 | | | | 02-0098 | Form 4549A for the years 2000 and 2001 - Allmen |
| 198 | | | | 02-0181 | IRS Transcripts of Account - John Allmen |
| 201 | | | | 00495 | Form 1040EZ for the year 1998 - Pendergrafts |
| 202 | | | | 30535 | Form 1041 for the year 1998 - In God We Trust |
| 203 | | | | 30242 | Form 1041 for the year 1998 - NHUSS Trust |
| 204 | | | | 30384 | Form 1041 for the year 1998 and Administrative File - RJ Pendergraft Trust |
| 205 | | | | 03-0855 | Form 1040 for the year 1998 - Pendergrafts |
| 206 | | | | 00497 | Form 1040EZ for the year 1999 - Pendergrafts |
| 207 | | | | 30641 | Form 1041 for the year 1999 - In God We Trust |
| 208 | | | | 30357 | Form 1041 for the year 1999 - NHUSS Trust |
| 209 | | | | 30498 | Form 1041 for the year 1999 - RJ Pendergraft Trust |
| 210 | | | | 30239 | Form 1040EZ for the year 2000 - Pendergrafts |
| 211 | | | | 30652 | Form 1041 for the year 2000 - In God We Trust |
| 212 | | | | 30372 | Form 1041 for the year 2000 - NHUSS Trust |
| 213 | | | | 30519 | Form 1041 for the year 2000 - RJ Pendergraft Trust |
| 214 | | | | 00499 | Form 872 - Consent to Extend the Time to Assess Tax - Pendergrafts |
| 215 | | | | 03-1230 | Payment Voucher and Form 906 IRS Closing Agreement - Pendergraft |
| 221 | | | | 9534 | Form 1040A for the year 2000 to 2003 - Gootnick |

| 222 | | | | 33009 | Form 1041 for the year 2000 for Full Dimension Trust |
| 223 | | | | 33126 | Form 1041 for the year 2000 for Gootnick Family Trust |
| 224 | | | | 33520 | Form 1041 for the year 2000 for J & J Trust |
| 225 | | | | 21607 | Form 1120 for the year 2000 - GCTI |
| 226 | | | | 31644 | Form 1040 for the year 2001 and Administrative File - Gootnick |
| 227 | | | | 33026 | Form 1041 for the year 2001 for Full Dimension Trust |
| 228 | | | | 33170 | Form 1041 for the year 2001 for Gootnick Family Trust |
| 229 | | | | 33539 | Form 1041 for the year 2001 for J & J Trust |
| 230 | | | | 33558 | Form 1120 for the year 2001 for I & S Gootnick MD's Inc. |
| 231 | | | | 20221 | Form 1120 for the year 2001 for Susan A.M. Gootnick MD Inc Radiololgist |
| 233 | | | | 32261 | Form 1040 for the year 2002 - Gootnick |
| 234 | | | | 33092 | Form 1120 for the year 2002 Full Dimension Trust, Inc. |
| 235 | | | | 20085 | Form 1041 for the year 2002 for Gootnick Charitable Trust |
| 236 | | | | 33549 | Form 1041 for the year 2002 for J & J Trust |
| 237 | | | | 33589 | Form 1120 for the year 2002 for I & S Gootnick MD's Inc. |
| 238 | | | | 33902 | Form 1120S for the year 2002 - Susan A.M. Gootnick MD Inc. Radiologist |
| 239 | | | | 34745 | Form 1120 for the year 2002 - Gootnick FT Inc. |
| 240 | | | | 32292 | Form 1040 for the year 2003 - Gootnick |
| 241 | | | | 34748 | Form 1120 for the year 2003 - Gootnick Family Trust |
| 242 | | | | 33619 | Form 1120 for the year 2003 for I & S Gootnick MD's Inc. |
| 243 | | | | 33950 | Form 1120S for the year 2003 - Susan A.M. Gootnick MD Inc. Radiologist |
| 244 | | | | 20017 | IRS Examination Closing Record - Full Dimension Trust for 2001 |
| 245 | | | | 20570 | IRS Examination Closing Record - Gootnick Family Trust for 2001 |

