**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
**TOTAL TIME: 47 mins**

**CRIMINAL MINUTES**

| | |
|---|---|
| **Judge: Edward J. Davila** | **Courtroom Deputy: Elizabeth Garcia** |
| **Date: September 19, 2011** | **Court Reporter: Irene Rodriguez** |
| **Case No.: CR-05-00215 EJD** | **U.S. Probation Officer: N/A** |
| **Related Case No.: N/A** | **U.S. Pretrial Services Officer: N/A** |
| | **Interpreter:   N/A** |

**CASE TITLE**

**USA v. Eric Aaron Lighter (NC)(P)(2)**

**APPEARANCES**

**Attorney(s) for Government**: Charles O'Reilly, Katherine Wong
**Attorney(s) for Defendant(s)**: Jerry Fong

**PROCEEDINGS**

**1. Pretrial Conference**
**2. Emergency Motion to Continue Trial Proceedings [Doc. 193]**

**ORDER AFTER HEARING**

**Hearing Held.   The Court granted in part the Defendant's Emergency Motion to Continue Trial**
**Proceedings.   The Court reset the following trial schedule:**

**1. Final Pretrial Conference set for October 11, 2011 at 1:30 PM**
**2. Jury Selection set for October 17, 2011 at 9:00 AM - 12:00 PM**
**3. Jury Trial set for**
**October 18, 2011 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM**
**October 19, 2011 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM**
**October 20, 2011 at 9:00 AM - 12:00 PM**
**October 24, 2011 at 9:00 AM - 12:00 PM**
**October 25, 2011 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM**
**October 26, 2011 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM**
**October 27, 2011 at 9:00 AM - 12:00 PM**
**October 31, 2011 at 9:00 AM - 12:00 PM**
**4. Jury Deliberations set for**
**November 1, 2011 through November 3, 2011**

**Time is excluded from September 19, 2011 through October 17, 2011 for effective trial preparation,**
**continuity of counsel and continued defense investigation.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original: Efiled**
**CC: J. Younger**