UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME**: 38 mins

## CRIMINAL MINUTES

**Judge:** Edward J. Davila  **Courtroom Deputy:** Elizabeth Garcia
**Date:**  October 11, 2011  **Court Reporter:** Irene Rodriguez
**Case No.:** CR-05-00215 EJD  **U.S. Probation Officer:** N/A
**Related Case No.:** N/A  **U.S. Pretrial Services Officer:** N/A
  **Interpreter:**     N/A

## CASE TITLE

USA v.  Eric Aaron Lighter (2)(NC)(NP - by telephone)

## APPEARANCES

**Attorney(s) for Government**: Charles O'Reilly, Katherine Wong
**Attorney(s) for Defendant(s)**: Jerry Fong

## PROCEEDINGS

1. Pretrial Conference
2. Joint Motion to Continue Trial [Doc. 200]
3. Motion in Limine to Present Redacted Indictment to Jury [Doc. 199]

## ORDER AFTER HEARING

Hearing held.  For the reasons stated on the record the Court DENIED the Government's Motion to Redact the Indictment (Docket Item No. 199).  The Court GRANTED in part the Joint Motion to Continue the trial schedule and set the following pretrial and trial dates:

1. Further Status Hearing set for November 7, 2011 at 1:30 PM.
Government and Defendant Lighter are permitted to appear by phone for the scheduled date.
2. Final Pretrial Conference set for November 21, 2011 at 1:30 PM
Defense counsel and defendant are permitted to appear by phone for the scheduled date.
3. Jury Selection set for December 5, 2011 at 9:00 AM - 12:00 PM
4. Jury Trial set for
December 6, 2011at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
December 7, 2011 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
December 8, 2011 at 9:00 AM - 12:00 PM
December 12, 2011 at 9:00 AM - 12:00 PM
December 13, 2011 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
December 14, 2011 at 9:00 AM - 12:00 PM, 1:30 PM - 4:30 PM
December 15, 2011 at 9:00 AM - 12:00 PM
December 19, 2011 at 9:00 AM - 12:00 PM
5. Jury Deliberations set for (full day sessions)
December 19, 2011 through December 22, 2011

Time is excluded from October 11, 2011 through December 5, 2011 for effective trial preparation.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original: Efiled**
**CC: J Younger**