UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:** 7 hrs, 23 mins

CRIMINAL MINUTES - JURY TRIAL

**Judge:** Edward J. Davila  **Courtroom Deputy:** Elizabeth Garcia
**Date:** December 14, 2011  **Court Reporter:** Irene Rodriguez
**Case No.:** CR-05-00215 EJD  **U.S. Pretrial Services Officer:** N/A
**Related Case No.:** N/A  **Interpreter:** N/A

TITLE

USA v. Eric Aaron Lighter (NC)(P)(2)

Attorney(s) for Plaintiff(s): Charles O'Reilly, Katherine Wong
Attorney(s) for Defendant(s): Jerry Fong

PROCEEDINGS

Jury Trial - Session 9 and 10

ORDER AFTER HEARING

8:00 AM: Hearing outside the presence of the jury re closing instructions (off record).
8:58 AM: On record re hearing outside the presence of the jury re closing instructions.
9:05 AM: Hearing concludes. The Court takes a brief recess.
9:10 AM: Jury summoned. The Government calls S. Gootnick for testimony. Direct examination begins.
9:46 AM: Cross examination of S. Gootnick.
10:18 AM: Redirect examination of S. Gootnick.
10:21 AM: Recross examination of S. Gootnick.
10:24 AM: Reopen direct examination of S. Gootnick.
10:26 AM: No cross examination. No further questions. The witness is excused from testimony. The Government calls J. Bourdier for testimony. Direct examination begins.
10:42 AM: The Court takes the mid morning break.
10:55 AM: Proceedings resume.
11:18 AM: The Court takes a brief recess.
11:23 AM: Proceedings resume.
12:00 PM: The Court reminds the jury of its admonishes and the jury is dismissed for lunch. The Court holds a further hearing outside the presence of the jury.
12:10 PM: Hearing concludes. The Court takes the lunch recess.
1:05 PM: Hearing outside the presence of the jury.
1:10 PM: Jury summoned. The Court inquires of jury trial schedule.
1:12 PM: Proceedings resume with direct examination of J. Bourdier.
1:15 PM: Begin cross examination of J. Bourdier.
1:35 PM: Side bar conference.
1:40 PM: Proceedings resume.
1:55 PM: Side bar conference.
2:05 PM: Proceedings resume.
2:19 PM: The Court takes a brief recess. The Court holds a further hearing outside the presence of the jury.
2:24 PM: End of hearing. The Court takes a brief recess.
2:27 PM: The Court holds a hearing outside the presence of the jury.
2:35 PM: Jury summoned. Proceedings resume with cross examination of J. Bourdier.
3:02 PM: Redirect of J. Bourdier.
3:08 PM: No recross. J. Bourdier excused. The Court takes a brief recess to accommodate arrival of the next government witness, C. Haney.
3:16 PM: Witness arrives. Direct examination begins.
3:45 PM: Side bar conference.
3:46 PM: Proceedings resume.
3:56 PM: Begin cross examination of C. Haney.
4:22 PM: End cross. No redirect. Witness C. Haney is excused. The Government calls K. Bonano for direct examination.
4:38 PM: The Court reminds the jury of its admonitions and the jury is dismissed for the day. The Court holds a further hearing outside the presence of the jury.
4:49 PM: Proceedings conclude for the day.

**Further Trial proceedings set for December 15, 2011 at 8:30 AM**

**Exhibits Identified:**              **Exhibits Admitted Into Evidence:**
**Pltf:** 114, 111, 112, 441, 207, 191, 196   **Pltf:** 114, 111, 112, 207, 191
**Deft:** L, M, N,                    **Deft:** M, N

Courtroom Deputy
Original: **E-Filed**
CC: