# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:** 7 hrs, 18 mins

## CRIMINAL MINUTES - JURY TRIAL

**Judge:** Edward J. Davila
**Date:** December 15, 2011
**Case No.:** CR-05-00215 EJD
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Pretrial Services Officer:** N/A
**Interpreter:** N/A

## TITLE

### USA v. Eric Aaron Lighter (NC)(P)(2)

Attorney(s) for Plaintiff(s): Charles O'Reilly, Katherine Wong
Attorney(s) for Defendant(s): Jerry Fong

## PROCEEDINGS

### Jury Trial - Session 11 and 12

## ORDER AFTER HEARING

**8:25 AM:** Hearing outside the presence of the jury.
**8:40 AM:** Jury summoned. Proceedings resume. Continued direct examination of K. Bonano.
**9:50 AM:** Begin cross examination of K. Bonano.
**9:58 AM:** Side bar conference.
**10:04 AM:** Proceedings resume.
**10:33 AM:** Redirect examination of K. Bonano.
**10:35 AM:** Cross examination of K. Bonano.
**10:37 AM:** No further questions of K. Bonano. The witness is excused. The Court takes the mid morning recess.
**10:52 AM:** Jury summoned. The Government calls C. Tonna for direct examination.
**11:49 AM:** Cross examination of C. Tonna.
**11:59 AM:** Redirect examination of C. Tonna.
**12:02 PM:** Recross examination of C. Tonna.
**12:04 PM:** Redirect examination of C. Tonna.
**12:06 PM:** No further questions of the witness. The witness is excused. The Government rests.
**12:07 PM:** Jury dismissed for the lunch recess. The Court holds a further hearing outside the presence of the jury. Defense counsel makes an oral motion for Judgment of Acquittal as to all counts. The Court took the motion under submission after oral argument.
**12:45 PM:** Hearing concludes.
**1:20 PM:** Jury summoned. Defense case opens. Defense calls M. P. Fisher for testimony. Direct examination begins.
**2:18 PM:** Cross examination of M. P. Fisher.
**2:34 PM:** Redirect examination of M. P. Fisher.
**2:38 PM:** No further questions of the witness. The witness is excused. Pause in proceedings to accommodate breakdown of electronic equipment for previous witness.
**2:43 PM:** Defense calls R. Measel for testimony. Direct examination begins.
**3:00 PM:** The Court takes the mid afternoon break.
**3:20 PM:** Proceedings resume.
**3:36 PM:** Side bar conference.
**3:40 PM:** Proceedings resume.
**3:44 PM:** Cross examination of R. Measel.
**4:13 PM:** Redirect examination of R. Measel.
**4:16 PM:** Side bar conference.
**4:17 PM:** Proceedings resume. No recross. The witness is excused.
**4:18 PM:** Defense calls P. Wilkerson for testimony. Direct examination begins.
**4:34 PM:** Cross examination of P. Wilkerson.
**4:42 PM:** Side bar conference.
**4:44 PM:** Proceedings resume.
**4:46 PM:** Redirect of P. Wilkerson.
**4:47 PM:** No further questions of the witness. The witness is excused.
**4:53 PM:** The Court reminds the jury of its admonitions and the jury is dismissed for the evening. The Court holds a further hearing outside the presence of the jury and off the record re closing jury instructions.

**Further Hearing outside the presence of the jury set for December 16, 2011 at 8:30 AM**
**Further Trial proceedings set for December 16, 2011 at 9:30 AM**

**Exhibits Identified:**
**Pltf:** 15, 60, 345, 35, 36, 110, 30, 341, 342, 24
**Deft:** OO, P

**Exhibits Admitted Into Evidence:**
**Pltf:** 15, 60, 110, 30, 341, 342, 24
**Deft:**

*Elizabeth C. Garcia*
Courtroom Deputy
Original: **E-Filed**
CC: