# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

**TOTAL TIME:** 2 hrs, 24 mins

## CRIMINAL MINUTES - JURY TRIAL

**Judge:** Edward J. Davila
**Date:** December 16, 2011
**Case No.:** CR-05-00215 EJD
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Pretrial Services Officer:** N/A
**Interpreter:** N/A

## TITLE

### USA v. Eric Aaron Lighter (NC)(P)(2)

Attorney(s) for Plaintiff(s): Charles O'Reilly, Katherine Wong
Attorney(s) for Defendant(s): Jerry Fong

## PROCEEDINGS

Jury Trial - Session 13

## ORDER AFTER HEARING

9:15 AM: Hearing outside the presence of the jury.
9:26 AM: Hearing concludes. The Court takes a brief recess.
9:43 AM: Jury summoned. Trial proceedings resume. The defense calls Eric Lighter for testimony. Direct examination begins.
10:56 AM: The Court takes the mid morning recess.
11:07 AM: Proceedings resume with direct examination of E. Lighter.
11:46 AM: Jury is reminded of the Court's admonishons and dismissed for the weekend. The Court holds further hearing outside the presence of the jury re scheduling.
11:50 AM: Proceedings conclude.

Further Trial proceedings set for December 19, 2011 at 8:30 AM

**Exhibits Identified:**
Pltf:
Deft:

**Exhibits Admitted Into Evidence:**
Pltf:
Deft:

*Elizabeth C. Garcia*
Courtroom Deputy
Original: **E-Filed**
CC: