UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 3 hrs, 39 mins

## CRIMINAL MINUTES - JURY TRIAL

**Judge:** Edward J. Davila
**Date:** December 19, 2011
**Case No.:** CR-05-00215 EJD
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Pretrial Services Officer:** N/A
**Interpreter:** N/A

## TITLE

USA v. Eric Aaron Lighter (NC)(P)(2)

Attorney(s) for Plaintiff(s): Charles O'Reilly, Katherine Wong
Attorney(s) for Defendant(s): Jerry Fong

## PROCEEDINGS

Jury Trial - Session 14

## ORDER AFTER HEARING

**8:27 AM:** Hearing outside the presence of the jury.
**8:33 AM:** Hearing concludes.
**8:35 AM:** Jury summoned. Continued direct examination of E. Lighter.
**10:23 AM:** The Court takes the mid morning recess.
**10:37 AM:** Proceedings resume.
**10:39 AM:** Side bar conference.
**10:49 AM:** Proceedings resume.
**12:57 PM:** The jury is reminded of the Court's admonitions and are dismissed for the day. The Court holds a further hearing outside the presence of the jury.
**1:10 PM:** Proceedings conclude.

**Further Trial proceedings set for December 20, 2011 at 8:00 AM**

**Exhibits Identified:**
**Pltf:** 196
**Deft:** NNN, G, MM, GG, BBB, II, L, RR

**Exhibits Admitted Into Evidence:**
**Pltf:**
**Deft:** G, RR

Courtroom Deputy
Original: **E-Filed**
CC: