UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　Plaintiff,<br>　　v.<br>**ERIC AARON LIGHTER,**<br>　　　　Defendant. | No. CR 05-00215-EJD<br>**JOINT EXHIBIT LIST - FINAL** |

　　　　The subsequent pages are the Joint Exhibit List of exhibits that were either identified and/or admitted into evidence. Those exhibits marked as admitted into evidence were submitted to the jury for deliberations.

DATED: December 20, 2011　　　　*/s/*
　　　　　　　　　　　　　　　　　Elizabeth C. Garcia
　　　　　　　　　　　　　　　　　Deputy Clerk

*Joint Exhibit List - Final*
*Case No. 05-215-EJD*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CASE NO: __05-CR-00215-EJD__   DATE: __December 5, 2011__
__United States of America__ vs. __Eric Aaron Lighter__

# JOINT EXHIBIT LIST

## GOVERNMENT'S EXHIBITS

| Exhibit Number | Date Marked for ID ONLY | Date Admitted in Evidence | Bates No. (If Applicable) | Description |
|---|---|---|---|---|
| 1 | | 12/13/11 | 11943 | Mutual Assignment of Stock |
| 2 | | 12/13/11 | 37976 - 38138, 39526 - 39527, 38876 - 39917 | Email correspondence between Gootnicks and Lighter |
| 3 | | 12/08/11 | 04-0204 - 04-0205 | West Coast Credit and Development, Inc. Articles of Incorporation |
| 4 | | 12/08/11 | 06754 - 06759 | Fax transmission from Eric Lighter to Dr. Morris Brock |
| 5 | | 12/07/11 | 09633 | Wells Fargo Bank Wire Transfer Confirmation in the amount of $5,500 |
| 6 | | 12/07/11 | 11964 | Bank of America Funds Transfer Request and Authorization in the amount of $33,000 |
| 7 | | 12/07/11 | 11965 | Bank of America Funds Transfer Request and Authorization in the amount of $150,000 |
| 8 | | 12/07/11 | 11966 | Bank of America Funds Transfer Request and Authorization in the amount of $200,000 |
| 9 | | 12/07/11 | 11967 | Bank of America Funds Transfer Request and Authorization in the amount of $90,000 |
| 10 | | 12/07/11 | 11968 | Bank of America Funds Transfer Request and Authorization in the amount of $20,000 |
| 12 | | 12/08/11 | 06713 | Fung $10,000 hand receipt for money collected from Gootnick |

| | | | | |
|---|---|---|---|---|
| 13 | | 12/07/11 | not applicable | Telephone conversation dated March 3, 2006 - recording |
| 14 | | 12/07/11 | not applicable | Telephone conversation dated March 10, 2006 - recording |
| 15 | | 12/15/11 | 09565 - 09566 | Letter and related documents sent to Special Agent Bonano from Lighter re Irwin Gootnick (sent via facsimile) |
| 16 | | 12/08/11 | 09562 - 09564 | Appointment of successor trustee and related documents from Eric Lighter (sent via facsimile) |
| 17 | | 12/13/11 | | Bill of Sale between Gootnicks and Gootnick Charitable Trust Inc. a California Corporation |
| 18 | | 12/13/11 | | Bill of Sale between Irwin Gootnick and Eric Lighter |
| 19 | | 12/13/11 | | Bill of Sale between Susan Gootnick and Gootnick Charitable Trust Inc. a California Corporation |
| 21 | | 12/07/11 | 02-0198 - 02-362 | QWest Telephone records of (541) 479-9881 in name of Sam Fung for 01/01/1999 through 04/23/2002 |
| 22 | | 12/07/11 | 07292 - 07755 | Sprint PCS Telephone records of (541) 301-8028 and (541) 301-8640 in name of Samuel S. Fung for 1/08/04 through 05/07/06 |
| 23 | | 12/07/11 | 07662 - 09073 | T-Mobile Telephone records of (808) 382-1894 in name of Eric A. Lighter for 12/15/02 through 08/15/06 |
| 24 | | 12/15/11 | | Demonstrative Chart of Telephone calls between Fung, Lighter and Clients |
| 26 | | 12/07/11 | 01841 - 02371 | First Hawaiian Bank - records of bank account in the name of Eric Lighter |
| 27 | | 12/07/11 | 02724 - 04598 | First Hawaiian Bank - records of bank account in the name of Honolulu Inn |
| 28 | | 12/07/11 | 02373 - 02723 | First Hawaiian Bank - records of bank account in the name of Honolulu Inn Inc. |

