UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA       Case No. CR-05-00215 EJD

CASE TITLE:      **USA v. ERIC AARON LIGHTER**

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 12/20/11

Time: 5:05 p.m.

Note No. 1

1. The Jury has reached a unanimous verdict. [Please mark]   ( X )

or

2. The Jury has the following question:

DATE: 12/20/11

Signature of Juror