FILED
DEC 21 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

USA,

    Plaintiff(s),

v.

Eric Aaron Lighter,

    Defendant(s).

NO. 5:05-cr-00215-002-EJD

**ORDER RE NEW CONDITIONS OF RELEASE PENDING SENTENCING PROCEEDINGS**

The defendant is ordered to report to the Probation Department in the San Jose Federal Courthouse within 24 hours to begin initial preparation for the interview process. He is to keep and attend all appointments as requested by the Probation Office.

Pending his next court date of March 26, 2012, the Defendant is Ordered not to:

1) Conduct any business transaction in excess of $500.00 without the prior consent of the Probation Office.

2) Mail any letters, forms, filings or correspondence of any kind to the IRS, or the IRS CID.

3) Dissipate or dispose of or in any way alter the character of any assets he currently owns or has an interest in by virtue of an officer, board, committee, trustee or other position.

4) Contact any of the witnesses or parties to this case either directly or through any intermediaries or third parties.

5) He is Ordered to turn over any Passport he owns to the Probation Office, if he does not have a Passport, he may not apply for a Passport.

6) His travel is limited to the Northern District of California, and particularly to the States of Hawaii and California, for the specific purpose of attending to his probation appointments and court obligations.

Dated: 12/20/11

EDWARD J. DAVILA
United States District Judge