FILED

DEC 20 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

    Plaintiff(s),

  v.

ERIC AARON LIGHTER,

    Defendant(s).

No. 5:05-cr-00215-2 EJD

VERDICT

We, the jury in the above entitled cause, find the defendant, ERIC AARON LIGHTER

**COUNT 1:** _Guilty_ (**guilty**/ not guilty) of conspiracy to defraud the United States as charged in Count 1 of the Indictment;

**COUNT 24:** _Guilty_ (**guilty**/ not guilty) of conspiracy to commit wire fraud as charged in Count 24 of the Indictment;

**COUNT 25:** _Guilty_ (**guilty**/ not guilty) of wire fraud as charged in Count 25 of the Indictment;

**COUNT 26:** _Guilty_ (**guilty**/ not guilty) of wire fraud as charged in Count 26 of the Indictment;

**COUNT 27:** _Guilty_ (**guilty**/ not guilty) of wire fraud as charged in Count 27 of the Indictment

1  COUNT 28: ___Guilty___ ((guilty)/ not guilty) of wire fraud as charged
2  in Count 28 of the Indictment;
3  COUNT 29: ___Guilty___ ((guilty)/ not guilty) of wire fraud as charged
4  in Count 29 of the Indictment;
5  COUNT 30: ___Guilty___ ((guilty)/ not guilty) of wire fraud as charged
6  in Count 30 of the Indictment;
7  COUNT 31: ___Guilty___ ((guilty)/ not guilty) of wire fraud as charged
8  in Count 31 of the Indictment;
9  COUNT 32: ___Guilty___ ((guilty)/ not guilty) of wire fraud as charged
10 in Count 32 of the Indictment;
11 COUNT 33: ___Guilty___ ((guilty)/ not guilty) of conspiracy to commit
12 blackmail and witness tampering as charged in Count 33 of the Indictment;
13          if you find the defendant guilty of conspiracy to commit blackmail and
14          witness tampering as charged in Count 33 of the Indictment, please indicate your
15          unanimous finding with respect to the object or objects of the conspiracy:
16                  _____ blackmail;
17                  _____ witness tampering;
18                  __X__ both blackmail and witness tampering;
19 COUNT 34: ___Guilty___ ((guilty)/ not guilty) of witness tampering as
20 charged in Count 34 of the Indictment;
21 COUNT 35: ___Guilty___ ((guilty)/ not guilty) of witness tampering as
22 charged in Count 35 of the Indictment;
23 COUNT 36: ___Guilty___ ((guilty)/ not guilty) of witness tampering as
24 charged in Count 36 of the Indictment;
25 COUNT 37: ___Guilty___ ((guilty)/ not guilty) of blackmail as charged
26 in Count 37 of the Indictment;
27
28

COUNT 38: _Guilty_ (guilty / not guilty) of blackmail as charged in Count 38 of the Indictment;

COUNT 39: _Guilty_ (guilty / not guilty) of blackmail as charged in Count 39 of the Indictment.

DATED: 12/20/11

_____ #6
Foreperson/Presiding Juror

_Terry Boyle_
Printed Name