1                  IN THE UNITED STATES DISTRICT COURT

2             FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                       SAN JOSE DIVISION

4

5    UNITED STATES OF          )  CR-05-00215-EJD
     AMERICA,                  )
6                              )  DECEMBER 7, 2011
              PLAINTIFF,       )
7                              )  **PARTIAL TRANSCRIPT**
                   V.          )
8                              )  PAGES 1 - 30
     ERIC AARON LIGHTER,       )
9                              )
              DEFENDANT.       )
10   _____  )

11

12            THE PROCEEDINGS WERE HELD BEFORE

13        THE HONORABLE UNITED STATES DISTRICT

14             JUDGE EDWARD J. DAVILA

15   A P P E A R A N C E S:

16

17   FOR THE PLAINTIFF:  U.S. DEPARTMENT OF JUSTICE
                         BY:  CHARLES A. O'REILLY
18                            KATHERINE WONG
                         P.O.BOX 972
19                       WASHINGTON, D.C. 20044

20

     FOR THE DEFENDANT:  CAREY & CAREY
21                       BY:  JERRY Y. FONG
                         706 COWPER STREET
22                       PALO ALTO, CALIFORNIA 94301

23        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

24

     OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
25                            CERTIFICATE NUMBER 8074

                                                           1

1    A P P E A R A N C E S: (CONT'D)

2

3    ALSO PRESENT:              INTERNAL REVENUE SERVICE
                                BY:  CHARLES TONNA
                                450 GOLDEN GATE AVENUE
4                               6TH FLOOR
                                SAN FRANCISCO, CALIFORNIA
5                               94102

6                               DEPARTMENT OF THE TREASURY
                                BY:  WILLIAM LEE
7                                    KENNETH BONANO
                                450 GOLDEN GATE AVENUE
8                               7TH FLOOR, SUITE 7-2506
                                SAN FRANCISCO, CALIFORNIA
9                               94102

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                            2

1                        INDEX OF PROCEEDINGS

2


3       DEFENDANT'S OPENING STATEMENT P. 4

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                                3

1    SAN JOSE, CALIFORNIA              DECEMBER 7, 2011

2                   P R O C E E D I N G S

3

4         (WHEREUPON, COURT CONVENED AND THE

5    FOLLOWING PROCEEDINGS WERE HELD:)

10:03:25  6         THE COURT:  DOES THE DEFENSE HAVE AN

10:03:26  7    OPENING STATEMENT?

10:03:27  8         MR. FONG:  YES, YOUR HONOR.  MAY IT

10:03:29  9    PLEASE THE COURT.  CAN YOUR HONOR SEE.

10:03:29  10        **(WHEREUPON, COUNSEL FOR DEFENDANT LIGHTER**

10:03:54  11   **GAVE THEIR OPENING STATEMENT.)**

10:03:54  12        MR. FONG:  YOUR HONOR, COURTROOM STAFF,

10:03:56  13   MR. O'REILLY, MS. WONG, MS. BURGESS, SPECIAL AGENT

10:04:01  14   BONANO, AND OTHER MEMBERS OF THE GOVERNMENT'S TEAM,

10:04:03  15   GOOD MORNING.

10:04:04  16        LADIES AND GENTLEMEN, GOOD MORNING.

10:04:05  17        I KNOW WHAT YOU'RE THINKING, WAIT A

10:04:07  18   MINUTE, WE'RE IN SAN JOSE AND THIS GUY IS USING A

10:04:10  19   FLIP CHART.  IT'S A DECIDEDLY LOW-TECH WAY TO GO,

10:04:13  20   BUT I THINK IT WILL HELP.

10:04:15  21        YOU PROBABLY HAVE SEEN ENOUGH T.V. SHOWS

10:04:22  22   AND READ ENOUGH LEGAL THRILLERS, WHICH I READ ALL

10:04:26  23   OF THE TIME AND I DON'T KNOW WHY, TO KNOW THAT

10:04:28  24   THERE'S THE CLICHE THAT THE OPENING STATEMENT IS

10:04:30  25   SUPPOSED TO BE A ROADMAP TO THE CASE.

                                                          4

10:04:33 1          AND THAT'S USUALLY TRUE.  AND THAT'S A

10:04:35 2    GOOD METAPHOR, BUT IN THIS PARTICULAR CASE MY

10:04:43 3    OPENING STATEMENT WILL FOCUS FIRST -- TREAT IT LIKE

10:04:46 4    A MENU.

10:04:47 5          IN PARTICULAR, ONE PARTICULAR ITEM ON

10:04:49 6    THIS MENU, AND THIS WILL HELP YOU FOLLOW THE

10:04:52 7    EVIDENCE, THE ITEM, THE DAILY SPECIAL ON THIS MENU

10:05:04 8    IS BLT.  EVERYBODY'S FAVORITE.  IN THIS PARTICULAR

10:05:14 9    CASE IT'S NOT A SANDWICH.  IT IS BEFORE LIGHTER'S

10:05:28 10   TIME, BEFORE ERIC LIGHTER'S TIME.

10:05:30 11         THE REASON THIS IS SO IMPORTANT ON THE

10:05:33 12   MENU, IS THAT IT WILL HELP YOU FOCUS ON THE

10:05:36 13   TIMELINE INVOLVED.

10:05:37 14         BECAUSE THE GOVERNMENT IS RIGHT ABOUT ONE

10:05:39 15   POINT, AND THAT IS THAT THERE WERE A LOT OF

10:05:42 16   CONSPIRACIES TO DEFRAUD THE I.R.S., A LOT OF THEM,

10:05:47 17   ALL OVER THE PLACE.

10:05:48 18         IT'S JUST THAT ALL OF THOSE CONSPIRACIES

10:05:53 19   HAD TAKEN PLACE BLT.  THE N.T.S. PEOPLE -- THE

10:06:00 20   OTHER THING THAT YOU'LL FIND IS THAT THE EVIDENCE

10:06:02 21   WILL SHOW IN THIS CASE THAT THERE ARE A LOT OF

10:06:04 22   DOCTORS INVOLVED.  OF THE SIX WITNESSES WHO WERE

10:06:08 23   INVOLVED WITH MR. LIGHTER, I THINK WE HAVE FOUR

10:06:13 24   MEDICAL DOCTORS, TWO PROFESSORS AT BERKELEY.

10:06:19 25         NOW, WE HAVE THE BROCKS, WE HAVE

5

10:06:27 1    BOURDIER, AND WE HAVE GOOTNICK.

10:06:29 2            NOW, THE FRAUD THAT WENT ON HAD TAKEN

10:06:38 3    PLACE BEFORE ANY OF THESE PEOPLE HAD EVER MET

10:06:42 4    MR. LIGHTER.

10:06:42 5            THE N.T.S. SYSTEM, THE EVIDENCE WILL

10:06:46 6    SHOW, WASN'T JUST SOME KIND OF A TAX PLANNING

10:06:49 7    DEVICE.  IT WAS A BLATANT, BLATANT SCAM THAT ANY

10:06:58 8    FIVE YEAR OLD SHOULD HAVE SEEN THROUGH IT.