| 246 | | | | 20097 | IRS Examination Closing Record - I & S Gootnick MD's Inc for 2001 |
|-----|--|--|--|-------|-----------------------------------------------------------------------------|
| 247 | | | | 20133 | IRS Examination Closing Record - I & S Gootnick MD's Inc for 2002 |
| 248 | | | | 20167 | IRS Examination Closing Record - I & S Gootnick MD's Inc for 2003 |
| 249 | | | | 20193 | IRS Examination Closing Record - Susan A.M. Gootnick MD Inc Radiologist for 2002 & 2003 |
| 250 | | | | 09500 | In re:  Irwin and Susan Gootnick - Omnibus Form 1120 Tax Return for the Years 2000 through 2003 |
| 251 | | | | 01-0001 | Samuel Fung & Diana K. Bordner 1996 Form 1040 |
| 252 | | | | 01-0009 | Samuel Fung & Diana K. Bordner 1997 Form 1040 |
| 253 | | | | 02-1041 | United States Treasury Tax Refund check #2301 42983172 payable to Diana K Bordner and Samuel S Fung for $4,355.00 |
| 254 | | | | 00646 | Form 1040 for the year 1998 - Samuel Fung & Diana Bordner |
| 255 | | | | 02-1063 | United States Treasury Tax Refund check #2302 17178827 payable to Diana K Bordner and Samuel S Fung for $4,568.00 |
| 256 | | | | 00655 | Form 1040 for the year 1999 - Samuel Fung & Diana Bordner |
| 257 | | | | 00667 | Form 1040 for the year 2000 - Samuel Fung & Diana Bordner |
| 258 | | | | 01-0045 | Client Copy Samuel Fung & Diana K. Bordner 1999 Form 1040 |
| 259 | | | | 01-0027 | Client Copy - Samuel Fung & Diana K. Bordner 2000 Form 1040 |
| 260 | | | | 01-0066 | Client Copy Samuel Fung & Diana K. Bordner 1998 Form 1040X |
| 261 | | | | 00679 | Form 1120 US Corporation Income Tax Return Consolidated for the year 1998 - Cypress Development Corporation |
| 262 | | | | 01-0080 | Client Copy Samuel Fung & Diana K. Bordner 1999 Form 1040X |

| 263 | | | | 00689 | Form 1120 US Corporation Income Tax Return Consolidated for the year 1999 - Cypress Development Corporation |
|-----|--|--|--|-------|--------|
| 264 | | | | 01-0108 | Client Copy Samuel Fung & Diana K. Bordner 2000 Form 1040X |
| 265 | | | | 00700 | Form 1120 US Corporation Income Tax Return Consolidated for the year 2000 - Cypress Development Corporation |
| 266 | | | | 34336 | IRS Transcripts: 1999-2009 - Fung |
| 267 | | | | 34352 | IRS Transcripts: 1999-2009 - Lighter |
| 271 | | | | 05-0532 | National Trust Services letter to National Trust Services Trustees |
| 272 | | | | 03-1487 | Email from Fung to IRS Revenue Agent Dennis Brown re In the Matter of National Trust Services |
| 273 | | | | 01-0815 | Interview Notes - Samuel Fung |
| 274 | | | | 02-0146 | Handout Fung gave to clients identifying what he needed to complete trust tax returns |
| 281 | | | | 02-1045 | State of California Tax Refund Account check #21-009974 payable to Diana K Bordner and Samuel S Fung for $1,218.00 |
| 282 | | | | 02-1060 | State of California Tax Refund Account check #28-281848 payable to Diana K Bordner and Samuel S Fung for $1,561.00 |
| 291 | | | | 02-0144 | Family Trust list of expense headings (a guide for trustee to prepare summary sheet for preparer) |
| 292 | | | | 12-008 | Tapes 1 through 3 - Academy 5-19-1994 N.T.S. |
| 293 | | | | 12-0011 | Tapes 1 and 2 - Academy 5-20-1994 N.T.S. |
| 294 | | | | 12-004 | Tapes 1 through 4 - Foundation Workshop 1-14-1995 |
| 295 | | | | 02-0148 | Agent Trustee Contract |
| 296 | | | | 37254 | Habura binder |
| 297 | | | | 37127 | Habura tax folders - personal |
| 298 | | | | 37363 | Habura tax folders - RPH Management Trust |