| | | | | |
|---|---|---|---|---|
| 30 | | 12/15/11 | | IRS Form 211 - Application for Reward filed January 23, 2006 |
| 31 | 12/08/11 | | 08312 | Minutes of Special Meeting of the Board of Directors - Eric Aaron Lighter authorizing Sam Fung to open a checking account in California for Hawaiian Colony Hotel Corporation |
| 34 | | 12/13/11 | 20662 - 20663 | Letter from Lighter to Asst. Commissioner of CID re Gootnick Charitable Trust and Amended Form 1120 |
| 35 | 12/15/11 | | 35364 - 35369 | Diary of Eric Aaron Lighter, re: Bourdier |
| 36 | 12/08/11 | | 35359 - 35362 | Diary of Eric Aaron Lighter, re: Brock |
| 37 | 12/13/11 | | Public filed document | *Gootnick v Lighter* - Complaint - 05CV2787SI |
| 42 | | 12/08/11 | 00853 - 00858 | Declaration of Samuel S Fung Plus Submission and Demand for Submission to United States Grand Juries |
| 45 | | 12/08/11 | 11032 - 11034 | Samuel S. Fung Motion for Stay and Declaration |
| 46 | | 12/08/11 | 06714 - 06716 | Affidavit of Samuel Fung dated 11/17/2005 |
| 47 | | 12/08/11 | 11036 - 11037 | Samuel S. Fung's Verified Notice of Alleged Prosecutorial Misconduct |
| 48 | | 12/07/11 | 09473 - 09499 | Lighter Testimony - transcript of deposition taken in U.S. Bankruptcy Court proceeding |
| 49 | | 12/07/11 | 10336 - 10398 | Deposition of Eric Aaron Lighter in *Gootnick v. Lighter* re Diamond Credit Bureau Inc. commenced at 9:08 am on 04/24/2006 |
| 50 | | 12/07/11 | 10400 - 10453 | Deposition of Eric Aaron Lighter in *Gootnick v. Lighter* re Quality Income System, Inc. commenced at 2:38 pm on 04/24/2006 |

| | | | | |
|---|---|---|---|---|
| 51 | | 12/07/11 | 10455 - 10503 | Deposition of Eric Aaron Lighter in *Gootnick v. Lighter* re Hawaiian Colony Hotel Corporation commenced at 9:12 am on 04/25/2006 |
| 52 | | 12/07/11 | 10505 - 10570 | Deposition of Eric Aaron Lighter in *Gootnick v. Lighter* commenced at 1:59 pm on 04/25/2006 |
| 53 | | 12/07/11 | 39528 - 39558 | Deposition of Samuel Fung in *Gootnick v Lighter* on 01/07/2007 |
| 56 | | 12/08/11 | | Faxed copy of Lighter's bank account information |
| 57 | | 12/08/11 | | Wire transfer from Samuel Fung to Lighter and note |
| 58 | | 12/08/11 | | Wire transfer from Samuel Fung to Lighter |
| 60 | | 12/15/11 | | IRS Forms 1040 and cover letters for the years 2003 through 2010 filed by Eric Lighter<br>July 11, 2011 |
| 61 | | 12/07/11 | | IRS Certification of Lack of Record of Individual Income Tax Returns filed by Eric Aaron Lighter |
| 62 | | 12/07/11 | 40051 | IRS Certification of Lack of Record of Corporate Income Tax Returns filed by Hawaiian Colony Hotel Corporation for the years 1999 through 2007 |
| 63 | | 12/07/11 | 38949 - 38969 | IRS Transcript: 1988 - 2010 - Eric Lighter |
| 64 | | 12/07/11 | 38970 - 38974 | IRS Transcript re Square Root of 25 Ltd |
| 65 | | 12/07/11 | 38975 - 38981 | IRS Transcript re Hawaiian Colony Hotel Corporation |
| 66 | | 12/07/11 | 38982 - 38984 | IRS Transcript re Honolulu Rail and Development Ltd |
| 67 | | 12/07/11 | 38988 - 39006 | IRS Transcript re Credit Bureau International Inc - Volcano Inn |