10:07:00 9            WHAT IT DID WAS IT SET UP -- IT TAUGHT

10:07:03 10    PEOPLE WHO WERE PROFESSIONALS, LIKE DR. BROCK,

10:07:07 11    PROFESSOR BOURDIER, AND PROFESSOR GOOTNICK, IT

10:07:11 12    TAUGHT THEM TO SET UP -- BECAUSE ALL OF THESE

10:07:13 13    PROFESSIONALS, OF COURSE, ARE KIND OF

10:07:15 14    SELF-EMPLOYED -- IT TOLD THEM, LOOK, YOU DON'T HAVE

10:07:18 15    TO RECORD YOUR INCOME.  THIS IS N.T.S. TALKING.

10:07:21 16            THIS IS SAM FUNG THROUGH N.T.S. TALKING.

10:07:25 17            YOU DON'T HAVE TO SET UP, YOU DON'T HAVE

10:07:27 18    TO PAY INCOME TAXES BECAUSE HERE'S WHAT WE DO, WE,

10:07:39 19    THE EVIDENCE WILL SHOW THAT WHAT N.T.S. AND SAM

10:07:42 20    FUNG, NOT MR. LIGHTER, THIS ALL HAPPENED WELL

10:07:45 21    BEFORE ANYBODY MET MR. LIGHTER.

10:07:49 22            THEY WILL SAY SET UP YOUR MEDICAL

10:07:53 23    PRACTICE, SET UP A BUSINESS TRUST.  SET UP A

10:08:10 24    BUSINESS TRUST.  AND IF YOU'RE IN THE MEDICAL

10:08:14 25    PRACTICE, PUT YOUR MEDICAL PRACTICE IN THE BUSINESS

6

10:08:16 1   TRUST OR IF YOU'RE A PHOTOGRAPHER, PUT YOUR

10:08:18 2   PHOTOGRAPHER BUSINESS IN THE BUSINESS TRUST.

10:08:21 3              THEN SET UP A FAMILY TRUST.

10:08:24 4              AND FINALLY, SET UP A CHARITABLE TRUST.

10:08:37 5              OKAY.  NOW, I'M A MEDICAL DOCTOR, I SET

10:08:39 6   UP A BUSINESS TRUST.  I RUN MY MEDICAL PRACTICE

10:08:42 7   THROUGH IT AND THEN I GET A NOMINAL SALARY FOR MY

10:08:46 8   EFFORTS AS A PRACTICING PHYSICIAN.

10:08:49 9              I TAKE NORMAL -- UNDER THE N.T.S. SYSTEM,

10:08:56 10  I TAKE NORMAL BUSINESS DEDUCTIONS AND BEING

10:08:59 11  CREATIVE DEPENDING ON WHAT HAPPENS.  BUT THAT'S NOT

10:09:02 12  THE PROBLEM.

10:09:03 13             THEN WHATEVER NET INCOME THAT I HAVE FROM

10:09:06 14  A MEDICAL PRACTICE, I TRANSFER OVER, I PAY OVER TO

10:09:09 15  THE FAMILY TRUST.  AND THIS IS WHERE THE FRAUD

10:09:12 16  BEGINS.

10:09:13 17             THE FAMILY TRUST WOULD THEN DEDUCT EVERY

10:09:18 18  SINGLE LIVING EXPENSE, EVERY SINGLE LIVING EXPENSE

10:09:22 19  THAT THE TAXPAYER HAD.

10:09:26 20             AND WE'RE NOT TALKING ABOUT AN EXTRA CAR,

10:09:29 21  TRIP TO THE LIBRARY OR WE'RE NOT TALKING ABOUT

10:09:32 22  EXTRA MOVIE TICKETS OR EVEN A COUPLE OF GROCERY

10:09:36 23  BILLS.

10:09:36 24             WE'RE TALKING ABOUT IN THE CASE OF

10:09:39 25  DR. BROCK, DR. GOOTNICK, AND PROFESSOR BOURDIER,

7

10:09:42  1    WE'RE TALKING ABOUT HUNDREDS OF THOUSANDS OF

10:09:44  2    DOLLARS OF THINGS LIKE, FOR EXAMPLE, DR. GOOTNICK'S

10:09:49  3    FAMILY TOOK AS A FAMILY TRUST DEDUCTION THE FEES

10:09:57  4    FOR BOARDING YOUR HORSES FOR GROOMING THEIR DOG,

10:10:04  5    AND THEIR SON'S DUKE UNIVERSITY TUITION, AND

10:10:12  6    DR. IRWIN GOOTNICK'S MOTHER'S LIVING EXPENSES IN A

10:10:16  7    LUXURY RETIREMENT HOME.  ALL OF THESE THINGS THAT

10:10:19  8    YOU AND I AND EVERYBODY ELSE WOULD HAVE TO PAY FOR

10:10:22  9    WITHOUT THE TAX DOLLARS.

10:10:23 10            N.T.S., THROUGH THE N.T.S. SYSTEM, THESE

10:10:30 11    INDIVIDUALS, DR. GOOTNICK, DR. BROCK, AND PROFESSOR

10:10:35 12    BOURDIER TOOK HUNDREDS OF THOUSANDS OF DOLLARS OF

10:10:38 13    DEDUCTIONS.  SO THAT IS IN THE FAMILY TRUST.  SO

10:10:40 14    THE FAMILY TRUST'S INCOME WOULD ZERO OUT PRETTY

10:10:44 15    EFFECTIVELY.

10:10:45 16            THEN WHATEVER MONEY IS LEFT, THEY WOULD

10:10:49 17    SEND THE MONEY OVER TO THE CHARITABLE TRUST, EXCEPT

10:10:52 18    THIS IS NOT CHARITABLE IN THE SENSE THAT ANY COMMON

10:10:56 19    SENSE PERSON WOULD SEE IT.

10:10:57 20            THIS IS SIMPLY A HOLDING COMPANY FOR, FOR

10:11:08 21    EXAMPLE, IN DR. GOOTNICK'S CASE IT WAS HIS STOCK

10:11:11 22    PORTFOLIO, IT WAS HIS PLAN.  THERE WAS NO CHARITY.

10:11:16 23    THAT'S THE N.T.S. SYSTEM.

10:11:18 24            NOW, WHAT DOES THAT HAVE TO DO WITH

10:11:20 25    MR. LIGHTER?

8

10:11:25  1          NOW, THESE INDIVIDUALS DRS. BROCK,

10:11:30  2   HANEY -- EXCUSE ME.  DR. HANEY, DR. GOOTNICK, AND

10:11:40  3   PROFESSOR BOURDIER AND HIS WIFE, THEY FILED YEARS

10:11:43  4   OF INCOME TAX RETURNS USING THIS BOGUS N.T.S.

10:11:49  5   SYSTEM, AND THAT'S ALL BLT.  THAT WAS DONE BEFORE

10:11:54  6   THEY EVER MET MR. LIGHTER.  MR. LIGHTER HAD

10:11:58  7   ABSOLUTELY NOTHING TO DO WITH THAT.

10:12:01  8          AND, IN FACT, POST-BLT.  WHAT HAPPENS

10:12:05  9   WHEN MR. LIGHTER COMES ONTO THE SCENE?  THE FIRST

10:12:08 10   THING HE DID WAS HE TOLD EVERYBODY, AND THE

10:12:10 11   EVIDENCE WILL SHOW, THAT N.T.S., WHAT YOU HAVE BEEN

10:12:13 12   DOING IS ILLEGAL AND N.T.S. IS BAD.  THAT'S WHAT

10:12:27 13   MR. LIGHTER TOLD EVERYBODY.  I DO NOT BELIEVE THE

10:12:30 14   EVIDENCE WILL BE IN DISPUTE OVER THAT POINT.