| | | | | | | |
|---|---|---|---|---|---|---|
| 299 | | | | | 37452 | Trust Minute Pack |
| 300 | | | | | 37239 | McKenzie tax materials |
| 301 | | | | | 00888 | Eric Chamness' 2000 & 2001 list of expenses |
| 302 | | | | | 08-0593 | Chamness' Black Binder |
| 310 | | | | | 28873 | Declaration of Trust - Insight Trust |
| 311 | | | | | 35178 | Bill of Sale signed by Brock, Haney, Lighter and Fung |
| 312 | | | | | 06794 | Correspondence documenting Lighter's payment of $15,000 loan |
| 313 | | | | | 11923 | Letter from Dr. Brock to Lighter re repayment of $15,000 and explanation that this was fictitous |
| 314 | | | | | 06772 | Promissory note bearing Lighter's signature |
| 315 | | | | | 06770 | Bill of Sale between Brock and Hawaiian Colony Hotel Corporation |
| 316 | | | | | 11926 | Bill of Sale re Dr. Brock's trusts |
| 317 | | | | | 11929 | Assignment re Dr. Brock's trusts |
| 318 | | | | | 06773 | Assignment by Hawaiian Colony Hotel Corporation and Brock bearing Brock, Haney and Lighter's signatures |
| 319 | | | | | 11939 | Confirmation and Clarification of Assignment re Dr. Brock's trusts |
| 320 | | | | | 06788 | Correspondence from Brock to Lighter re initial meeting |
| 321 | | | | | 06796 | Fax copy of Confirmation and Clarification of Assignment signed by Lighter |
| 322 | | | | | 06797 | Fax preliminary response to letter and Form SS-4 Application for EIN for West Coast Credit and Development Corporation |
| 323 | | | | | 06766 | Correspondence from Lighter to Brock re securing assets |
| 324 | | | | | 11933 | Letter and explanation for IRS from Lighter to Dr. Brock |
| 325 | | | | | 06761 | Articles of Incorporation for West Coast Credit and Develompent, Inc. |
| 326 | | | | | 04-0189 | Letter from Brock to Lighter |
| 327 | | | | | 04-0190 | Letter from Brock to Lighter and Fung |

| 328 | | | | 06866 | Brock handwritten letter to Lighter and Fung re putting transaction on hold and follow-up handwritten letter |
|---|---|---|---|---|---|
| 329 | | | | 11917 | Letter from Dr. Brock to Lighter |
| 340 | | | | 11915 | Letter from Dr. Brock to Lighter and Fung |
| 341 | | | | 06754 | Fax memorandum from Lighter to Brock re communication with Sam Fung |
| 342 | | | | 06793 | Brock handwritten note describing fiction of $15,000 loan repayment |
| 343 | | | | 04-0191 | Letter from Brock to Fung |
| 344 | | | | 11919 | Letter from Dr. Brock to Fung |
| 345 | | | | 06868 | Brock handwritten letter to Fung re threat to take legal action |
| 346 | | | | 11904 | Dr. Brock summation for audit inspector |
| 347 | | | | 06882 | Faxed Memo from Lighter to IRS-CID re Hawaiian Colony Hotel Corporation and Brock |
| 348 | | | | 00991 | Handwritten diagram re B & B Trust conversion to corporation - Attachment 1 |
| 349 | | | | 06802 | Brock handwritten list of Assets of Our Trusts |
| 350 | | | | 06804 | Fung handwritten directions on how to respond to IRS |
| 351 | | | | 11989 | Letter from Lighter to IRS-CID re Brock and Hawaiian Colony Hotel Corporation |
| 352 | | | | 11983 | Letter from Revenue Agent Oeser to Fung re Brocks' tax return documentation |
| 353 | | | | 06878 | Letter from Fung to Revenue Agent Oeser re Brocks' tax return documentation |
| 354 | | | | 11896 | Letter from Dr. Brock to Dr. Gootnick re Fung and Lighter |