| 68 | | 12/07/11 | 38985 - 38987 | IRS Transcript re Credit Bureau International Inc |
|---|---|---|---|---|
| 69 | | 12/07/11 | 39009 - 39011 | IRS Transcript re Quality Income Systems Inc - Professional Tax Related Fraud |
| 70 | | 12/07/11 | | IRS Transcript re Gootnick Charitable Tr Inc |
| 71 | | 12/07/11 | 39007 - 39008 | IRS Transcript re Hawaii Volcano Inn LLC |
| 72 | | 12/07/11 | 39012 | IRS Transcript re Volcano Inn Inc - VI Inc |
| 73 | | 12/07/11 | 39017 - 39019 | IRS Transcript re Super Teaching Corporation |
| 76 | | 12/07/11 | 00646 - 00653 | Form 1040 for the year 1998 - Diana Bordner & Samuel Fung |
| 77 | | 12/07/11 | 00655 - 00665 | Form 1040 for the year 1999 - Diana Bordner & Samuel Fung |
| 78 | | 12/07/11 | 00667 - 00677 | Form 1040 for the year 2000 - Diana Bordner & Samuel Fung |
| 79 | | 12/07/11 | 01-0066 - 01-0079 | Form 1040X for the year 1998 - Diana Bordner & Samuel Fung |
| 80 | | 12/07/11 | 00679 - 00687 | Form 1120 US Corporation Income Tax Return Consolidated for the year 1998 - Cypress Development Corporation |
| 81 | | 12/07/11 | 01-0080 - 01-0107 | Form 1040X for the year 1999 - Diana Bordner & Samuel Fung |
| 82 | | 12/07/11 | 00689 - 00698 | Form 1120 US Corporation Income Tax Return Consolidated for the year 1999 - Cypress Development Corporation |
| 83 | | 12/07/11 | 01-0108 - 01-0138 | Form 1040X for the year 2000 - Diana Bordner & Samuel Fung |
| 84 | | 12/07/11 | 00700 - 00710 | Form 1120 US Corporation Income Tax Return Consolidated for the year 2000 - Cypress Development Corporation |
| 85 | | 12/07/11 | 39020 - 39042 | IRS Transcripts: 1997 - 2010 - Fung |

| | | | | |
|---|---|---|---|---|
| 86 | | 12/07/11 | 39072 - 39082 | IRS Transcripts: 1997 - 2009 - Cypress Development Corporation |
| 91 | | 12/07/11 | 03-0370 | Family Trust list of expense headings |
| 92 | | 12/07/11 | 01070 - 01071 | Attachments 1 and 2 - "What do Sam needs from the trust to complete the Form 1041 returns and schedule?" |
| 96 | | 12/07/11 | 05-0532 - 05-0533 | National Trust Services letter to NTS Trustees |
| 100 | | 12/07/11 | 10-1990 - 10991 | Letter to Revenue Agent Dennis Brown from Samuel Fung |
| 101 | | 12/08/11 | 01-0727 | Letter to Special Agent Bonano from Samuel Fung re "felony confessions" |
| 103 | 12/20/11 | 12/20/11 | | USCOCO.com website homepage and content pages as of March 2004 |
| 110 | | 12/15/11 | | Agreement between Lighter and CIE Soft Corporation |
| 111 | | 12/14/11 | 09915 | Promissory note re Bourdier and Lighter |
| 112 | | 12/14/11 | 09916 - 09919 | Real Property Mortgage re Bourdier and Lighter |
| 113 | | 12/08/11 | 09921 | 2001 Form 1098 Mortgage Interest Statement re MG Trust |
| 114 | | 12/14/11 | 35001 | Receipt of $5,500 from Eric Aaron Lighter |
| 115 | | 12/08/11 | | Mutual Assignment of Shares and Share Certificates |
| 116 | | 12/07/11 | 09615 - 09617 | Articles of Incorporation for Heart Mind Corporation |
| 117 | | 12/07/11 | 09632 | Articles of Dissolution for Heart Mind Corporation |
| 118 | | 12/07/11 | 31621 - 31635 | Form 1120 for the years 12/9/1990 ending 12/31/2002 - Heart Mind Corporation |
| 119 | | 12/07/11 | 09640 - 09648 | Form 1120X for the year 2002 - Heart Mind Corporation |
| 120 | | 12/07/11 | 31637 - 31643 | Form 1120 for the year ending 09/30/2004 - Heart Mind Corporation |