10:12:33 15          SO, YES, THERE WAS A LOT OF TAX FRAUD

10:12:36 16   GOING ON, BUT IT'S EVERYTHING THAT HAPPENED BEFORE

10:12:38 17   MR. LIGHTER'S TIME AND IT DID NOT INVOLVE

10:12:41 18   MR. LIGHTER.

10:12:42 19          IN FACT, MR. LIGHTER CAME IN AND SAID,

10:12:45 20   HEY, WHAT YOU GUYS DID, IT'S ILLEGAL.  AND WHAT YOU

10:12:49 21   HAVE TO DO, WHAT YOU HAVE TO TRY TO DO IS RESOLVE

10:12:53 22   YOUR PROBLEMS WITH THE I.R.S.

10:12:55 23          AND BEFORE MR. LIGHTER CAME INTO THIS,

10:12:58 24   MR. FUNG, THE CODEFENDANT WHO HAS NOW PLED GUILTY

10:13:02 25   WHO IS NOW COOPERATING WITH THE GOVERNMENT,

9

10:13:04 1    MR. FUNG WAS STARTING TO GET AUDITED FOR HIS

10:13:08 2    PERSONAL TAX RETURNS.  HE GOT SCARED.  HE WAS

10:13:12 3    LOOKING FOR SOMEBODY TO HIM HELP.

10:13:14 4         HE HEARD ABOUT MR. LIGHTER.  AND

10:13:17 5    MR. LIGHTER HAD A REPUTATION AS A REAL ESTATE

10:13:25 6    DEVELOPER AND INVESTOR WHO IS NOT AFRAID OF TAKING

10:13:28 7    ON THE I.R.S.  YES, MR. LIGHTER'S METHODS WERE

10:13:31 8    VERY, VERY UNCONVENTIONAL.  HOWEVER, MR. LIGHTER

10:13:34 9    MADE CLEAR TO MR. FUNG, WHAT YOU NEED TO DO IS TO

10:13:37 10   DO CERTAIN THINGS.  ONE OF WHICH WAS TO SEND THIS

10:13:44 11   OMNIBUS RETURN TO THE I.R.S.

10:13:47 12        AND THIS OMNIBUS RETURN IS NOT A

10:13:50 13   TRADITIONAL TAX RETURN.  IT'S MORE REALLY LIKE AN

10:13:53 14   ESSAY, A STATEMENT.  BUT WHAT IS CRITICAL ABOUT THE

10:13:58 15   OMNIBUS TAX RETURN, REGARDLESS OF THE CONVENTIONAL

10:14:04 16   FORM, IS THAT THE OMNIBUS RETURN TOLD THE I.R.S.

10:14:08 17   THAT THE ONE SENT IN BY SAM FUNG, WITH

10:14:11 18   MR. LIGHTER'S HELP.

10:14:12 19        MR. FUNG SAID TO THE I.R.S., I'M

10:14:17 20   CONFESSING TO A FELONY OR FELONIES.  I REPUDIATE

10:14:20 21   N.T.S.  I KNOW WHAT I DID WAS WRONG AND I WANT TO

10:14:23 22   TRY TO MAKE IT RIGHT.

10:14:24 23        AND TO SHOW THAT THERE'S PROOF IN THE

10:14:28 24   PUDDING, IS THAT MR. FUNG ALSO SENT IN WITH

10:14:33 25   MR. LIGHTER'S HELP AMENDED TAX RETURNS.

                                                        10

10:14:37 1          WELL, THESE AMENDED TAX RETURNS, AS

10:14:39 2   OPPOSED TO WHAT I CALL THE MANIFESTO, THE OMNIBUS

10:14:46 3   RETURN, IT'S THE AMENDED TAX RETURNS THAT SAM FUNG

10:14:52 4   FILED WITH MR. LIGHTER'S HELP WERE TRADITIONAL TAX

10:14:55 5   RETURNS WHERE MR. FUNG TOOK REGULAR BUSINESS

10:14:58 6   REDUCTIONS.  NOTHING FOR THE HORSES ON HIS

10:15:00 7   PROPERTY, NOTHING FOR HIS SON'S COLLEGE TUITION,

10:15:03 8   NOTHING ABOUT HIS MOTHER'S LUXURY RETIREMENT HOME,

10:15:10 9   NOTHING ABOUT VACATIONS IN HAWAII AT TRUSTEE

10:15:15 10  MEETINGS OR TRUSTEE EXPENSES OR PAYING HIS CHILDREN

10:15:18 11  THE TENS OF THOUSANDS OF DOLLARS AS TRUSTEE

10:15:21 12  EXPENSES.

10:15:29 13          SO BEFORE MR. LIGHTER CAME IN, MR. FUNG,

10:15:33 14  AND HIS CLIENT, MR. BROCK, DR. BROCK, DR. BOURDIER,

10:15:38 15  AND DR. GOOTNICK.

10:15:40 16          I THINK I CAN GET AWAY WITH CALLING

10:15:45 17  DR. BOURDIER PROFESSOR BECAUSE HE HAS A PH.D.  SO

10:15:48 18  PROFESSOR BOURDIER AND MR. GOOTNICK WERE CHEATING

10:15:54 19  THE I.R.S. BY FILING THESE BOGUS TAX RETURNS BY

10:15:58 20  HAVING THESE EXPENSIVE, LAVISH TAX REDUCTIONS THAT

10:16:04 21  YOU AND I WOULD NEVER BE ABLE TO GET AWAY WITH.

10:16:06 22          AND ALL OF THAT STOPPED WHEN MR. LIGHTER

10:16:08 23  CAME ONTO THE SCENE AND THE PROOF IS THE FACT THAT

10:16:12 24  MR. LIGHTER STARTED WORKING WITH MR. FUNG AND WHAT

10:16:14 25  HE, MR. FUNG, DID WAS SEND IN THE OMNIBUS RETURN

11

10:16:18 1   SAYING THAT, LOOK, I'M CONFESSING, I'M CONFESSING

10:16:21 2   THAT I HAVE COMMITTED FELONIES.

10:16:23 3          AND THAT I WANT TO TRY TO MAKE THINGS

10:16:31 4   RIGHT AND MR. FUNG FOLLOWED THROUGH BY FILING TAX

10:16:34 5   RETURNS WHICH WERE YOUR TYPICAL RETURNS WITH

10:16:36 6   REGULAR DEDUCTIONS AND WHATNOT.

10:16:40 7          NOTHING ABOUT THE BLATANTLY ILLEGAL

10:16:43 8   PERSONAL EXPENSE DEDUCTIONS.

10:16:45 9          NOW, THE EVIDENCE WILL SHOW THAT THESE

10:16:51 10  INDIVIDUALS WHO, ACCORDING TO THE GOVERNMENT, HAVE

10:16:57 11  BEEN DUPED BY MR. LIGHTER, THEY WERE EACH A VERY

10:17:04 12  SOPHISTICATED BUSINESS PERSON.