| 361 | | | | 01070 | Attachments 1 and 2 |
|-----|---|---|---|---|---|
| 366 | | | | 05-0212 | Diagram of Trusts |
| 367 | | | | 05-0244 | Letter from Sam Fung to Maria Habura thanking her re 2000 tax return preparation |
| 371 | | | | 03-1235 | Tiering of Related Entities |
| 372 | | | | 09-0137 | Statements of Charges billed to Campbell |
| 381 | | | | 09921 | 2001 Form 1098 Mortgage Interest Statement |
| 382 | | | | 08146 | Bourdier $385.00 payment to Fung - check #3309 |
| 383 | | | | 35001 | Rceipt of $5,500 from Eric Aaron Lighter |
| 384 | | | | 09615 | Articles of Incorporation for Heart Mind Corporation |
| 385 | | | | 09632 | Articles of Dissolution for Heart Mind Corporation |
| 386 | | | | 09915 | Promissory note bearing Bourdier and Lighter's signatures |
| 387 | | | | 09916 | Real Property Mortgage bearing Bourdier and Lighter's signatures |
| 388 | | | | public document | Immunity Order - Jean Paul Bourdier |
| 391 | | | | 03-0370 | Family Trust list of expense headings |
| 392 | | | | 03-0297 | Maridon Trust 1998 Income and Expense spreadsheet |
| 393 | | | | 03-0296 | Fung letter to Maridon Trust - thank you letter to Brockhage for letting him prepare 1998 return |
| 394 | | | | 03-0385 | Advisory Board letter to Fountainhead Global Trust Members |
| 395 | | | | 03-0377 | National Trust Services - Advisory Board letter to All Trustees |
| 396 | | | | 03-0428 | Invoice for the preparation of Brockhage Associates Trust & Maridon Trust 1999 Returns from SAM FUNG, 4/9/2000 |
| 397 | | | | 03-0356 | Advisory Board Correpsondence to Fountainhead Global Trust MEMBERS re Where is the money? |
| 398 | | | | 03-0093 | IRS correspndence to Donald and Mary Brockhage re Examination of 1998 Form 1040 |

| | | | | |
|---|---|---|---|---|
| 399 | | | | 03-0099 | Maridon Trust letter to IRS District Director in response to IRS correspondence dtd 20010201 |
| 400 | | | | 03-0102 | IRS correspondence to Donald and Mary Brockhage re Examination of 1998 Form 1040 - Second Request |
| 401 | | | | 03-0399 | Brockhage letter to Fung terminating Fung's services |
| 402 | | | | 21784 | Letter from Donald Brockhage to Sam Fung |
| 404 | | | | 03-0104 | IRS correspondence to Donald and Mary Brockhage re Examination of 1999 Form 1040 |
| 405 | | | | 03-0108 | IRS correspondence to Donald and Mary Brockhage re Examination of 1999 Form 1040 - Second Request |
| 411 | | | | 03-1275 | $9,500 check payable to National Trust Services |
| 412 | | | | 03-1307 | Trust Indentures - Allmen Educational Trust et al |
| 413 | | | | 03-1292 | National Trust Services - Trust Indenture and related documentation |
| 414 | | | | 03-1368 | Resignation notice - Allmen Family Trust |
| 415 | | | | 03-1431 | National Trust Services - Fiduciary Trust Indenture and related documentation |
| 416 | | | | 03-1343 | Declaration of Trust of Del Mar Trust |
| 421 | | | | 21753 | Declaration of Trust - Full Dimension Trust |
| 422 | | | | 09562 | Gootnick Family Trust - RE: Appointment of successor trustee |
| 423 | | | | 08312 | Memo - Special Meeting of the Board of Directors - ERIC LIGHTER authorizing SAM FUNG to open a checking account in California for The Hawaiian Colony Hotel Corporation |
| 424 | | | | 06851 | Minutes of Special Meeting of the Board of Directors of Hawaiian Colony Hotel Corporation |
| 425 | | | | 11943 | Mutual Assignment of Stock |