| 121 |  | 12/07/11 | 09047 - 09428 | IRS Transcript - Heart Mind Corporation |
| --- | --- | --- | --- | --- |
| 122 |  | 12/07/11 | 30808 - 30818 | Form 1040 for the year 2000 - Bourdier & Trinh |
| 123 |  | 12/07/11 | 31521 - 31533 | Form 1041 for the year 2000 - MG Trust |
| 124 |  | 12/07/11 | 31561 - 31568 | Form 1041 for the year 2000 - Mudrachi Trust |
| 125 |  | 12/07/11 | 31545 - 31552 | Form 1041 for the year 2000 - Ninjaco Trust |
| 126 |  | 12/07/11 | 30819 - 30960 | Form 1040 and Administrative File for the year 2001 - Bourdier & Trinh |
| 127 |  | 12/07/11 | 31534 - 31544 | Form 1041 for the year 2001 - MG Trust |
| 128 |  | 12/07/11 | 31569 - 31576 | Form 1041 for the year 2001 - Mudrachi Trust |
| 129 |  | 12/07/11 | 31553 - 31560 | Form 1041 for the year 2001 - Ninjaco Trust |
| 131 |  | 12/07/11 | 30961 - 30974 | Form 1040 for the year 2002 - Bourdier & Trinh |
| 132 |  | 12/07/11 | 31577 - 31584 | Form 1120 for the year 2002 - MG Inc. |
| 133 |  | 12/07/11 | 31607 - 31614 | Form 1120 for the year 2002 - Mudrachi, Inc. |
| 134 |  | 12/07/11 | 31599 - 31606 | Form 1120 for the year 2002 - Ninjaco, Inc. |
| 135 |  | 12/07/11 | 09984 - 09988 | Amended Form 1120 for the year 2002 - Mudrachi, Inc. |
| 136 |  | 12/07/11 | 30961 - 31096 | Form 1040 for the year 2002 and Administrative File - Bourdier & Trinh |
| 137 |  | 12/07/11 | 10031 - 10063 | IRS Transcript of Account - Jean-Paul & Minh-Ha Trinh |
| 138 |  | 12/07/11 | 10022 - 10229 | IRS Transcript of Account - Mudrachi Inc. |
| 143 |  | 12/12/11 | 09565 | Gootnick Family Trust letter appointing successor trustee |
| 145 | 12/13/11 |  | 21764 - 21769 | Correspondence dated June 24 and June 26, 2002 from David Prince to Irwin Gootnick |
| 146 |  | 12/07/11 | 05124 - 05125 | IRS Audit Notification re Gootnick Family Trust tax return for 2001 |

*Joint Exhibit List - Final*
*Case No. 05-215-EJD*                                8

| | | | | |
|---|---|---|---|---|
| 147 | | 12/07/11 | 05128 - 05129 | Letter from Gootnick to Asst. Commissioner of Criminal Investigation Division of IRS dated 08/28/2004 |
| 148 | | 12/07/11 | 05126 - 05127 | IRS response to August 28, 2004 letter |
| 149 | | 12/07/11 | 05130 - 05132 | Letter from Gootnick to Asst. Commissioner of Criminal Investigation Division of IRS dated 09/06/2004 |
| 150 | | 12/13/11 | | Real Property Mortgage from Gootnick Family Trust to J & J Trust |
| 151 | | 12/13/11 | 11265 | Email from Gootnick to Lighter re property |
| 152 | | 12/07/11 | | Real Property Mortgage from Gootnick Family Trust to Honolulu Rail and Development, Ltd. |
| 153 | | 12/07/11 | | Real Property Mortgage from Gootnick Family Trust to Credit Bureau International, Inc. |
| 154 | | 12/07/11 | | Assignment of Mortgage and Promissory Note from Honolulu Rail and Development Ltd. to Credit Bureau International, Inc. |
| 158 | | 12/08/11 | 10668 - 10670 | Letter from Fung to Lighter re Gootnicks |
| 160 | | 12/13/11 | 11175 | Letter from Lighter to Cheryl Deaner re rent |
| 161 | | 12/13/11 | 11174 | Letter from Lighter to Gootnick re rent |
| 163 | | 12/13/11 | 34317 - 34335 | *Gootnick v Lighter* - Settlement Agreement |
| 164 | | 12/07/11 | 09534 - 09539 | Form 1040A for the year 2000 to 2003 - Gootnick |
| 165 | | 12/07/11 | 09500 - 09506 | In re: Irwin and Susan Gootnick - Omnibus Form 1120 Tax Return for the Years 2000 through 2003 |
| 166 | | 12/07/11 | 31644 - 32260 | Form 1040 and Administrative File for the year 2001 - Gootnick |
| 167 | | 12/07/11 | 33026 - 33091 | Form 1041 and attachments for the year 2001 - Full Dimension Trust |
| 168 | | 12/07/11 | 33170 - 33416 | Form 1041 and attachments for the year 2001 - Gootnick Family Trust |