10:17:06 13         IN ADDITION TO THE FACT THAT THEY ARE --

10:17:08 14  THEY WERE VERY, VERY HIGHLY EDUCATED AND IN A

10:17:12 15  MEDICAL PROFESSION, IN ACADEMICS IN THE UNIVERSITY

10:17:17 16  OF BERKELEY, THE UNIVERSITY OF CALIFORNIA BERKELEY.

10:17:19 17         THEY ALSO EACH HAD A LOT OF INVESTMENT

10:17:26 18  EXPERIENCES.  THEY HAD QUITE A PORTFOLIO.  THEY HAD

10:17:31 19  TO WORK WITH ATTORNEYS AND ACCOUNTANTS AND WHAT

10:17:35 20  HAVE YOU.  THEY KNEW WHAT THEY WERE DOING.

10:17:37 21         AND THEY KNEW, LET THERE BE NO MISTAKE,

10:17:40 22  THE EVIDENCE WILL SHOW THAT THESE INDIVIDUALS WERE

10:17:43 23  CONCERNED NOT BECAUSE THEY HAD AN I.R.S. PROBLEM,

10:17:48 24  AGAIN, THE I.R.S. PROBLEM HAD ARISEN BLT.  THESE

10:17:53 25  PEOPLE WERE CONCERNED NOT BECAUSE THEY HAD AN

12

10:17:55 1  I.R.S. PROBLEM.

10:17:56 2          WHAT THEY HAD WAS THE REALITY THAT THEY

10:18:00 3  AND MR. FUNG HAD COMMITTED TAX FRAUD BUT BLT,

10:18:04 4  BEFORE MR. LIGHTER'S TIME, AND THE I.R.S. WAS

10:18:07 5  CLOSING DOWN ON THEM.

10:18:16 6          NOW, THE EVIDENCE WILL ALSO SHOW THAT FOR

10:18:19 7  DR. GOOTNICK AND FOR EACH ONE OF THESE THREE

10:18:23 8  "ALLEGED VICTIMS."

10:18:29 9          WHAT MR. LIGHTER DID WAS TO ENTER INTO

10:18:31 10 BUSINESS TRANSACTIONS WITH THEM.  THERE WASN'T

10:18:33 11 THIS, HEY, WHY DON'T YOU GIVE ME EVERYTHING THAT

10:18:36 12 YOU OWN AND THEN WE'LL JUST KIND OF CALL IT A

10:18:41 13 SECRET.  NO.  THERE WERE CONTRACTS THAT WERE SIGNED

10:18:44 14 IN EACH OF THESE -- FOR EACH OF THESE INDIVIDUALS.

10:18:47 15         SO, FOR EXAMPLE, WITH DR. GOOTNICK, THERE

10:18:55 16 WAS A CONTRACT, A WRITTEN CONTRACT AND YOU'LL SEE

10:18:58 17 IT AS PART OF THE EXHIBIT THAT WILL COME INTO

10:19:00 18 EVIDENCE.

10:19:00 19         THERE'S A CONTRACT BETWEEN MR. LIGHTER

10:19:02 20 AND DR. GOOTNICK, OR ACTUALLY BOTH IRWIN AND SUSAN

10:19:09 21 GOOTNICK, IN WHICH THEY SIMPLY EXCHANGED

10:19:20 22 10 PERCENT, 10 PERCENT STOCK EXCHANGE.

10:19:28 23         IF I MAKE A SPELLING ERROR, BECAUSE I

10:19:31 24 DON'T HAVE SPELL CHECK WITH MY HANDS, JUST BEAR

10:19:34 25 WITH ME.

                                                    13

10:19:35  1          10 PERCENT STOCK CHANGE WITH

10:19:38  2  MR. LIGHTER'S COMPANY, HCHC, AND THE GOOTNICK

10:19:42  3  CHARITABLE TRUST, INC.

10:19:44  4          IT WAS A SIMPLE STRAIGHT AHEAD 10 PERCENT

10:19:48  5  STOCK EXCHANGE.  MR. LIGHTER WAS LOOKING FOR

10:19:50  6  INVESTORS AND PARTNERS IN HIS REAL ESTATE

10:19:55  7  DEVELOPMENT JOB.

10:19:55  8          BUT AS PART OF THAT, HE WANTED TO HAVE

10:19:58  9  PARTNERS WHO WERE CLEAR WITH THE I.R.S.

10:20:02 10          HE DID NOT WANT PARTNERS WHO HAD I.R.S.

10:20:05 11  PROBLEMS, ESPECIALLY WITH THE PREVIOUS FRAUD THAT

10:20:07 12  HAD TAKEN PLACE BEFORE HE EVER MET THEM, OKAY?

10:20:17 13          NOW, THIS TOOK PLACE IN APRIL OF 2003.

10:20:20 14          THEN IN OCTOBER OF 2003 -- I'M SORRY.

10:20:23 15  OCTOBER OF 2004.  PARDON ME.

10:20:27 16          THEN SIX MONTHS LATER THERE WAS A BILL OF

10:20:31 17  SALE AND A LEGAL DOCUMENT A BILL OF SALE.

10:20:36 18          AND IN THAT BILL OF SALE DR. GOOTNICK

10:20:44 19  SOLD GOOTNICK CHARITABLE TRUST, INC., TO

10:20:49 20  MR. LIGHTER.  HE DIDN'T GIVE AWAY THE FARM.  HE

10:20:51 21  DIDN'T SAY HAPPY BIRTHDAY, MR. LIGHTER, YOU'RE NOW

10:20:55 22  THE PROUD OWNER OF A MEDICAL BUILDING IN SAN

10:20:59 23  FRANCISCO.

10:20:59 24          THE CONTRACT IS A WRITTEN CONTRACT THAT

10:21:02 25  CALLED FOR A 2.85 MILLION -- IT MIGHT BE 2.8.  IT

                                                        14

10:21:14 1    WAS A STRAIGHT BILL OF SALE OF GCTI BILL OF SALE

10:21:20 2    FOR $2.85 MILLION PROMISSORY NOTE.

10:21:24 3         BUT THERE WAS ALSO AN ADDITIONAL KICKER

10:21:28 4    THAT WOULD EXPLAIN DR. GOOTNICK'S MOTIVATION FOR

10:21:32 5    ENTERING INTO THAT TRANSACTION IN ADDITION TO THE

10:21:35 6    2.85 PROMISSORY NOTE THAT HE WAS GETTING BACK.

10:21:38 7         BY THE WAY, THE EVIDENCE WILL SHOW THAT

10:21:41 8    THIS IS A DOCUMENT THAT THE I.R.S. HAD.  THERE WAS

10:21:43 9    NO HIDING OF THE BALL.

10:21:50 10        NOW, THERE'S A CRITICAL PROVISION HERE BY

10:21:53 11   DR. GOOTNICK SELLING THE ASSETS OR HIS OWNERSHIP OF

10:21:59 12   GCTI, GOOTNICK CHARITABLE TRUST, INC., THE BUYER,

10:22:02 13   MR. LIGHTER'S COMPANY WOULD ASSUME ALL TAX

10:22:07 14   LIABILITY OF GCTI.

10:22:10 15        AND THAT'S WHAT -- THAT WAS ONE OF THE

10:22:14 16   MAJOR REASONS WHY DR. GOOTNICK WANTED THAT DEAL

10:22:17 17   BECAUSE HE DID NOT, HE DID NOT WANT TO FACE THE

10:22:20 18   MUSIC IN TERMS OF THE FRAUD THAT HE AND SAM FUNG

10:22:24 19   HAD COMMITTED BY FILING BOGUS, FALSE TAX RETURNS

10:22:28 20   USING THE N.T.S. TRUST SYSTEM.