| | | | | | |
|---|---|---|---|---|---|
| 426 | | | | 20641 | Letter from Gootnick to Asst. Commissioner of Criminal Investigation Division of IRS |
| 427 | | | | 20642 | Letter from Gootnick to Asst. Commissioner of Criminal Investigation Division of IRS |
| 428 | | | | 11954 | E mail between Gootnik and Lighter |
| 429 | | | | 20662 | Letter from Lighter to Asst. Commissioner of CID re Gootnick Charitable Trust and Amended Form 1120 |
| 430 | | | | 11265 | Email from Gootnick to Lighter re property |
| 431 | | | | | Real Property Mortgage from GFT to Honolulu Rail and Development, Ltd. |
| 432 | | | | | Real Property Mortgage from GFT to Credit Bureau International, Inc. |
| 433 | | | | 11175 | Letter from Lighter to Dr. Cheryl Deaner re rent |
| 434 | | | | 11174 | Letter from Lighter to Dr. Gootnick re rent |
| 435 | | | | 10668 | Letter from Fung to Lighter re Gootnicks |
| 436 | | | | 10672 | Letter from Fung to Gootnicks re Lighter |
| 437 | | | | 09562 | fax re Gootnick Family Trust - RE:  Appointment of successor trustee and related documents from Eric Lighter |
| 438 | | | | 34317 | Gootnick v Lighter - Settlement Agreement |
| 451 | | | | 03-0843 | RJ Pendergraft Trust - Trust Indenture |
| 452 | | | | 03-0828 | Declaration of Trust of In God We Trust |
| 453 | | | | 03-0835 | Declaration of Trust of NHUSS Trust |
| 461 | | | | 03-1488 | Declaration of Samuel S Fung - Fung v Brown 01-cv-4947-MHP and Exhibits |
| 462 | | | | 12307 | Transcript of hearing -- Samuel S. Fung v. Dennis Brown |
| 463 | | | | 01-0727 | Letter to Special Agent Bonano from Fung re "felony confessions" |

| 464 | | | | 00853 | Declaration of Samuel S Fung Plus Submission and Demand for Submission to United States Grand Juries |
|---|---|---|---|---|---|
| 465 | | | | 0852 | Declaration of Samuel Fung in re Samuel S Fung |
| 466 | | | | 03-1502 | Affidavit of Samuel Fung dtd 03/08/2004 |
| 467 | | | | 001778 | Affidavit of Samuel Fung dtd 03/10/2004 |
| 468 | | | | 10620 | Declaration of Samuel Fung and Exhibits |
| 469 | | | | 10675 | Declaration of Samuel Fung |
| 470 | | | | 11032 | Declaration of Samuel Fung re the Gootnicks |
| 471 | | | | 06714 | Affidavit of Samuel Fung dated 11/17/2005 |
| 472 | | | | 11036 | Declaration of Samuel Fung re the Gootnicks |
| 473 | | | | 09443 | Fung Testimony - transcript dated 01/12/2007 |
| 474 | | | | 09447 | Deposition of Samuel Fung - Volume II |
| 475 | | | | 02-0492 | Email correspondence between Samuel Fung and Harris Clemes |
| 476 | | | | 001786 | Email correspondence between Samuel Fung and Harris Clemes |
| 477 | | | | 02-0492 | Email letter from Fung to client Harris Clemes |
| 481 | | | | 11992 | Deposition of Lighter in Gootnick v Lighter |
| 482 | | | | 09473 | Lighter Testimony - transcript from U.S. Bankruptcy Court of Hawaii |
| 483 | | | | 11992 | Deposition of Eric Aaron Lighter in Gootnick v. Lighter |
| 484 | | | | 10336 | Deposition of Eric Aaron Lighter in Gootnick v. Lighter |
| 485 | | | | 10400 | Deposition of Eric Lighter re Quality Income System, Inc., Volumes I and II |
| 486 | | | | 10455 | Deposition of Eric Lighter re Hawaiian Colony Hotel Corporation |
| 487 | | | | 10505 | Deposition of Eric Aaron Lighter in Gootnick v. Lighter |
| 488 | | | | Lighter discovery | Letter from Eric Lighter to Samuel Fung |