| | | | | |
|---|---|---|---|---|
| 169 | | 12/07/11 | 33539 - 33548 | Form 1041 for the year 2001 for J & J Trust |
| 170 | | 12/07/11 | 33558 - 33588 | Form 1120 and attachments for the year 2001 - I & S Gootnick MD's Inc. |
| 171 | | 12/07/11 | 20017 - 20083 | IRS Examination Closing Record - Full Dimension Trust for 2001 |
| 172 | | 12/07/11 | 20570 - 20083 | IRS Examination Closing Record - Gootnick Family Trust for 2001 |
| 173 | | 12/07/11 | 20097 - 20132 | IRS Examination Closing Record - I & S Gootnick MD's Inc for 2001 |
| 174 | | 12/07/11 | 32261 - 32291 | Form 1040 and Administrative File for the year 2002- Gootnick |
| 175 | | 12/07/11 | 33092 - 33103 | Form 1120 for the year 2002 - Full Dimension Trust, Inc. |
| 176 | | 12/07/11 | 33549 - 33557 | Form 1120 for the year 2002 - J & J Trust Inc. |
| 177 | | 12/07/11 | 34745 - 34746 | Form 1120 for the year 2002 - Gootnick FT Inc. |
| 178 | | 12/07/11 | 33589 - 33618 | Form 1120 and attachments for the year 2002 - I & S Gootnick MD's Inc. |
| 180 | | 12/07/11 | 20133 - 20166 | IRS Examination Closing Record - I & S Gootnick MD's Inc for 2002 |
| 181 | | 12/07/11 | 32292 - 32999 | Form 1040 and attachments for the year 2003 - Gootnick |
| 182 | | 12/07/11 | 33619 - 33901 | Form 1120 and attachments for the year 2003 - I & S Gootnick MD's Inc. |
| 183 | | 12/07/11 | 20167 - 20191 | IRS Examination Closing Record - Susan A.M. Gootnick MD Inc Radiologist for 2003 |
| 184 | | 12/07/11 | 20221 - 20224 | Form 1120 for the year 2001 - Susan A.M. Gootnick MD Inc Radiologist |
| 185 | | 12/07/11 | 33902 - 33949 | Form 1120S for the year 2002 - Susan A.M. Gootnick MD Inc. Radiologist |
| 186 | | 12/07/11 | 33950 - 34315 | Form 1120S for the year 2003 - Susan A.M. Gootnick MD Inc. Radiologist |
| 187 | | 12/07/11 | 34748 | Form 1120 for the year 2003 - Gootnick Family Trust |

| # | | | Bates | Description |
|---|---|---|---|---|
| 188 | | 12/07/11 | 20193 - 20567 | IRS Examination Workpapers - Susan A.M. Gootnick MD Inc. Radiologist for 2002 & 2003 |
| 191 | | 12/14/11 | 11923 - 11924 | Letter from Brock to Lighter re repayment of $15,000 and explanation that this was fictitious |
| 192 | | 12/08/11 | 35178 - 35179 | Bill of Sale signed by Brock, Haney, Lighter and Fung |
| 193 | | 12/08/11 | 06772 | Promissory note bearing Lighter's signature |
| 194 | | 12/08/11 | 11929 - 11930 | Assignment by Hawaiian Colony Hotel Corporation and Brock bearing Brock, Haney and Lighter's signatures |
| 196 | 12/14/11 | | 06788 - 06790 | Correspondence from Brock to Lighter re initial meeting |
| 197 | | 12/08/11 | 06796 | Fax copy of Confirmation and Clarification of Assignment signed by Lighter |
| 200 | | 12/08/11 | 11933 - 11935 | Letter and explanation for IRS from Lighter to Brock |
| 206 | | 12/08/11 | 00991 | Handwritten diagram re B & B Trust conversion to corporation - Attachment 1 |
| 207 | | 12/14/11 | 06802 - 06803 | Brock handwritten list of Assets of Our Trusts |
| 208 | | 12/08/11 | 06804 | Fung handwritten directions on how to respond to IRS |
| 209 | | 12/07/11 | 11983 | Letter from Revenue Agent Oeser to Fung re Brocks' tax return documentation |
| 210 | | 12/07/11 | 06878 | Letter from Fung to Revenue Agent Oeser re Brocks' tax return documentation |
| 212 | | 12/07/11 | 28398 - 29411 | Form 1040 for the year 1999 - Brock & Haney |
| 213 | | 12/07/11 | 06943 - 06952 | Form 1041 for the year 1999 - B&B Trust |
| 214 | | 12/07/11 | 28786 - 28814 | Form 1041 and attachments for the year 1999 - Insight Co. Trust |
| 215 | | 12/07/11 | 00993 - 01007 | Revenue Agent Report, Form 4949, for the year 1999 - Brock & Haney |
| 216 | | 12/07/11 | 28424 - 28436 | Form 1040 for the year 2000 - Brock & Haney |