10:22:31 21        HE DID NOT WANT TO FACE THE CONSEQUENCES

10:22:34 22   OF THAT SO, HEY, CUT A DEAL AND LET MR. LIGHTER

10:22:38 23   TAKE OVER THE TAX LIABILITY.

10:22:40 24        AGAIN, THIS IS ALL IN WRITING.  THIS IS

10:22:42 25   NOT A BUNCH OF SECRET CODES OR WHAT HAVE YOU.  LET

15

10:23:15 1    ME CHECK HERE.

10:23:16 2            NOW, WHAT IS INTERESTING IS THAT IN THE

10:23:18 3    BILL OF SALE THE KEY ASSET -- AND CONTRARY TO WHAT

10:23:24 4    I HEARD IN THE GOVERNMENT'S OPENING STATEMENT, I

10:23:26 5    BELIEVE THE EVIDENCE IS SLIGHTLY DIFFERENT FROM

10:23:28 6    WHAT THE GOVERNMENT REPRESENTED.

10:23:29 7            I BELIEVE THAT THE EVIDENCE WILL SHOW

10:23:32 8    THAT THE GOOTNICKS' FAMILY HOME WAS NEVER PART OF

10:23:37 9    THE DEAL.

10:23:38 10           THE KEY PART OF THE BILL OF SALE INVOLVED

10:23:43 11   A MEDICAL BUILDING IN SAN FRANCISCO THAT WAS

10:23:53 12   SUPPOSED TO BE WORTH $1.5 MILLION, AND IT WAS

10:23:56 13   SUPPOSED TO BE FREE AND CLEAR.

10:23:57 14           AND TAX LIABILITY THEN THERE WERE ALSO

10:23:59 15   ABOUT I WANT TO SAY ABOUT $500,000 OF LIQUID

10:24:06 16   ASSETS.

10:24:15 17           SO THAT'S WHAT MR. LIGHTER WAS BUYING FOR

10:24:17 18   HIS $2.8 MILLION PROMISSORY NOTES AND HIS AGREEMENT

10:24:22 19   IN WRITING TO ASSUME THE TAX LIABILITIES FOR THE --

10:24:25 20   FOR, IN FACT, ALL OF THE TRUSTS THAT DR. GOOTNICK

10:24:28 21   HAD SET UP.  HE WAS GETTING THE MEDICAL BUILDING

10:24:33 22   SUPPOSEDLY FREE AND CLEAR AND THE STOCK ASSETS.

10:24:41 23           THE WIRE TRANSFER, THERE WAS A LOT OF

10:24:44 24   WIRE TRANSFERS INVOLVED AND DR. GOOTNICK MADE A LOT

10:24:47 25   OF WIRE TRANSFERS, AND I WOULD SAY IF MY MATH IS

16

10:24:50  1      CORRECT $450,000 TO $500,000 WORTH OF CASH WIRED

10:24:56  2      OVER TO MR. LIGHTER.  YES, THAT DID HAPPEN.  BUT

10:24:59  3      THAT WAS BECAUSE HE HAD A CONTRACT TO DO SO.  IT

10:25:02  4      WAS NOT THIS NEFARIOUS PLAN TO HIDE ASSETS OR HOW

10:25:10  5      COULD A MEDICAL DOCTOR WITH SOPHISTICATED

10:25:13  6      INVESTMENT BUSINESS SKILLS HAVE JUST GIVEN AWAY

10:25:17  7      $500,000 TO SOMEBODY JUST BECAUSE, HEY, HE TOLD ME

10:25:20  8      TO?

10:25:21  9              IT WAS A CONTRACT.

10:25:24  10             NOW, THE EVIDENCE WILL SHOW THAT THERE

10:25:27  11     WAS A LITTLE BIT OF A TWIST.

10:25:29  12             THIS BILL OF SALE HAD OCCURRED, HAD BEEN

10:25:33  13     SIGNED IN OCTOBER AND THIS STOCK EXCHANGE HAD TAKEN

10:25:37  14     PLACE IN APRIL.

10:25:43  15             WELL, UNBEKNOWNST TO MR. LIGHTER, MR. --

10:25:47  16     DR. GOOTNICK HAD PLACED A $1.3 MILLION RECORDED

10:25:53  17     MORTGAGE ON THE MEDICAL BUILDING IN FAVOR OF A

10:25:57  18     COMPANY THAT WAS NOT PART OF THIS DEAL.

10:26:08  19             SO THAT MR. LIGHTER GOT, INSTEAD OF

10:26:11  20     THINKING THAT HE HAD A $1.5 MILLION MEDICAL

10:26:13  21     BUILDING FREE AND CLEAR, HE ACTUALLY GOT A MEDICAL

10:26:16  22     BUILDING THAT WAS ALMOST 80 TO 90 PERCENT

10:26:19  23     ENCUMBERED.  OKAY.  SO, YES THERE ARE FRAUDS IN

10:26:25  24     THIS CASE, BUT MR. LIGHTER IS NOT RESPONSIBLE FOR

10:26:28  25     THEM.

                                                              17

10:26:28  1        AND THE SAME KIND OF SCENARIO HAPPENED

10:26:32  2    WITH DR. BROCK AND PROFESSOR BOURDIER.  THERE WAS A

10:26:41  3    STOCK EXCHANGE BETWEEN -- FOR PROFESSOR BOURDIER

10:26:50  4    THERE WAS AN AGREEMENT TO EXCHANGE 10 PERCENT OF

10:26:55  5    HCHC STOCK, WHICH IS MR. LIGHTER'S COMPANY, FOR

10:26:58  6    10 PERCENT OF THE HEART CORPORATION, OR THE HEART

10:27:12  7    MIND CORPORATION, WHICH THIS IS MR. LIGHTER'S AND

10:27:16  8    THIS IS PROFESSOR BOURDIER'S COMPANY.  THERE'S A

10:27:20  9    10 PERCENT STOCK EXCHANGE SIMILAR TO THE ONE THAT

10:27:22  10   MR. LIGHTER HAD ENTERED INTO WITH DR. GOOTNICK.

10:27:25  11       AND THAT'S PRETTY MUCH WHAT HAPPENED

10:27:28  12   BETWEEN -- IN TERMS OF THE BUSINESS TRANSACTION

10:27:31  13   BETWEEN PROFESSOR BOURDIER AND MR. LIGHTER.

10:27:34  14       EXCEPT -- AND THIS TOOK PLACE IN

10:27:46  15   OCTOBER 2004, I BELIEVE.  EXCEPT A YEAR LATER --

10:27:49  16   I'M SORRY, OCTOBER OF 2003.

10:27:51  17       BUT THE IMPORTANT POINT IS THAT A YEAR

10:27:53  18   LATER, I BELIEVE IT WAS ON DECEMBER 22ND, 2004,

10:28:04  19   PROFESSOR BOURDIER SENT A LETTER TO MR. LIGHTER

10:28:07  20   ANNOUNCING, AND WITHOUT ANY NOTICE, THAT, HEY, AS

10:28:13  21   THE 90 PERCENT HOLDER OF THE HEART MIND CORPORATION

10:28:18  22   I, JEAN-PAUL BOURDIER, I DISSOLVED THE COMPANY A

10:28:23  23   COUPLE MONTHS AGO AND THAT, OF COURSE, 10 PERCENT

10:28:29  24   OF THE STOCK NOW WAS HELD BY MR. LIGHTER'S COMPANY.