| 489 | | | | Lighter discovery | Letter from Eric Lighter to Samuel Fung |
|---|---|---|---|---|---|
| 490 | | | | 35364 | Diary of Eric Aaron Lighter, re: Bourdier |
| 491 | | | | 35359 | Diary of Eric Aaron Lighter, re: Brock |
| 492 | | | | 11781 | Letter from Lighter to Robert Measel, Jr. re Purchase of Hawaiian Colony Hotel |
| 493 | | | | 11786 | Letter from Lighter to David Horne re Purchase of Hawaiian Colony Hotel |
| 494 | | | | 11789 | Letter from Lighter to Robert Measel, Jr. and David Horne re Purchase of Hawaiian Colony Hotel |
| 495 | | | | 11802 | Letter from Lighter to Robert Measel, Jr. and David Horne re Purchase of Hawaiian Colony Hotel |
| 496 | | | | 35469 | Pre-Trial Declaration of Eric Aaron Lighter |
| 497 | | | | 34841 | Amended Pre-Trial Declaration of Eric Aaron Lighter |
| 501 | | | | 02-0198 | Qwest Telephone records of (541) 479-9881 in name of Sam Fung for 01/01/1999 through 04/23/2002 |
| 502 | | | | 07739 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 1/08/04 through 2/07/04 |
| 503 | | | | 07725 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 2/08/04 through 3/07/04 |
| 504 | | | | 07706 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 3/08/04 through 4/07/04 |
| 505 | | | | 07691 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 4/08/04 through 5/07/04 |
| 506 | | | | 07675 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 5/08/04 through 6/07/04 |

| 507 | | | | 07659 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 6/08/04 through 7/07/04 |
|-----|--|--|--|-------|--------------------------------------------------------------------------------------------------------------------------|
| 508 | | | | 07644 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 7/08/04 through 8/07/04 |
| 509 | | | | 07628 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 8/08/04 through 9/07/04 |
| 510 | | | | 07609 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 9/08/04 through 10/07/04 |
| 511 | | | | 07592 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 10/08/04 through 11/07/04 |
| 512 | | | | 07577 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 11/08/04 through 12/07/04 |
| 513 | | | | 07560 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 12/08/04 through 1/07/05 |
| 514 | | | | 07543 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 1/08/05 through 2/07/05 |
| 515 | | | | 07526 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 2/08/05 through 3/07/05 |
| 516 | | | | 07507 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 3/08/05 through 4/07/05 |
| 517 | | | | 07489 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 4/08/05 through 5/07/05 |
| 518 | | | | 07472 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 5/08/05 through 6/07/05 |
| 519 | | | | 07456 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 6/08/05 through 7/07/05 |

| | | | | |
|---|---|---|---|---|
| 520 | | | 07441 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 7/08/05 through 8/07/05 |
| 521 | | | 07423 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 8/08/05 through 9/07/05 |
| 522 | | | 07403 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 9/08/05 through 10/07/05 |
| 523 | | | 07386 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 10/08/05 through 11/07/05 |
| 524 | | | 07372 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 11/08/05 through 12/07/05 |
| 525 | | | 07358 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 12/08/05 through 01/07/06 |
| 526 | | | 07342 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 01/08/06 through 02/07/06 |
| 527 | | | 07328 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 02/08/06 through 03/07/06 |
| 528 | | | 07311 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 03/08/06 through 04/07/06 |
| 529 | | | 07292 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel Fung for 04/08/06 through 05/07/06 |
| 531 | | | 07762 | T-Mobile Telephone records of (808) 382-1894 in name of Eric Lighter for 12/15/02 through 08/15/06 |
| 601 | | | 01-0808 | United States v Samuel S Fung - Final Judgment for Permanent Injunction |
| 602 | | | public document - docket # 57 | In re Gootnick Family Trust - 06-cv-412 - Order Affirming Bankruptcy Court Orders Relating to Sanctioning of Wing Ng and Eric Lighter for Bad Faith Conduct |

| 603 | | | | 10572 | Eric Aaron Lighter - No Contest Plea for Theft in Second Degree |
| 604 | | | | 03-0715 | Tax Court Decision - Riley and Joyce Pendergraft v Commissioner - 10923-02 |

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on the 6th day of September 2011, I electronically transmitted the

3  foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice

4  of Electronic Filing to the following ECF registrants:

5

6
   Jerry Y. Fong, Esq.
7  Carey & Carey
   P.O. Box 1040
8  Palo Alto, CA 94302-1940
   jf@careyandcareylaw.com
9
   Counsel for Eric Aaron Lighter
10

11
   Peter Alan Leeming, Esq.
12 Attorney at Law
   108 Locust St. Suite 7
13 Santa Cruz, CA 95062
   paleeming@sbcglobal.net
14
   Counsel for Samuel S. Fung
15

16

17
                              _/s/ Charles A. O'Reilly_____
18                            CHARLES A. O'REILLY
                              Trial Attorney
19

20

21

22

23

24

25

26

27

28