| 217 |  | 12/07/11 | 28938 - 28958 | Form 1041 and attachments for the year 2000 - B&B Trust |
|---|---|---|---|---|
| 218 |  | 12/07/11 | 28815 - 28834 | Form 1041 and attachments for the year 2000 - Insight Co. Trust |
| 219 |  | 12/07/11 | 28412 - 28443 | U.S. Individual Income Tax Return and Administrative Files for year 2000 - Brock and Haney |
| 220 |  | 12/07/11 | 28590 - 28598 | Form 1040 for the year 2001 - Brock & Haney |
| 221 |  | 12/07/11 | 28959 - 29050 | Form 1041 and attachments for the year 2001 - B&B Trust |
| 222 |  | 12/07/11 | 28835 - 28937 | Form 1041 and attachments for the year 2001 - Insight Co. Trust |
| 223 |  | 12/07/11 | 28444 - 28785 | U.S. Individual Income Tax Return and Administrative Files for year 2001 - Brock and Haney |
| 224 |  | 12/07/11 | 00129 - 00158 | IRS Transcript - Brock and Haney, 1999, 2000 and 2001 for Forms 1040 and 1041 |
| 232 |  | 12/07/11 | 33457 - 33472 | U.S. Individual Income Tax Return and Administrative Files for year 1998 - McKenzie |
| 233 |  | 12/07/11 | 29151 - 29163 | Form 1041 and attachments for the year 1998 - McKenzie Family Trust |
| 234 |  | 12/07/11 | 29051 - 29063 | Form 1041 and attachments for the year 1998 - McKenzie Family Resonance & Manifestation Trust |
| 236 |  | 12/07/11 | 33474 - 33484 | Form 1040 and attachments for the year 1999 - McKenzie |
| 237 |  | 12/07/11 | 29164 - 29175 | Form 1041 and attachments for the year 1999 - McKenzie Family Trust |
| 238 |  | 12/07/11 | 29064 - 29076 | Form 1041 and attachments for the year 1999 - McKenzie Family Resonance & Manifestation Trust |
| 240 |  | 12/07/11 | 33485 - 33498 | Form 1040 for the year 2000 - McKenzie |
| 241 |  | 12/07/11 | 29176 - 29190 | Form 1041 for the year 2000 - McKenzie Family Trust |

| | | | | |
|---|---|---|---|---|
| 242 | | 12/07/11 | 29077 - 29150 | Form 1041 and Administrative File for the year 2000 - McKenzie Family Resonance & Manifestation Trust |
| 244 | | 12/07/11 | 01032 - 01063 | Revenue Agent Report, Form 4549 re McKenzie -1998, 1999, and 2000 Forms 1040 |
| 245 | | 12/07/11 | 01084 | IRS Payment Posting Voucher - Examination re year 2000 - McKenzie |
| 246 | | 12/07/11 | 00180 - 00290 | IRS Transcript - McKenzie - 1998, 1999 and 2000 for Forms 1040 and 1041 |
| 251 | | 12/07/11 | 29209 - 29237 | Form 1040 and Administrative File for the year 1998 - Garveys |
| 252 | | 12/07/11 | 00319 - 00334 | Form 1041 for the year 1998 - Alpha Services Trust |
| 253 | | 12/07/11 | 00336 - 00355 | Form 1041 for the year 1998 - Dancing Bear Family Trust |
| 254 | | 12/07/11 | 01261 - 01276 | Form 1040X for the year 1998 - Garveys |
| 256 | | 12/07/11 | 01198 - 01216 | Revenue Agent Report, Form 4549A, William & Joyce Garvey, 1998 & 1999 Form 1040 |
| 257 | | 12/07/11 | 00358 - 00370 | IRS Transcript - Garvey 1998 Forms 1040 and 1041 |
| 264 | | 12/07/11 | 30070 - 30082 | Form 1040 and Administrative Files for the year 1998 - Habura |
| 265 | | 12/07/11 | 30167 - 30180 | Form 1041 and Administrative Files for the year 1998 - RPH Management Trust |
| 266 | | 12/07/11 | 30087 - 30097 | Form 1040 and Administrative Files for the year 1999 - Habura |
| 267 | | 12/07/11 | 30181 - 30198 | Form 1041 and Administrative Files for the year 1999 - RPH Management Trust |
| 268 | | 12/07/11 | 30098 - 30111 | Form 1040 and Administrative File for the year 2000- Habura |
| 269 | | 12/07/11 | 30199 - 30230 | Form 1041 and Administrative File for the year 2000 - RPH Management Trust |
| 270 | | 12/07/11 | 30121 - 30166 | Form 4549, Examination Workpapers and Closing Agreement - Habura, 1998, 1999 and 2000 Forms 1040 and 1041 |