10:28:35  25       SO WHEN THE COMPANY WAS DISSOLVED, THERE

18

10:28:40 1    SHOULD HAVE BEEN SOME ASSETS OR SET UP A

10:28:44 2    LIQUIDATION PROCESS THAT MR. LIGHTER AS 10 PERCENT

10:28:47 3    OWNER OF HEART MIND CORPORATION SHOULD HAVE

10:28:49 4    RECEIVED SOMETHING.

10:28:55 5              BUT PROFESSOR BOURDIER IN HIS LETTER

10:28:58 6    SAID, WELL, THE 10 PERCENT STOCK OF HCHC THAT MY

10:29:05 7    COMPANY HEART MIND CORPORATION IS HOLDING, IT'S

10:29:11 8    EQUAL OF VALUE TO THE 10 PERCENT STOCK THAT YOU,

10:29:13 9    MR. LIGHTER, ARE HOLDING IN HEART MIND CORPORATION.

10:29:18 10   SO EVEN STEVEN.  A WASH.  THEREFORE, YOU GET

10:29:23 11   NOTHING.

10:29:23 12             BUT THAT'S EVIDENCE THAT A YEAR LATER

10:29:29 13   PROFESSOR BOURDIER FELT THAT HIS COMPANY AND

10:29:34 14   MR. LIGHTER'S COMPANY WERE EQUAL IN VALUE.  HE

10:29:39 15   CERTAINLY MADE THAT REPRESENTATION IN WRITING.

10:29:43 16             NOW, PROFESSOR BOURDIER ALSO WAS WORRIED

10:29:46 17   ABOUT THE TAX FRAUD THAT HE HAD COMMITTED ALONG

10:29:51 18   WITH SAM FUNG BEFORE MR. LIGHTER EVER CAME INTO THE

10:29:55 19   SCENE.

10:29:56 20             BECAUSE YOU WILL HEAR WHEN MR. BOURDIER

10:29:59 21   TESTIFIES IN THIS CASE THAT WHEN THE GOVERNMENT

10:30:05 22   ANNOUNCED THAT IT WOULD CALL MR. BOURDIER AS A

10:30:08 23   WITNESS IN THIS CASE, MR. BOURDIER TOLD THE

10:30:13 24   GOVERNMENT I'M NOT TESTIFYING UNLESS I GET

10:30:16 25   IMMUNITY.  I WANT IMMUNITY.  THE GOVERNMENT GAVE

                                                        19

10:30:18  1    THEM IMMUNITY.

10:30:20  2              SO YOU'LL BE HEARING THAT MR. BOURDIER IS

10:30:22  3    HERE UNDER GOVERNMENT IMMUNITY SO HE CAN TESTIFY AS

10:30:28  4    TO THE FRAUD THAT HE HAD COMMITTED, AND THE

10:30:30  5    EVIDENCE WILL SHOW THAT THE FRAUD THAT HE WAS

10:30:33  6    AFRAID OF, FOR WHICH HE ASKED FOR IMMUNITY, HAD

10:30:36  7    OCCURRED, HAD TAKEN PLACE WITHOUT MR. LIGHTER'S

10:30:41  8    PARTICIPATION.  IN FACT, ALL OF THOSE THINGS HAD

10:30:43  9    TAKEN PLACE BEFORE MR. LIGHTER EVER MET PROFESSOR

10:30:47 10    BOURDIER.

10:30:50 11              ONE FINAL POINT ABOUT PROFESSOR BOURDIER

10:30:54 12    WILL COME OUT DURING THE TRIAL AND THAT WILL BE

10:30:57 13    INTERESTING IS THAT THERE ARE SOME DOCUMENTS, A

10:31:00 14    PROMISSORY NOTE AND A MORTGAGE THAT WAS KIND OF

10:31:04 15    SUPPOSED TO BE KIND OF THIS EXCHANGE OF STOCK.

10:31:12 16    EXCEPT THESE DOCUMENTS, THE PROMISSORY NOTE AND THE

10:31:16 17    MORTGAGE, THEY BOTH BORE PROFESSOR BOURDIER'S

10:31:21 18    SIGNATURE AND MR. LIGHTER'S SIGNATURE.

10:31:23 19              EXCEPT THE EVIDENCE WILL SHOW THAT

10:31:25 20    MR. LIGHTER NEVER SIGNED HIS NAME ONTO THOSE TWO

10:31:32 21    DOCUMENTS, AND THERE ARE OTHER DOCUMENTS AS WELL.

10:31:34 22              SO MR. BOURDIER FINALLY AFTER THE

10:31:41 23    GOVERNMENT CONFRONTED HIM WITH THAT, BECAUSE THE

10:31:43 24    DEFENSE HAD ALERTED THE GOVERNMENT THAT MR. LIGHTER

10:31:52 25    HAD NOT, HAD NOT SIGNED THOSE DOCUMENTS, PROFESSOR

                                                              20

10:31:58 1    BOURDIER DRAGGED HIM BY THE SHIRT --

10:32:02 2              MS. WONG:  OBJECTION.  ARGUMENT.

10:32:04 3              THE COURT:  COUNSEL, THIS IS OPENING

10:32:05 4    STATEMENT.  IT'S NOT EVIDENCE, LADIES AND

10:32:06 5    GENTLEMEN.

10:32:06 6              COUNSEL, ARE YOU INDICATING WHAT YOU

10:32:08 7    BELIEVE THE EVIDENCE WILL SHOW?

10:32:09 8              MR. FONG:  THAT'S WHAT I WAS DOING, YOUR

10:32:12 9    HONOR.

10:32:12 10             I BELIEVE THAT THE EVIDENCE WILL SHOW

10:32:14 11   THAT NOT ONLY DID PROFESSOR BOURDIER FORGE

10:32:20 12   MR. LIGHTER'S SIGNATURE ON TWO IMPORTANT DOCUMENTS,

10:32:26 13   DOCUMENTS THAT THE GOVERNMENT WILL BE USING AS THE

10:32:28 14   BASIS TO PROSECUTE MR. LIGHTER.

10:32:30 15             THE EVIDENCE WILL SHOW NOT ONLY DID

10:32:35 16   PROFESSOR BOURDIER FORGE MR. LIGHTER'S SIGNATURE ON

10:32:37 17   THOSE TWO DOCUMENTS, AND OTHERS, BUT THAT HE WOULD

10:32:40 18   NOT COME CLEAN EVEN AFTER HE HAD BEEN GIVEN

10:32:44 19   IMMUNITY.

10:32:45 20             THAT'S WHAT THE EVIDENCE WILL SHOW, THAT

10:32:47 21   HE WOULD NOT COME CLEAN UNTIL HE WAS CONFRONTED

10:32:50 22   WITH THE FACT THAT THE GOVERNMENT -- THAT

10:32:53 23   MR. LIGHTER KNEW THAT THOSE DOCUMENTS WERE FORGED.

10:32:58 24   OKAY.