| | | | | |
|---|---|---|---|---|
| 271 | | 12/07/11 | 00466 - 00493 | IRS Transcript - Habura, 1998, 1999 and 2000 for Forms 1040 and 1041 |
| 281 | | 12/07/11 | 30684 - 30697 | Form 1040 for the year 2000 - Campbell |
| 282 | | 12/07/11 | 30740 - 30751 | Form 1041 for the year 2000 - Springfield Trust |
| 283 | | 12/07/11 | 30726 - 30739 | Form 1041 for the year 2000 - E & B Family Trust |
| 284 | | 12/07/11 | 30698 - 30705 | Form 1040 for the year 2001 - Campbell |
| 285 | | 12/07/11 | 30752 - 30761 | Form 1120 for the year 2001 - Springfield, Inc. |
| 286 | | 12/07/11 | 30772 - 30785 | Form 1120 for the year 2001 - E & B FT, Inc. |
| 287 | | 12/07/11 | 30706 - 30711 | Form 1040 for the year 2002 - Campbell |
| 288 | | 12/07/11 | 30762 - 30771 | Form 1120 for the year 2002 - Springfield, Inc. |
| 289 | | 12/07/11 | 30786 - 30793 | Form 1120 for the year 2002 - E & B FT, Inc. |
| 290 | | 12/07/11 | 10120 | Form 870 - Waiver on Restirctions on Assessment and Collection of Deficiency and Acceptance of Overassessment - Campbell |
| 291 | | 12/07/11 | 09-0122 - 09-0135 | Revenue Agent Audit Report, Form 4549, for Campbell's 2000, 2001, and 2002 Returns |
| 296 | | 12/07/11 | 03-0297 | Maridon Trust 1998 Income and Expense spreadsheet |
| 297 | | 12/07/11 | 29756 - 29769 | Form 1040 for the year 1998 - Brockhage |
| 298 | | 12/07/11 | 29873 - 29972 | Form 1041 and Administrative Files for the year 1998- Brockhage Associates Trust |
| 299 | | 12/07/11 | 29973 - 29988 | Form 1041 and Administrative Files for the year 1998- The Maridon Trust |
| 300 | | 12/07/11 | 29789 - 29800 | Form 1040 and Administrative Files for the year 1999 - Brockhage |
| 301 | | 12/07/11 | 29973 - 29988 | Form 1041 and Administrative Files for the year 1999- Brockhage Associates Trust |

| 302 | | 12/07/11 | 29989 - 30064 | Form 1041 and Administrative Files for the year 1999- The Maridon Trust |
|---|---|---|---|---|
| 303 | | 12/07/11 | 29801 - 29917 | Form 1040 for the year 2000 - Brockhage |
| 304 | | 12/07/11 | 03-0200 | Form 1040-V Payment Voucher and Brockhage Associates check payable to the Internal Revenue Service reflecting receipt of $33,128 towards delinquent 2000 taxes - Brockhage |
| 305 | | 12/07/11 | 30065 - 30069 | Form 1041 for the year 2000 - The Maridon Trust |
| 306 | | 12/07/11 | 03-0242 - 03-0259 | Form 1040X for the year 1998 - Brockhage |
| 307 | | 12/07/11 | 03-0176 - 03-0198 | Form 1040X for the year 1999 - Brockhage |
| 308 | | 12/07/11 | 03-0236 - 03-0241 | Form 4549 Income Tax Examination Changes - Brockhage for year 1998 |
| 309 | | 12/07/11 | 03-0266 - 03-0271 | Form 4549 Income Tax Examination Changes - Brockhage for year 1999 |
| 310 | | 12/07/11 | 29789 - 29800 | Form 1040 and Administrative Files for the year 1999 - Brockhage |
| 311 | | 12/07/11 | 29723 | Form 3244-A - Payment Posting Voucher reflecting receipt of $13,916 towards delinquent 1998 taxes - Brockhage |
| 312 | | 12/07/11 | 29793 | Form 3244-A - Payment Posting Voucher reflecting receipt of $19,681 towards delinquent 1999 taxes - Brockhage |
| 316 | | 12/07/11 | 08-0593 - 08-0790 | Chamness' Black Binder |
| 317 | | 12/07/11 | 00888 - 00890 | Eric Chamness' 2000 & 2001 list of expenses |
| 318 | | 12/07/11 | 28087 - 28096 | Form 1040 for the year 1999 - Chamness |
| 319 | | 12/07/11 | 28097 - 28167 | Form 1040 and Administrative File for the year 2000 - Chamness |
| 320 | | 12/07/11 | 28168 - 28180 | Form 1040 for the year 2001 - Chamness |
| 322 | | 12/07/11 | 28206 - 28224 | Form 1040 for the year 2002 - Chamness |