10:32:58 25             NOW, THE SAME KIND OF TRANSACTION

                                                           21

10:33:08 1    HAPPENED WITH DR. BROCK. THERE WAS A BILL OF SALE.

10:33:32 2    EXCUSE ME. I WANT TO GET IT STRAIGHT.

10:33:34 3            NOW, DR. BROCK WENT TO SAM FUNG FOR THE

10:33:37 4    SAME REASON THE OTHER TWO FAMILIES WENT TO SAMUEL

10:33:41 5    FUNG BECAUSE DR. BROCK AND DR. HANEY WERE SCARED.

10:33:45 6            AND WHY WERE THEY SCARED OF THE I.R.S.?

10:33:47 7    THE EVIDENCE WILL SHOW THAT THEY DIDN'T JUST HAVE A

10:33:49 8    TAX FRAUD. THEY HAD THE SAME TYPE OF TAX FRAUD

10:33:55 9    THAT WE HAD SEEN BLT, BEFORE LIGHTER'S TIME.

10:33:59 10           IN FACT, THE EVIDENCE WILL SHOW THAT THE

10:34:01 11   BROCKS EVENTUALLY HAD TO SETTLE UP WITH THE I.R.S.

10:34:05 12   AND HAD TO PAY $300,000 IN BACK TAXES. AGAIN, THE

10:34:11 13   $300,000 IN BACK TAXES WAS FOR CRIMINAL -- OR FOR

10:34:16 14   FALSE TAX RETURNS THAT THEY HAD FILED BEFORE THEY

10:34:19 15   EVER MET MR. LIGHTER.

10:34:23 16           AND JUST AS AN EXAMPLE OF THE FALSE TAX

10:34:26 17   RETURN FILING THAT THE BROCK FAMILY HAD MADE BEFORE

10:34:33 18   THEY HAD MET MR. LIGHTER WAS THAT IN 1999 IN A FORM

10:34:37 19   1040 TAX RETURN FOR ONE OF THE SORT OF B & B

10:34:42 20   TRUSTS, WHICH I BELIEVE WAS THE FAMILY TRUST FOR

10:34:47 21   DR. BROCK AND DR. HANEY, THERE WAS AN ENTRY FOR A

10:34:52 22   CHARITABLE DEDUCTION FOR THAT YEAR FOR $603,800.

10:34:58 23           THE EVIDENCE WILL SHOW THAT DR. BROCK AND

10:35:02 24   DR. HANEY DID NOT MAKE A CHARITABLE DEDUCTION --

10:35:07 25   EXCUSE ME -- A CHARITABLE CONTRIBUTION OF $603,800

                                                            22

10:35:12 1    OR ANYTHING EVEN CLOSE TO IT.

10:35:17 2            THAT WAS PART OF THEIR TAX FRAUD, WHICH

10:35:20 3    HAPPENED BLT, BEFORE MR. LIGHTER'S TIME.

10:35:23 4    MR. LIGHTER DIDN'T EVEN KNOW THEM AT THE TIME.

10:35:38 5            THERE WAS ANOTHER CONTRACT BETWEEN THE

10:35:40 6    BROCK FAMILY AND THE LIGHTER COMPANIES.

10:35:45 7            AGAIN, AND THE BROCK FAMILY SOLD A LOT OF

10:35:47 8    ASSETS TO MR. LIGHTER'S COMPANY, BUT, AGAIN, THE

10:35:54 9    BROCK ASSETS, THEY GOT A $2.8 MILLION PROMISSORY

10:36:06 10   NOTE.

10:36:08 11           AGAIN, THIS IS NOT A SITUATION -- AGAIN,

10:36:10 12   THIS IS NOT A SITUATION IN WHICH MR. LIGHTER SIMPLY

10:36:12 13   WOULD SAY, WELL, WHY DON'T YOU GIVE ME ALL OF YOUR

10:36:15 14   MONEY AND TOGETHER WE CAN HIDE IT FROM THE I.R.S.

10:36:18 15           THIS IS A CONTRACT, A BUSINESS DEAL

10:36:20 16   BECAUSE ALONG WITH THE $2.8 MILLION OF

10:36:25 17   CONSIDERATION, THE BROCKS ALSO GOT THE VARIOUS

10:36:35 18   ENTITIES THAT THEY CONTROLLED WHICH HAD FILED THE

10:36:38 19   FALSE TAX RETURN.  MR. LIGHTER'S COMPANY WOULD

10:36:46 20   ASSUME THE TAX LIABILITIES.

10:36:47 21           SO AGAIN, A LEGITIMATE CONTRACT IN WHICH

10:36:58 22   CONSIDERATION WAS GIVEN AND THEN INCLUDING FOR THE

10:37:00 23   BROCKS, I'M SURE, THE VERY VALUABLE CONSIDERATION

10:37:03 24   THAT THEIR I.R.S. CIVIL PROBLEM WOULD NOW BE

10:37:07 25   SOMEBODY ELSE'S PROBLEM.

23

10:37:17 1         NOW, SORRY TO TAKE UP YOUR TIME BUT LET

10:37:19 2  ME FINISH BY SAYING THAT A GOOD PART OF THIS CASE

10:37:22 3  DOES INVOLVE THE THIRD CONSPIRACY THAT MS. WONG HAD

10:37:27 4  SPOKEN ABOUT IN HER OPENING STATEMENT:  THE TAPE

10:37:41 5  RECORDING CONVERSATIONS BETWEEN SAM FUNG AND

10:37:45 6  DR. GOOTNICK.

10:37:45 7         AND THE GOVERNMENT WILL PRESENT EVIDENCE

10:37:48 8  THAT THE PHONE RECORDS WILL SHOW THAT IN BETWEEN

10:37:54 9  THE TELEPHONE CALLS BETWEEN SAM FUNG AND

10:37:57 10  DR. GOOTNICK, THERE WERE TELEPHONE CALLS MADE FROM

10:38:00 11  SAM FUNG TO MR. LIGHTER.  AND THERE'S NO DISPUTE

10:38:04 12  OVER THAT.

10:38:09 13         BUT THE EVIDENCE WILL SHOW AND THE

10:38:11 14  TRANSCRIPT AND THE AUDIOTAPE WILL SHOW THAT

10:38:13 15  MR. FUNG WAS DOING THIS BECAUSE HE WAS WORRIED

10:38:17 16  ABOUT HIS CRIMINAL EXPOSURE.

10:38:20 17         AT THAT TIME SAM FUNG WAS THE ONLY PERSON

10:38:25 18  INDICTED CRIMINALLY.  AND THAT'S THE OTHER PART OF

10:38:27 19  THIS CASE.  THE EVIDENCE WILL SHOW THAT NO CRIMINAL

10:38:36 20  CHARGES HAD EVER BEEN BROUGHT AGAINST DR. BROCK,

10:38:41 21  PROFESSOR BOURDIER OR DR. GOOTNICK.

10:38:46 22         BUT SAM FUNG WAS SCARED, AND HE WAS

10:38:50 23  TRYING TO BROKER THINGS BETWEEN -- HE WAS TRYING TO

10:38:54 24  BROKER A SETTLEMENT OF THE CIVIL CASES THAT ARE

10:38:57 25  GOING ON BETWEEN DR. GOOTNICK AND MR. LIGHTER.