| | | | | |
|---|---|---|---|---|
| 323 | | 12/07/11 | 00040 - 00049 | IRS Transcripts of Account - Chamness 1999, 2000 and 2001 |
| 326 | | 12/07/11 | 00495 | Form 1040EZ for the year 1998 - Pendergrafts |
| 327 | | 12/07/11 | 30535 - 30623 | Form 1041 and Administrative File for the year 1998 - In God We Trust |
| 328 | | 12/07/11 | 30242 - 30356 | Form 1041 and Administrative File for the year 1998 - NHUSS Trust |
| 329 | | 12/07/11 | 30384 - 30497 | Form 1041 and Administrative File for the year 1998 - RJ Pendergraft Trust |
| 330 | | 12/07/11 | 03-0855 - 03-0886 | Form 1040 for the year 1998 - Pendergrafts |
| 331 | | 12/07/11 | 00497 | Form 1040EZ for the year 1999 - Pendergrafts |
| 332 | | 12/07/11 | 30641 - 30651 | Form 1041 for the year 1999 - In God We Trust |
| 333 | | 12/07/11 | 30357 - 30371 | Form 1041 for the year 1999 - NHUSS Trust |
| 334 | | 12/07/11 | 30498 - 30514 | Form 1041 for the year 1999 - RJ Pendergraft Trust |
| 335 | | 12/07/11 | 30239 - 30241 | Form 1040EZ for the year 2000 - Pendergrafts |
| 336 | | 12/07/11 | 30652 - 30662 | Form 1041 for the year 2000 - In God We Trust |
| 337 | | 12/07/11 | 30372 - 30383 | Form 1041 for the year 2000 - NHUSS Trust |
| 338 | | 12/07/11 | 30519 - 30534 | Form 1041 for the year 2000 - RJ Pendergraft Trust |
| 339 | | 12/07/11 | 03-1230 - 03-1233 | Payment Voucher and Form 906 IRS Closing Agreement - Pendergraft |
| 341 | | 12/15/11 | | Chart of Tax Loss Calculations - Counts 2 through 23 |
| 342 | | 12/15/11 | | Summary Chart of Tax Loss Calculations |
| 344 | | 12/07/11 | | Stipulations |
| 345 | 12/15/11 | | | Box of Mailings from Lighter |
| 441 | 12/14/11 | | | Memorandum of Interview - Bourdier |

| | | | | **DEFENDANT'S EXHIBITS** |
|---|---|---|---|---|
| A | 12/7/11 | | | Omnibus Form 1120 - Cypress Development Corporation for the years 1997 - 2001 |
| C | 12/09/11 | | | Plea Agreement for Samuel S. Fung - 05-cr-215 |
| F | 12/12/11 | | | Order Dismissing Case - *In re Quality Income Systems, Inc.* - 05-BK-50023 |
| G | 12/12/11 | 12/19/11 | | 2002 Form 1120 for Heart Corporation for the years 1990 - 2002 |
| I | 12/13/11 | | | Debtor's Consolidated Response to Order to Show Cause filed in 05-BK-50023 dated February 10, 2006 |
| J | 12/9/11 | | | Third Superseding Indictment - 05-cr-215 |
| L | 12/14/11 | | | 10/08/04, Promissory Note from Eric Lighter to Gootnick. |
| M | | 12/14/11 | | Bill of Sale dated October 8, 2004 |
| N | | 12/14/11 | | Letter from Bourdier to Hawaiian Colony Hotel Corporation dated December 22, 2004 |
| OO | 12/15/11 | | | Lighter Submission to Hawaii IRS-CID |
| P | 12/15/11 | | | Statement of Qualifications of M. Patricia Fisher |
| GG | 12/19/11 | | | 5/10/04 Mortgage for $50,000. |
| II | 12/19/11 | | | 10/03/04 Gootnick Financial Statements. |
| MM | 12/19/11 | | | 12/22/04 Bourdier letter to Eric Lighter re return of HCHC stock. |
| RR | 12/19/11 | 12/19/11 | | 2/22/06 Bankruptcy Court order dismissing bankruptcy case of Quality Income Systems, Inc., Case # 05-50023. |
| BBB | 12/19/11 | | | |
| CCC | 12/20/11 | | | |
| | | | | |

*Joint Exhibit List - Final*
*Case No. 05-215-EJD*                17