24

10:39:02  1          BUT THERE IS NO EVIDENCE THAT IN THE TAPE

10:39:09  2     RECORDING THAT WILL SHOW THAT MR. LIGHTER APPROVED

10:39:11  3     OF WHAT MR. FUNG WAS SAYING TO DR. GOOTNICK.

10:39:15  4          IN FACT, THE EVIDENCE WILL SHOW THAT

10:39:23  5     DR. GOOTNICK, WHO WAS WORKING WITH THE GOVERNMENT

10:39:26  6     BY THAT TIME TO RECORD THIS TELEPHONE CALL, THE

10:39:29  7     EVIDENCE WILL SHOW THAT DR. GOOTNICK ON MANY

10:39:31  8     OCCASIONS -- BECAUSE THE TELEPHONE CALL, EACH OF

10:39:35  9     THE TELEPHONE CALLS WENT ON FOREVER, OKAY.

10:39:37 10          BUT IN THE COURSE OF THOSE TELEPHONE

10:39:40 11     CALLS, EVER SINCE THE FIRST ONE, DR. GOOTNICK WAS

10:39:45 12     TRYING TO GET SAM FUNG TO ADMIT THAT SAM FUNG WAS

10:39:50 13     PUTTING FORTH ALL OF THESE THINGS AT MR. LIGHTER'S

10:39:54 14     REQUEST FOR DIRECTION OR INSTRUCTION.  AND

10:39:58 15     MR. LIGHTER WAS GIVING MARGINAL.

10:40:01 16          BUT THE EVIDENCE IS TO THE CONTRARY.  YOU

10:40:06 17     WILL HEAR THE AUDIOTAPE.  YOU WILL SEE THE

10:40:09 18     TRANSCRIPT.

10:40:09 19          LET ME JUST HIGHLIGHT TWO PARTICULAR

10:40:12 20     PASSAGES FOR YOU.

10:40:14 21          I DON'T KNOW IF THIS TRACKS TO WHAT YOU

10:40:19 22     CAN SEE ON THE SCREEN, BUT AT LEAST IN TERMS OF THE

10:40:23 23     WRITTEN OR THE TYPED WRITTEN TRANSCRIPT ON PAGE 25,

10:40:26 24     THERE'S A PASSAGE WHERE DR. GOOTNICK SAYS,

10:40:32 25     "GOOTNICK:  WELL, YEAH, BUT YOU'RE CALLING ME ON --

25

10:40:37 1    YOU'RE CALLING ME ON HIS BEHALF."

10:40:38 2              MEANING MR. LIGHTER.

10:40:40 3              "FUNG:  NO, NO, NO, I FIND OUT

10:40:44 4    INFORMATION."

10:40:46 5              AGAIN, DURING THE COURSE OF THIS

10:40:48 6    INFORMATION, MR. FUNG ADMITTED TO A LOT OF -- HE

10:40:51 7    MADE ADMISSIONS ALL OVER THE PLACE ABOUT HIS

10:40:54 8    CULPABILITY AND WHAT HE WAS SCARED OF.

10:40:55 9              MR. FUNG DID NOT HOLD ANYTHING BACK, BUT

10:40:58 10   WHEN DR. GOOTNICK TRIED TO TRAP SAM FUNG INTO

10:41:02 11   SAYING THAT, WELL, LIGHTER PUT YOU UP TO THIS.

10:41:05 12             FUNG SAID NO, NO, NO, NO, LIGHTER DID NOT

10:41:10 13   DO THIS.

10:41:16 14             ON PAGE 11:

10:41:18 15             "GOOTNICK:  SO, IN OTHER WORDS, SO

10:41:19 16   LIGHTER TOLD YOU TO GET IN TOUCH WITH ME --

10:41:23 17             "FUNG:  NO, NO, NO.

10:41:25 18             "GOOTNICK:  BECAUSE HE CAN'T --

10:41:27 19             "FUNG:  NO.

10:41:27 20             "GOOTNICK:  -- BECAUSE HE CAN'T CALL ME.

10:41:29 21             "FUNG:  NO.  NO.

10:41:29 22             "GOOTNICK:  HE CAN'T CALL ME.

10:41:37 23             "FUNG:  LIGHTER -- LIGHTER DID NOT ASK ME

10:41:41 24   TO GET IN TOUCH WITH YOU."

10:41:42 25             NOW, REMEMBER, SAM FUNG DID NOT KNOW THAT

                                                          26

10:41:45  1    DR. GOOTNICK WAS RECORDING THAT CALL, AND YOU WILL

10:41:50  2    HEAR AND SEE THAT THROUGHOUT THE COURSE OF THE

10:41:54  3    CONVERSATION SAM FUNG WAS NOT HOLDING ANYTHING

10:41:57  4    BACK.  HE WAS ADMITTING TO THINGS THAT --

10:42:02  5         MS. WONG:  OBJECTION, ARGUMENT.

10:42:04  6         THE COURT:  MR. FUNG, THIS IS OPENING

10:42:06  7    STATEMENT TO BE DISTINGUISHED FROM CLOSING

10:42:08  8    ARGUMENT.

10:42:08  9         SO THIS IS, AGAIN, YOUR OPPORTUNITY TO

10:42:11  10   PRESENT WHAT YOU BELIEVE THE EVIDENCE SHOULD BE AS

10:42:13  11   OPPOSED TO ARGUING THE CASE.

10:42:15  12        SO THIS IS, LADIES AND GENTLEMEN, I THINK

10:42:17  13   YOU TOLD YOU EARLIER, BOTH SIDES OPENING STATEMENTS

10:42:20  14   IS JUST THAT, IT'S A ROADMAP OF WHAT THEY BELIEVE

10:42:22  15   THE EVIDENCE WILL BE.  IT'S NOT EVIDENCE AND

10:42:25  16   NEITHER OF THE OPENING STATEMENTS ARE EVIDENCE.

10:42:27  17        THANK YOU, MR. FONG.

10:42:28  18        MR. FONG:  SO -- BUT YOU WILL HEAR FOR

10:42:31  19   YOURSELF AND SEE THE TRANSCRIPT IN WHICH MR. FUNG

10:42:37  20   ADMITTED TO A LOT OF THINGS BUT WHEN HE WAS ASKED

10:42:44  21   REPEATEDLY BY DR. GOOTNICK, HEY, DID LIGHTER PUT

10:42:49  22   YOU UP TO THIS?  FUNG TRUTHFULLY SAID NO.

10:42:53  23        LADIES AND GENTLEMEN, AT THE END OF THE

10:42:55  24   EVIDENCE IN THIS CASE, I'M CONVINCED THAT YOU WILL

10:43:00  25   RETURN A VERDICT OF NOT GUILTY.  AND I THANK YOU

                                                          27

10:43:02   1        FOR YOUR PATIENCE.

2                    (WHEREUPON, THE PARTIAL TRANSCRIPT WAS

3        CONCLUDED.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

<u>CERTIFICATE OF REPORTER</u>

5

6

7

8         I, THE UNDERSIGNED OFFICIAL COURT

9   REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10  THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11  FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12  CERTIFY:

13         THAT THE FOREGOING TRANSCRIPT,

14  CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15  CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16  SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17  HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18  TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23         /S/

           _____
24         IRENE RODRIGUEZ, CSR, CRR
           CERTIFICATE NUMBER 8074
25
           DATED:  DECEMBER 9, 2011

                                                      30