1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5   UNITED STATES OF          )  CR-05-00215-EJD
    AMERICA,                  )
6                             )  DECEMBER 9, 2011
            PLAINTIFF,        )
7                             )  **PARTIAL TRANSCRIPT**
            V.                )
8                             )  PAGES 1 - 100
    ERIC AARON LIGHTER,       )
9                             )
            DEFENDANT.        )
10  _____  )

11

12           THE PROCEEDINGS WERE HELD BEFORE

13         THE HONORABLE UNITED STATES DISTRICT

14             JUDGE EDWARD J. DAVILA

15  A P P E A R A N C E S:

16

17  FOR THE PLAINTIFF:  U.S. DEPARTMENT OF JUSTICE
                        BY:  CHARLES A. O'REILLY
18                           KATHERINE WONG
                        P.O.BOX 972
19                      WASHINGTON, D.C. 20044

20

21  FOR THE DEFENDANT:  CAREY & CAREY
                        BY:  JERRY Y. FONG
                        706 COWPER STREET
22                      PALO ALTO, CALIFORNIA 94301

23      (APPEARANCES CONTINUED ON THE NEXT PAGE.)

24

25  OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                             CERTIFICATE NUMBER 8074

1

1    A P P E A R A N C E S: (CONT'D)

2

3    ALSO PRESENT:              INTERNAL REVENUE SERVICE
                               BY:  CHARLES TONNA
                               450 GOLDEN GATE AVENUE
4                              6TH FLOOR
                               SAN FRANCISCO, CALIFORNIA
5                              94102

6                              DEPARTMENT OF THE TREASURY
                               BY:  WILLIAM LEE
7                                   KENNETH BONANO
                               450 GOLDEN GATE AVENUE
8                              7TH FLOOR, SUITE 7-2506
                               SAN FRANCISCO, CALIFORNIA
9                              94102

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                          2

1                        <u>INDEX OF PROCEEDINGS</u>

2


3       FOR THE GOVERNMENT:

4       **SAMUEL S. FUNG**
             DIRECT EXAM BY MS. WONG          P. 5
5            (RESUMED)
             CROSS-EXAM BY MR. FONG           P. 18
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                                3

```
1    SAN JOSE, CALIFORNIA              DECEMBER 9, 2011

2                  P R O C E E D I N G S

3

4

5            (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE

13:46:05  6    HELD IN THE PRESENCE OF THE JURY:)

13:46:05  7            THE COURT:  ALL RIGHT.  WE'RE BACK ON THE

13:46:07  8    RECORD IN THE LIGHTER MATTER.  PLEASE SIT DOWN.

13:46:09  9    THANK YOU.  I APOLOGIZE.  WE'RE BACK ON THE RECORD

13:46:12 10    IN THE LIGHTER MATTER.

13:46:13 11            OUR JURORS AND ALTERNATES ARE PRESENT.

13:46:15 12    ALL COUNSEL AND THE DEFENDANT ARE PRESENT.

13:46:18 13            MR. FUNG, IF YOU WOULD RETURN TO THE

13:46:20 14    STAND.  I'LL REMIND YOU, SIR, YOU'RE STILL UNDER

13:46:22 15    OATH.

13:46:23 16            LADIES AND GENTLEMEN, THANK YOU FOR YOUR

13:46:24 17    PATIENCE.  SORRY WE DIDN'T GET STARTED AS I SAID WE

13:46:27 18    WOULD DO AT 1:00 O'CLOCK.

13:46:29 19            MAY I TELL YOU THAT FROM TIME TO TIME,

13:46:31 20    OCCASIONALLY, THERE ARE TIMES WHEN I NEED TO GET

13:46:33 21    ADDITIONAL INFORMATION FROM THE PARTIES THAT I NEED

13:46:39 22    TO DO THAT OUTSIDE OF YOUR PRESENCE, AND

13:46:40 23    UNFORTUNATELY THIS IS ONE OF THOSE TIMES.

13:46:42 24            I'M SORRY IF I DIDN'T PREANNOUNCE THAT TO

13:46:44 25    YOU.  I HOPE YOU WERE COMFORTABLE WHILE YOU WERE
```

4

13:46:47  1    WAITING.  I NOTICED YOU WERE HERE PROMPTLY AND

13:46:50  2    EARLY AND ON TIME AND I KNOW THAT BECAUSE WHEN YOU

13:46:54  3    BUZZ TO GET IN, IT RINGS IN MY DEPARTMENT.

13:46:58  4          MY CLERKS WERE OUT TO LUNCH, AND AS I

13:47:01  5    OCCASIONALLY ALLOW THEM TO DO, AND IT CALLED UPON

13:47:06  6    ME THEN TO PUSH THE BUTTON.

13:47:07  7          SO THANK YOU FOR BEING HERE EARLY AND I

13:47:10  8    APPRECIATE IT.  THANK YOU VERY MUCH.

13:47:11  9          MS. WONG, GOOD AFTERNOON.  ARE YOU READY

13:47:13 10    TO PROCEED THEN?

13:47:15 11          MS. WONG:  THANK YOU, YOUR HONOR.

13:47:15 12                    **SAMUEL S. FUNG,**

13:47:15 13    BEING RECALLED AS A WITNESS ON BEHALF OF THE

13:47:15 14    GOVERNMENT, HAVING BEEN PREVIOUSLY SWORN, WAS FURTHER

13:47:17 15    EXAMINED AND TESTIFIED AS FOLLOWS:

13:47:17 16          **DIRECT EXAMINATION** (RESUMED)

13:47:18 17    BY MS. WONG:

13:47:19 18    Q    GOOD AFTERNOON, MR. FUNG.

13:47:20 19    A    GOOD AFTERNOON.

13:47:21 20    Q    NOW, BEFORE WE CONTINUE AND TALK ABOUT THE

13:47:23 21    EVENTS ABOUT THE PHONE CALLS THAT WE LISTENED TO IN

13:47:25 22    COURT YESTERDAY, I JUST WANT TO STEP BACK FOR A

13:47:28 23    MOMENT TO THE $10,000 THAT YOU RECEIVED FROM

13:47:32 24    DR. GOOTNICK IN THAT PAPER BAG.

13:47:33 25    A    YES.

5

13:47:33  1     Q    NOW, WHAT DID YOU DO WITH THAT $10,000 IN THAT

13:47:41  2     BAG?

13:47:41  3     A    I GAVE IT TO THE DEFENDANT WHEN HE CAME OVER.

13:47:50  4     Q    NOW, DID YOU RECEIVE ANY MONEY FOR REFERRING

13:47:53  5     THE GOOTNICKS TO THE DEFENDANT?

13:47:54  6     A    YES.

13:47:54  7     Q    AND HOW MUCH DID YOU RECEIVE?

13:47:55  8     A    I DON'T RECALL.  IT MUST BE ABOUT A THOUSAND

13:48:12  9     DOLLARS OR SO.

13:48:13 10     Q    AND WHEN WERE YOU PAID THAT MONEY?

13:48:14 11     A    AT THE TIME I GAVE THE MONEY TO THE DEFENDANT.

13:48:16 12     Q    WERE YOU PAID IN FRONT OF THE GOOTNICKS?

13:48:18 13     A    I'M SORRY?

13:48:21 14     Q    WERE YOU PAID THAT MONEY IN FRONT OF THE

13:48:23 15     GOOTNICKS?

13:48:24 16     A    NO.

13:48:24 17     Q    TO YOUR KNOWLEDGE DID THE GOOTNICKS KNOW AT

13:48:26 18     LEAST AT THAT TIME THAT YOU HAD RECEIVED ANY MONEY

13:48:28 19     FOR REFERRING THEM?

13:48:29 20     A    NO.

13:48:29 21     Q    NOW, MR. FUNG, I'M GOING TO HAVE PUBLISHED TO

13:48:36 22     YOU WHAT IS ALREADY IN EVIDENCE AS GOVERNMENT'S

13:48:38 23     EXHIBIT 23 AND WE'RE GOING TO GO TO PAGE 617.

13:48:46 24          NOW, DO YOU RECALL LISTENING TO THOSE

13:48:48 25     THREE RECORDED TELEPHONE CALLS YESTERDAY?

6

13:48:51 1    A    YES.

13:48:51 2    Q    AND THAT WAS YOU ON THOSE CALLS WITH

13:48:58 3    DR. GOOTNICK?

13:48:58 4    A    YES.

13:48:58 5    Q    AND, NOW, I'D LIKE YOU TO TAKE A LOOK AT THIS

13:49:01 6    RECORD.  AND DO YOU RECOGNIZE -- IS THAT YOUR PHONE

13:49:03 7    NUMBER THAT IS SHOWN THERE AS AN OUTGOING CALL?

13:49:07 8    A    YES.

13:49:07 9    Q    AND DO YOU RECOGNIZE THE NUMBER THAT IS SHOWN

13:49:09 10   AT THE TOP OF THAT TELEPHONE RECORD?

13:49:19 11   A    YES.

13:49:20 12   Q    AND WHOSE NUMBER IS IT?

13:49:21 13   A    THE DEFENDANT.

13:49:21 14   Q    AND SO YOU RECEIVED ON MARCH 2ND, 2006 FOUR

13:49:29 15   OUTGOING CALLS FROM THE DEFENDANT; IS THAT RIGHT?

13:49:31 16   A    THAT'S CORRECT.

13:49:31 17   Q    LET'S GO TO THE NEXT PAGE OF GOVERNMENT'S

13:49:34 18   EXHIBIT 23.  AND IF WE CAN FOCUS IN AT THE TOP.  IS

13:49:45 19   THAT YOUR NUMBER AS SHOWING AS INCOMING CALLS TO

13:49:48 20   THE DEFENDANT'S NUMBER?

13:49:49 21   A    YES, YES.

13:49:50 22   Q    AND THAT WAS ALSO ON MARCH 2ND, 2006?

13:49:53 23   A    YES.

13:50:00 24   Q    LET'S GO TO THE MIDDLE OF THIS PAGE.

13:50:03 25   NOW, MR. FUNG, IS THAT NUMBER SHOWING AS YOURS

7

13:50:06  1    HAVING RECEIVING TWO INCOMING CALLS FROM THE

13:50:08  2    DEFENDANT AND ALSO ONE CALL FROM YOU TO THE

13:50:10  3    DEFENDANT?

13:50:10  4    A    YES.  YES.

13:50:12  5    Q    LET'S GO TO PAGE 619.  WE CAN GO TO THE MIDDLE

13:50:36  6    OF THE PAGE.  NOW, MR. FUNG, IS THAT YOUR NUMBER AS

13:50:39  7    SHOWN AS RECEIVING ONE CALL FROM THE DEFENDANT ON

13:50:41  8    MARCH 8TH, 2006 AND ONE CALL FROM THE DEFENDANT ON

13:50:45  9    MARCH 9TH, 2006?

13:50:46 10    A    YES, YES.

13:50:50 11    Q    AND IF YOU LOOK AT THE LAST ENTRY ON THAT

13:50:52 12    PAGE, IS THAT YOUR NUMBER AS SHOWING AS RECEIVING

13:50:54 13    ONE CALL FROM THE DEFENDANT ON MARCH 10TH, 2006?

13:50:57 14    A    YES.

13:50:57 15    Q    FINALLY LET'S GO TO THE NEXT PAGE, 620.

13:51:08 16          NOW, MR. FUNG, AT THE TOP OF THE PAGE, IS

13:51:11 17    THAT YOUR NUMBER THAT IS SHOWING AS HAVING AN

13:51:16 18    INCOMING CALL TO THE DEFENDANT ON MARCH 10TH, 2006?

13:51:19 19    A    YES.

13:51:19 20    Q    AND IN THE MIDDLE OF THE PAGE IS THAT YOUR

13:51:21 21    NUMBER THAT IS SHOWN AS CALLING THE DEFENDANT ON

13:51:25 22    MARCH 12TH, OF 2006?

13:51:28 23    A    YES.

13:51:28 24    Q    AND DOWN LOWER ON MARCH 13TH, ARE THOSE SEVEN

13:51:33 25    CALLS THAT YOU RECEIVED FROM THE DEFENDANT 'S

8

13:51:35  1    NUMBER?

13:51:36  2    A    YES.

13:51:37  3    Q    AND WERE YOU THE PERSON SPEAKING TO THE

13:51:39  4    DEFENDANT IN ALL OF THESE CALLS THAT WE JUST TALKED

13:51:42  5    ABOUT?

13:51:42  6    A    YES.

13:51:42  7    Q    I'D LIKE TO TALK TO YOU NOW, MR. FUNG, ABOUT

13:51:47  8    WHAT HAPPENED ON MARCH 10TH OF 2006.

13:51:50  9              ON THAT DAY DID YOU SPEAK WITH

13:51:52  10   DR. GOOTNICK, NOT LOOKING AT THESE RECORDS, BUT

13:52:00  11   FROM YOUR RECOLLECTION?

13:52:01  12   A    I DON'T REMEMBER.

13:52:06  13   Q    DID YOU SPEAK WITH DR. GOOTNICK AGAIN AFTER

13:52:08  14   THE THREE CALLS THAT WE LISTENED TO ON MARCH 3RD OF

13:52:11  15   2006?

13:52:12  16   A    I DON'T RECALL.

13:52:20  17   Q    WERE YOU AWARE AT ANY TIME THAT YOU MIGHT HAVE

13:52:22  18   BEEN RECORDED IN ANY SUBSEQUENT PHONE CALLS WITH

13:52:25  19   DR. GOOTNICK?

13:52:26  20   A    CAN YOU REPEAT THE QUESTION.

13:52:33  21   Q    LET'S -- MR. FUNG, WHAT WE'LL DO NOW IS WE'LL

13:52:37  22   PLAY GOVERNMENT'S EXHIBIT 14 WHICH IS ALREADY IN

13:52:39  23   EVIDENCE.

13:52:39  24              THE COURT:  ALL RIGHT.  THIS WILL FOLLOW

13:52:41  25   THE SAME FORMAT AS YESTERDAY'S?

9

13:52:45 1          MS. WONG:  YES, YOUR HONOR.

13:52:45 2          THE COURT:  SO PLEASE RECALL, LADIES AND

13:52:47 3     GENTLEMEN OF THE JURY, I ADMONISHED YOU YESTERDAY

13:52:49 4     REGARDING THE TAPE AND TRANSCRIPT.  THAT SAME

13:52:51 5     ADMONISHMENT APPLIES TO THIS.

13:52:53 6          WE'LL SEE THE SUPER TITLES AND HEAR THE

13:52:56 7     LANGUAGE.  THE TRANSCRIPT IS MERELY TO ASSIST YOU.

13:53:00 8     THE EVIDENCE IS ACTUALLY THE RECORDINGS AND YOU'LL

13:53:03 9     PAY ATTENTION TO THE RECORDINGS.

13:53:07 10          IF YOU CAN PLAY THAT NOW THEN.

13:53:09 11          MS. WONG:  YES, YOUR HONOR.  THANK YOU.

13:53:10 12     EXHIBIT 14.

13:53:26 13          (WHEREUPON, A DIGITAL RECORDING WAS

13:53:28 14     PLAYED IN OPEN COURT OFF THE RECORD.)

13:53:28 15          MS. WONG:  COULD WE ACTUALLY BACK UP THE

13:53:30 16     EXHIBIT SO THE JURY CAN HEAR THE DATE AT THE

13:53:33 17     BEGINNING?  IT WAS JUST A LITTLE SOFT.

13:53:59 18          IF YOU CAN STOP THE RECORDING FOR A

13:54:01 19     MOMENT.

13:54:03 20     Q    MR. FUNG, DOES THIS, IN FACT, REFRESH YOUR

13:54:06 21     RECOLLECTION THAT YOU SPOKE TO DR. GOOTNICK ON

13:54:08 22     MARCH 6TH?

13:54:09 23     A    YES.

13:54:09 24     Q    AND DID YOU TALK TO HIM THAT DAY?

13:54:11 25     A    YES.

10

13:54:11 1    Q    AND WHEN YOU SPOKE TO HIM AT THAT TIME, DID

13:54:13 2    YOU KNOW THAT THE CONVERSATION WAS BEING RECORDED?

13:54:15 3    A    NO.

13:54:18 4              MS. WONG:  YOU CAN CONTINUE WITH THE

13:54:19 5    RECORDING.

13:54:20 6              (WHEREUPON, A DIGITAL RECORDING WAS

13:54:20 7    PLAYED IN OPEN COURT OFF THE RECORD.)

14:01:58 8    BY MS. WONG:

14:01:58 9    Q    MR. FUNG, A FEW QUICK QUESTIONS ABOUT THE

14:02:09 10   TAPE.  YOU HEARD YOU MENTIONED ON THE TAPE TAX

14:02:11 11   RETURNS, DIDN'T YOU?

14:02:14 12   A    YES.

14:02:15 13   Q    AND WHAT WAS YOUR CONCERN WITH DR. GOOTNICK'S

14:02:19 14   TAX RETURNS?

14:02:35 15   A    I DON'T RECALL, BUT OBVIOUSLY THIS IS NATIONAL

14:02:39 16   TRUST SERVICES TRUST PRINCIPLES AND THAT WOULD BE

14:02:52 17   SOME OF THE, YOU KNOW, THE INFORMATION THAT IS

14:02:57 18   CONSIDERED IN THE TRUST.

14:03:02 19   Q    AND WAS THAT THE BASIS OF THE CRIMINAL CHARGES

14:03:05 20   THAT HAD BEEN BROUGHT AGAINST YOU, THE NATIONAL

14:03:08 21   TRUST SERVICES AND YOU USING THOSE PRINCIPLES TO

14:03:10 22   PREPARE RETURNS?

14:03:10 23   A    YES.

14:03:11 24   Q    AND THOSE -- WERE THOSE THE SAME PRINCIPLES

14:03:13 25   THAT YOU USED ON DR. GOOTNICK'S RETURNS?

11

14:03:15  1      A    YES.

14:03:16  2      Q    AND WHEN YOU SAY THAT -- WHEN YOU WERE TELLING

14:03:20  3      DR. GOOTNICK THAT HE COULD EITHER BE YOUR FRIEND OR

14:03:22  4      YOUR ENEMY, WHAT WERE YOU TRYING, IF ANYTHING, TO

14:03:26  5      GET DR. GOOTNICK TO DO?

14:03:27  6      A    THAT HAVING KNOWLEDGE AS BEING THE TRUSTEE OF

14:03:49  7      HIS TRUST, I SHOULD HAVE KNOWLEDGE ON THE, THE

14:03:56  8      INFORMATION, THE INPUT ON THE RETURNS.

14:03:59  9      Q    AND SO WITH RESPECT TO WHEN YOU WERE TELLING

14:04:02 10      DR. GOOTNICK THAT HE COULD EITHER BE YOUR FRIEND OR

14:04:04 11      ENEMY WITH -- YOU KNOW, BECAUSE OF YOUR ROLE IN

14:04:08 12      BEING HIS TRUSTEE, WHAT, IF ANYTHING, WERE YOU

14:04:11 13      TRYING TO GET HIM TO DO WITH RESPECT TO THE

14:04:13 14      DEFENDANT'S CIVIL LAWSUIT INVOLVING THE GOOTNICKS?

14:04:15 15      A    I REMEMBER THAT THE DEFENDANT WOULD CALL ME ON

14:04:22 16      THE PHONE AND GIVE ME THAT EXPLANATION THAT AT THE

14:04:32 17      TIME, YOU KNOW, THE DEFENDANT CONVINCED ME, YOU

14:04:38 18      KNOW, THAT INFORMATION AND FOR ME TO SAY WHAT I

14:04:45 19      SAID TO HIM AT THAT TIME.

14:04:47 20      Q    AND SO ACCORDING TO YOU, HOW COULD

14:04:49 21      DR. GOOTNICK BE YOUR FRIEND AND THE DEFENDANT'S

14:04:51 22      FRIEND?

14:04:52 23      A    HE CAN'T, I GUESS.

14:05:06 24      Q    BUT WHAT WOULD DR. GOOTNICK HAVE TO DO TO BE

14:05:13 25      YOURS AND THE DEFENDANT'S FRIEND?

                                                                   12

14:05:14  1        A     DROP THE LAWSUIT.

14:05:15  2        Q     AND WHEN YOU -- AND WHEN IT WAS JUST SAID ON

14:05:18  3    THIS PARTICULAR SECTION OF TAPE THAT ALLEGED

14:05:20  4    SCENARIO INVOLVING THE $10,000 AT MAX'S, DID THAT

14:05:25  5    ACTUALLY HAPPEN?

14:05:26  6        A     YES.

14:05:26  7        Q     AND SO WHEN YOU SAID IT WAS AN ALLEGED

14:05:29  8    SCENARIO, WAS THAT TRUE OR FALSE TO DR. GOOTNICK ON

14:05:34  9    THE TAPE JUST NOW?

14:05:35 10        A     I DID RECEIVE THE MONEY FROM DR. GOOTNICK.

14:05:44 11        Q     SO WAS THE STATEMENT TO DR. GOOTNICK ON THE

14:05:47 12    TAPE THAT IT WAS AN ALLEGED STATEMENT WAS FALSE?

14:05:51 13        A     YES.

14:05:51 14        Q     LET'S CONTINUE WITH THE TAPE.

14:05:55 15               (WHEREUPON, A DIGITAL RECORDING WAS

14:15:48 16    PLAYED IN OPEN COURT OFF THE RECORD.)

14:15:48 17    BY MS. WONG:

14:15:48 18        Q     NOW, MR. FUNG, DO YOU KNOW WHO EMPLOYED THIS

14:15:51 19    ATTORNEY OR THIS C.P.A. DR. WING THAT YOU WERE

14:15:55 20    TALKING TO DR. GOOTNICK ABOUT JUST NOW IN THE

14:15:58 21    RECORDING?

14:15:59 22        A     NO.

14:15:59 23        Q     AND YOU DON'T KNOW WHO HAD HIRED HIM OR WHO HE

14:16:02 24    WAS WORKING WITH?

14:16:03 25        A     I BELIEVE IT'S THE DEFENDANT.

                                                          13

14:16:10 1    Q    AND EARLIER DR. GOOTNICK HAD ASKED YOU WHY YOU

14:16:15 2    HAD LIED TO HIM ABOUT THE TRANSACTION.

14:16:18 3              WHAT IS DR. GOOTNICK REFERRING TO WITH

14:16:21 4    REGARDS TO THAT LIE?

14:16:24 5              MR. FONG:  OBJECTION, SPECULATION.

14:16:26 6    BY MS. WONG:

14:16:27 7    Q    IF YOU KNOW?

14:16:28 8              THE COURT:  SUSTAINED.  YOU CAN ASK THE

14:16:30 9    QUESTION AGAIN.

14:16:31 10   BY MS. WONG:

14:16:32 11   Q    IF YOU KNOW, WHAT IS DR. GOOTNICK REFERRING TO

14:16:34 12   WHEN HE SAYS YOU HAD LIED TO HIM?

14:16:37 13   A    DR. GOOTNICK REFERRED THAT I SAID THAT I DID

14:16:47 14   NOT RECEIVE THE $10,000.

14:16:51 15   Q    AND HAD YOU SAID THAT?  HAD YOU LIED TO

14:16:55 16   DR. GOOTNICK?

14:17:03 17   A    I BELIEVE IT'S ON THE DEPOSITION THAT I SAID

14:17:08 18   BECAUSE MY UNDERSTANDING IS THAT THE DEFENDANT

14:17:10 19   RECEIVED THE MONEY AND I DID NOT RECEIVE THE MONEY

14:17:15 20   LIKE PUT IT IN MY BANK ACCOUNT.

14:17:17 21   Q    AND SO WHEN YOU SAY THAT -- SO WHEN THE -- IN

14:17:21 22   THE DEPOSITION HAD YOU SAID THAT YOU HAD NOT

14:17:23 23   RECEIVED THE MONEY, JUST TO BE CLEAR?

14:17:25 24   A    YOU SEE, AT THE TIME I, YOU KNOW, CONSIDERED

14:17:28 25   MYSELF THE MESSENGER AND PICKED UP THE MONEY AND

                                                              14

14:17:32  1    GIVE IT TO YOU THE DEFENDANT.

14:17:34  2    Q    AND WHO HAD YOU SPOKEN TO, IF ANYONE, BEFORE

14:17:36  3    YOU HAD THAT DEPOSITION IN THE GOOTNICK'S LAWSUIT?

14:17:39  4    A    THE DEFENDANT.

14:17:40  5    Q    LET'S CONTINUE WITH THE RECORDING.

14:29:42  6              (WHEREUPON, A DIGITAL RECORDING WAS

14:29:43  7    PLAYED IN OPEN COURT OFF THE RECORD.)

14:29:43  8    BY MS. WONG:

14:29:44  9    Q    NOW, MR. FUNG, DURING THAT MARCH 10TH

14:29:47 10    CONVERSATION, YOU KEPT MENTIONING THE I.R.S. AND

14:29:49 11    THE CALIFORNIA FRANCHISE TAX BOARD, DIDN'T YOU?

14:29:53 12    A    YES.

14:29:54 13    Q    AND WHAT WERE YOU TRYING, IF ANYTHING, TO GET

14:29:58 14    DR. GOOTNICK TO DO WHEN YOU KEPT MENTIONING THE

14:30:01 15    I.R.S. AND THE FRANCHISE TAX BOARD?

14:30:04 16    A    ABOUT THE TAX LIABILITIES.

14:30:06 17    Q    AND HOW WERE YOU TRYING TO MAKE DR. GOOTNICK

14:30:09 18    FEEL?

14:30:09 19    A    FEAR.

14:30:17 20    Q    AND WHAT, IF ANYTHING, WERE YOU TRYING TO

14:30:19 21    CONVINCE DR. GOOTNICK TO DO DURING THAT MARCH 10TH

14:30:22 22    TELEPHONE CONVERSATION?

14:30:23 23    A    TO DROP THE CIVIL LAWSUIT BETWEEN GOOTNICK AND

14:30:25 24    THE DEFENDANT.

14:30:26 25    Q    NOW, MR. FUNG, YOU'LL RECALL THAT WE LISTENED

                                                    15

14:30:36 1    TO SOME CONVERSATIONS BETWEEN YOU AND DR. GOOTNICK

14:30:42 2    YESTERDAY IN COURT?

14:30:43 3    A    YES.

14:30:43 4    Q    AND DURING THOSE CONVERSATIONS, DO YOU RECALL

14:30:45 5    THE PART WHERE YOU AND DR. GOOTNICK WERE TALKING

14:30:47 6    ABOUT HIS MONEY AND HIS PROPERTY, AND YOU WERE

14:30:49 7    TELLING HIM, WITH OTHER WORDS, TO FORGET ABOUT HIS

14:30:53 8    MONEY AND PROPERTY.

14:30:54 9          DO YOU RECALL THAT PART OF THE

14:30:56 10   CONVERSATION?

14:30:56 11   A    YES.

14:30:56 12   Q    NOW, THAT MONEY AND THAT PROPERTY, HAD YOU

14:30:58 13   SPOKEN WITH THE DEFENDANT ABOUT DR. GOOTNICK'S

14:31:02 14   MONEY AND PROPERTY AFTER YOU WERE CRIMINALLY

14:31:03 15   INDICTED?

14:31:04 16   A    NO.

14:31:15 17   Q    SO YOU NEVER HAD SPOKEN ABOUT WHETHER THE

14:31:17 18   DEFENDANT HAD ANY OF THE GOOTNICKS' MONEY AND

14:31:21 19   PROPERTY AFTER YOU WERE CRIMINALLY CHARGED?

14:31:26 20         MR. FONG:  OBJECTION, ASKED AND ANSWERED.

14:31:27 21         THE COURT:  OVERRULED.  YOU CAN ANSWER

14:31:29 22   THE QUESTION.

14:31:30 23         THE WITNESS:  COULD YOU REPEAT THE

14:31:32 24   QUESTION.

14:31:32 25   BY MS. WONG:

16

14:31:33 1   Q   SO ARE YOU SAYING YOU NEVER SPOKE WITH THE

14:31:35 2   DEFENDANT ABOUT THE GOOTNICKS' MONEY AND PROPERTY

14:31:37 3   AFTER YOU WERE CRIMINALLY CHARGED?

14:31:39 4   A   I DID.

14:31:44 5   Q   AND WHEN YOU SPOKE WITH THE DEFENDANT, WHAT,

14:31:46 6   IF ANYTHING, DID THE DEFENDANT ASK YOU ABOUT THE

14:31:48 7   GOOTNICKS' MONEY AND PROPERTY?

14:31:50 8   A   I ASKED THE DEFENDANT IF HE DID RECEIVE

14:31:58 9   GOOTNICKS' HALF A MILLION DOLLARS.

14:31:59 10   Q   AND WHAT, IF ANYTHING, DID THE DEFENDANT SAY

14:32:01 11   WHEN YOU ASKED HIM THAT?

14:32:07 12   A   HE SAID HE DID.

14:32:08 13   Q   AND WHAT, IF ANYTHING, DID YOU SAY TO THE

14:32:10 14   DEFENDANT WHEN HE TOLD YOU HE HAD RECEIVED THAT

14:32:13 15   HALF A MILLION DOLLARS?

14:32:15 16   A   I TOLD HIM TO GIVE THE MONEY BACK TO GOOTNICK.

14:32:18 17   Q   AND WHAT DID THE DEFENDANT SAY WHEN YOU TOLD

14:32:20 18   THE DEFENDANT TO GIVE IT BACK TO GOOTNICK?

14:32:23 19   A   HE SAID SOMETHING IN THE CONTEXT OF HE DOESN'T

14:32:29 20   HAVE THE MONEY ANYMORE.

14:32:30 21   Q   AND SO DID THE DEFENDANT SAY WHETHER HE WOULD

14:32:35 22   GIVE IT BACK OR NOT?

14:32:36 23   A   NO.

14:32:36 24   Q   NO?  NO WHAT?

14:32:44 25   A   NOT GIVING THE MONEY BACK TO GOOTNICK.

17

14:32:46  1          MS. WONG:  NO FURTHER QUESTIONS FOR THIS

14:32:47  2     WITNESS.

14:32:48  3          THE COURT:  MR. FONG, DO YOU HAVE

14:32:50  4     CROSS-EXAMINATION?

14:32:51  5          MR. FONG:  YES, I DO, YOUR HONOR.  THANK

14:32:53  6     YOU.

14:34:02  7          THE COURT:  FOLKS, IF YOU WANT TO STAND

14:34:04  8     AND STRETCH, GO RIGHT AHEAD.

14:34:49  9                    **CROSS-EXAMINATION**

14:34:49 10     BY MR. FONG:

14:34:49 11     Q    GOOD AFTERNOON, MR. FUNG.

14:34:51 12     A    GOOD AFTERNOON.

14:34:52 13     Q    AS YOU KNOW MY NAME IS JERRY FONG AND I

14:34:57 14     REPRESENT MR. LIGHTER.  WE HAVE MET BEFORE; IS THAT

14:35:00 15     CORRECT?

14:35:00 16     A    NO -- I MEAN, I HAVE SEEN YOU AROUND.  YEAH.

14:35:03 17     Q    CLOSE ENOUGH.

14:35:04 18          NOW, LET ME START WITH -- NOW, YOU HAD

14:35:14 19     PLED GUILTY TO COUNT 1 IN THIS CASE; IS THAT

14:35:18 20     CORRECT?

14:35:18 21     A    CORRECT.

14:35:20 22     Q    BECAUSE ORIGINALLY YOU WERE INDICTED BACK IN

14:35:25 23     APRIL OF 2005 IN THE ORIGINAL INDICTMENT IN THIS

14:35:29 24     CASE; IS THAT CORRECT?

14:35:30 25     A    THAT'S CORRECT.

                                                              18

14:35:31  1    Q    AND AT THE TIME OF THE ORIGINAL INDICTMENT

14:35:38  2    BACK IN APRIL OF 2005, YOU WERE THE ONLY PERSON

14:35:41  3    NAMED AS A DEFENDANT; IS THAT CORRECT?

14:35:43  4    A    CORRECT.

14:35:44  5    Q    OKAY.  AND LATER ON MR. LIGHTER WAS ADDED AS

14:35:49  6    AN ADDITIONAL DEFENDANT; IS THAT CORRECT?

14:35:52  7    A    CORRECT.

14:35:53  8    Q    OKAY.  NOW, YOU PLED GUILTY TO COUNT 1 IN I

14:36:00  9    BELIEVE IT'S THE THIRD SUPERSEDING INDICTMENT; IS

14:36:03  10   THAT CORRECT?

14:36:03  11   A    I DON'T EXACTLY UNDERSTAND THE QUESTION.  CAN

14:36:10  12   YOU REPEAT IT ONE MORE TIME.

14:36:12  13   Q    OF COURSE.  AFTER THE ORIGINAL INDICTMENT WAS

14:36:18  14   FILED IN APRIL OF 2005, THE GOVERNMENT FILED

14:36:21  15   SEVERAL OTHER INDICTMENTS; IS THAT CORRECT?

14:36:24  16   A    CORRECT.

14:36:24  17   Q    AND THE ONE THAT -- THE MOST RECENT ONE WAS A

14:36:29  18   THIRD SUPERSEDING INDICTMENT; IS THAT CORRECT?

14:36:32  19   A    CORRECT.

14:36:32  20   Q    AND WHAT YOU PLED GUILTY TO -- AND BY THE WAY,

14:36:37  21   EXCUSE ME.  LET ME START OVER.

14:36:39  22            AND YOU PLED GUILTY SOME TIME IN

14:36:41  23   SEPTEMBER OF THIS YEAR; IS THAT CORRECT?

14:36:42  24   A    CORRECT.

14:36:43  25   Q    AND WHAT YOU PLED GUILTY TO WAS COUNT ONE IN

19

14:36:47 1    THE THIRD SUPERSEDING INDICTMENT; IS THAT CORRECT?

14:36:50 2    A    CORRECT.

14:36:53 3    Q    SO THE MOST RECENT INDICTMENT?  IS THAT

14:37:02 4    CORRECT?

14:37:02 5    A    I DON'T UNDERSTAND WHAT YOU MEAN BY "MOST

14:37:05 6    RECENT."

14:37:06 7    Q    THAT'S ALL RIGHT.  THAT'S FINE.

14:37:10 8         NOW, AS PART OF YOUR GUILTY PLEA WITH THE

14:37:12 9    GOVERNMENT, YOU ALSO ENTERED INTO WHAT IS KNOWN AS

14:37:14 10   A COOPERATION AGREEMENT WITH THE GOVERNMENT; IS

14:37:17 11   THAT CORRECT?

14:37:17 12   A    YES, I GUESS.  YES.

14:37:25 13   Q    AND THAT IS TO SAY YOU, WITH YOUR ATTORNEY,

14:37:30 14   YOU AND THE U.S. GOVERNMENT CAME TO AN AGREEMENT IN

14:37:34 15   WRITING IN WHICH YOU WOULD SAY, IN WHICH IT SAID

14:37:39 16   THAT YOU WOULD COOPERATE WITH THE GOVERNMENT IN

14:37:42 17   PROSECUTING MR. LIGHTER; IS THAT CORRECT?

14:37:46 18        MS. WONG:  OBJECTION.  HE MISSTATES THE

14:37:49 19   NATURE OF MR. FUNG'S ACTION PROSECUTED MR. LIGHTER.

14:37:56 20        THE COURT:  COULD YOU REPHRASE IT.

14:37:59 21        MR. FONG:  OF COURSE, YOUR HONOR.

14:37:59 22        THE COURT:  THANK YOU.  I'LL SUSTAIN THE

14:38:02 23   OBJECTION.

14:38:04 24   BY MR. FONG:

14:38:05 25   Q    NOW, MR. FUNG, YOU, THROUGH YOUR ATTORNEY AND

                                                              20

14:38:07 1    WITH YOUR ATTORNEY, ENTERED INTO AN AGREEMENT WITH

14:38:11 2    THE UNITED STATES GOVERNMENT INSOFAR AS THE

14:38:13 3    GOVERNMENT'S PROSECUTION OF MR. LIGHTER'S

14:38:16 4    PROSECUTION IN THIS CASE; IS THAT CORRECT?

14:38:19 5    A    I AGREED TO COOPERATE WITH THE GOVERNMENT, BUT

14:38:29 6    THAT'S WHAT MY UNDERSTANDING IS.

14:38:30 7    Q    AND COOPERATE WITH THE GOVERNMENT TO INCLUDE

14:38:34 8    THE GOVERNMENT'S PROSECUTION OF MR. LIGHTER; IS

14:38:37 9    THAT CORRECT?

14:38:37 10   A    YES.

14:38:44 11   Q    THANK YOU.  NOW, AS PART OF THE COOPERATION --

14:38:48 12   FIRST OF ALL, THIS COOPERATION AGREEMENT WAS IN

14:38:53 13   WRITING; IS THAT CORRECT?

14:38:53 14   A    YOU KNOW, I'M NOT AN ATTORNEY AND I'LL HAVE TO

14:39:03 15   GO BACK AND REVIEW THE DOCUMENTS TO ANSWER THE

14:39:05 16   QUESTION.

14:39:05 17   Q    SURE.

14:39:06 18   A    I JUST DON'T WANT TO SAY THE WRONG THING.

14:39:08 19   Q    AND I APPRECIATE THAT SO OBVIOUSLY WE'RE ONLY

14:39:12 20   ENTITLED TO YOUR BEST RECOLLECTION.

14:39:14 21          LET ME ASK YOU, AT THE TIME THAT YOU

14:39:18 22   ENTERED INTO THE GUILTY PLEA, DO YOU REMEMBER IF

14:39:21 23   YOU SIGNED A WRITTEN AGREEMENT?

14:39:23 24   A    YES.

14:39:24 25   Q    OKAY.  AND THAT WRITTEN AGREEMENT WAS CALLED A

                                                              21

14:39:28 1     PLEA AGREEMENT; IS THAT CORRECT?

14:39:29 2     A    THAT'S CORRECT.

14:39:30 3     Q    AND INSIDE OF THAT PLEA AGREEMENT THERE WERE A

14:39:35 4     COUPLE PARAGRAPHS TALKING ABOUT YOUR COOPERATING

14:39:39 5     WITH THE GOVERNMENT; IS THAT CORRECT?

14:39:40 6     A    THAT'S CORRECT.

14:39:40 7     Q    OKAY.  SO YOUR AGREEMENT TO COOPERATE WITH THE

14:39:44 8     GOVERNMENT IN THIS CASE IS IN WRITING?

14:39:47 9     A    THAT'S CORRECT.

14:39:49 10    Q    NOW, ONE OF THOSE, ONE OF THE THINGS THAT YOU

14:39:54 11    AGREED TO DO IN YOUR COOPERATION WITH THE

14:39:56 12    GOVERNMENT IS TO TESTIFY AT THE TRIAL AGAINST

14:40:02 13    MR. LIGHTER; IS THAT CORRECT?

14:40:04 14    A    THAT'S CORRECT.

14:40:05 15    Q    BUT THERE WERE OTHER THINGS THAT YOU WERE

14:40:07 16    SUPPOSED TO DO, TOO, RIGHT, UNDER THE COOPERATING

14:40:16 17    AGREEMENT?

14:40:17 18    A    YES.

14:40:18 19    Q    LIKE, FOR EXAMPLE, YOU WERE SUPPOSED TO, AT

14:40:24 20    THE GOVERNMENT'S REQUEST, YOU WERE SUPPOSED TO SIT

14:40:26 21    DOWN WITH THE GOVERNMENT, INCLUDING THE PROSECUTORS

14:40:28 22    IN THIS CASE, MR. O'REILLY AND MS. WONG, AND THE

14:40:31 23    CASE AGENTS, AND ANSWER AND BE INTERVIEWED, IN

14:40:33 24    ESSENCE; RIGHT?

14:40:35 25    A    YES.

22

14:40:35 1    Q    AND YOU WERE SUPPOSED TO ANSWER -- YOUR

14:40:39 2    UNDERSTANDING IS THAT THE PLEA AGREEMENT REQUIRED

14:40:41 3    YOU TO ANSWER EVERY QUESTION THAT THEY ASK YOU

14:40:45 4    COMPLETELY AND TRUTHFULLY; IS THAT CORRECT?

14:40:47 5    A    THAT'S CORRECT.

14:40:48 6    Q    OKAY.  AND THAT IT WAS NOT -- AND YOUR

14:40:53 7    UNDERSTANDING WAS THAT UNDER THE PLEA AGREEMENT, IT

14:40:55 8    WAS NOT UP TO YOU TO DECIDE WHAT TO TELL THEM AND

14:40:59 9    WHAT NOT TO TELL THEM; IS THAT CORRECT?

14:41:00 10   A    THAT'S CORRECT.

14:41:02 11   Q    BECAUSE IF THEY ASKED YOU SOMETHING, YOU WERE

14:41:05 12   SUPPOSED TO TELL THEM EVERYTHING, GOOD, BAD, OR

14:41:08 13   ANYTHING IN BETWEEN; IS THAT CORRECT?

14:41:10 14   A    I ANSWERED THE QUESTION TRUTHFULLY.

14:41:17 15   Q    AND COMPLETELY?  THAT IS TO SAY, YOU KNEW THAT

14:41:20 16   UNDER THE PLEA AGREEMENT YOU'RE NOT SUPPOSED TO

14:41:23 17   LEAVE OUT ANYTHING; IS THAT CORRECT?

14:41:28 18   A    I'M NOT SUPPOSED TO TELL THE STORY --

14:41:35 19   Q    I'M SORRY, WHAT?

14:41:37 20   A    I MEAN, I NEED TO ANSWER THE QUESTION.  YOU

14:41:41 21   SAY THAT I DO.  YOU'RE SAYING MORE BEYOND THE

14:41:45 22   QUESTION.

14:41:45 23   Q    WELL, I APOLOGIZE IF MY QUESTION WAS A BAD

14:41:49 24   QUESTION.  FEEL FREE TO LET THE COURT AND THE

14:41:52 25   PROSECUTION KNOW IF YOU DON'T UNDERSTAND MY

                                                              23

14:41:54 1    QUESTION.  AND I'LL DO MY BEST TO ASK THE QUESTION.

14:42:03 2    AND I APPRECIATE YOU LETTING ME KNOW.

14:42:04 3              SO LET ME WITHDRAW THAT LAST QUESTION AND

14:42:07 4    START WITH A NEW ONE.

14:42:08 5              BUT YOU UNDERSTAND THAT YOUR

14:42:10 6    RESPONSIBILITY UNDER THIS PLEA AGREEMENT, IN WHICH

14:42:12 7    YOU WERE SUPPOSED TO COOPERATE, YOU KNEW THAT PART

14:42:14 8    OF YOUR COOPERATION IS TO ANSWER THE QUESTIONS

14:42:18 9    TRUTHFULLY, YOU SAID THAT, BUT ALSO COMPLETELY,

14:42:20 10   THAT IS TO SAY NOT TO LEAVE ANYTHING OUT; RIGHT?

14:42:23 11   A    I ANSWERED THE QUESTION TRUTHFULLY.

14:42:40 12   Q    I GUESS WHAT I'M ASKING YOU IS --

14:42:44 13   A    I DON'T KNOW WHAT IS THE DEGREE OF

14:42:46 14   COMPLETENESS.

14:42:46 15   Q    OKAY.  BUT YOU UNDERSTOOD, WHEN THE

14:42:49 16   GOVERNMENT -- AND I'M NOT TALKING ABOUT YOUR

14:42:50 17   TESTIMONY YESTERDAY OR TODAY.

14:42:52 18              WHAT I'M TALKING ABOUT IS WHEN YOU SAT

14:42:54 19   DOWN AND YOU WERE BEING INTERVIEWED BY MR. O'REILLY

14:42:58 20   AND MS. WONG AND THE CASE AGENTS, THAT YOU WERE

14:43:01 21   SUPPOSED TO TELL THEM EVERYTHING THAT YOU KNOW

14:43:03 22   ABOUT SUBJECTS THAT THEY WANT TO ASK YOU ABOUT; IS

14:43:07 23   THAT CORRECT?

14:43:07 24   A    YES.

14:43:13 25   Q    OKAY.  SO THAT IS TO SAY, YOU'RE NOT SUPPOSED

                                                              24

14:43:18  1    TO HOLD ANYTHING BACK?

14:43:19  2    A    NO.

14:43:20  3    Q    THANK YOU.  NOW, AND YOU DID SIT DOWN -- AFTER

14:43:23  4    YOU DECIDED TO PLEAD GUILTY, YOU DID SIT DOWN WITH

14:43:27  5    MR. O'REILLY OR NOT NECESSARILY JUST MR. O'REILLY,

14:43:30  6    BUT YOU DID SIT DOWN WITH THE PROSECUTORS AND THE

14:43:33  7    CASE AGENTS IN THIS CASE ON A COUPLE OF OCCASIONS;

14:43:37  8    IS THAT CORRECT?

14:43:37  9    A    YES.

14:43:38 10    Q    OKAY.  AND, IN FACT, BY MY COUNT THERE WERE AT

14:43:44 11    LEAST FOUR DIFFERENT INTERVIEWS THAT IN WHICH YOU

14:43:49 12    SAT DOWN WITH THE PROSECUTORS AND THE CASE AGENTS

14:43:52 13    AND YOUR ATTORNEY IN WHICH YOU WERE INTERVIEWED

14:43:55 14    ABOUT THE FACTS OF THIS CASE; IS THAT CORRECT?

14:43:57 15    A    YES.

14:43:59 16    Q    OKAY.  AND THE FIRST ONE, I BELIEVE, WAS

14:44:03 17    AROUND OR ON SEPTEMBER 13TH, 2011 OF THIS YEAR; IS

14:44:10 18    THAT CORRECT?

14:44:10 19    A    I DON'T RECALL THE EXACT DATE.

14:44:13 20    Q    BUT IT WAS AROUND MID-SEPTEMBER?

14:44:15 21    A    YEAH.

14:44:16 22    Q    OKAY.  THAT WAS THE FIRST TIME, RIGHT?

14:44:18 23    A    YES.

14:44:18 24    Q    AND THAT WENT, THAT WENT ON FOR A LITTLE

14:44:25 25    WHILE; IS THAT CORRECT?

25

14:44:25  1    A    YES.

14:44:26  2    Q    AND, IN FACT, I THINK AT ONE POINT YOU AND THE

14:44:30  3    GOVERNMENT PEOPLE WHO WERE INTERVIEWING YOU HAD TO

14:44:33  4    BREAK FOR LUNCH; IS THAT CORRECT?

14:44:34  5    A    I'M TRYING TO REMEMBER.

14:44:44  6    Q    AND PLEASE TAKE YOUR TIME, SIR.  I'M NOT

14:44:46  7    TRYING TO HURRY YOU.

14:44:56  8    A    I RECALL DINNER, BUT I'M NOT SURE ABOUT LUNCH.

14:44:59  9    Q    OKAY.  BUT THE INTERVIEW WENT LONG ENOUGH IN

14:45:02 10    THAT FIRST MEETING THAT YOU AND THE PEOPLE WHO WERE

14:45:09 11    INTERVIEWING YOU TOOK A MEAL BREAK, REGARDLESS OF

14:45:13 12    WHETHER IT WAS LUNCH OR DINNER; CORRECT?

14:45:15 13    A    CORRECT.

14:45:15 14    Q    AND THEN ABOUT TWO WEEKS LATER THERE WAS THE

14:45:18 15    SECOND INTERVIEW; IS THAT CORRECT?

14:45:19 16    A    I DON'T RECALL EXACTLY TWO WEEKS, BUT IT WAS

14:45:28 17    SHORTLY AFTER.

14:45:28 18    Q    OKAY.  SHORTLY AFTER.  OKAY.  THERE WAS A

14:45:31 19    SECOND INTERVIEW; IS THAT CORRECT?

14:45:33 20    A    YES.  YES.

14:45:35 21    Q    AND WHEN YOU SAY, "SHORTLY THEREAFTER," YOU'RE

14:45:38 22    TALKING ABOUT MAYBE A WEEK OR SO OR -- I'M JUST

14:45:41 23    TRYING TO GET A SENSE OF IS IT A WEEK OR A COUPLE

14:45:43 24    OF MONTHS OR WHATEVER?

14:45:44 25    A    MAYBE A WEEK, YEAH.

26

14:45:47  1    Q    OKAY.  SO THAT WOULD BE THE SECOND MEETING,

14:45:50  2    RIGHT?

14:45:50  3    A    YES.

14:45:51  4    Q    AND THAT ONE WENT ON FOR QUITE A WHILE, TOO;

14:45:56  5    ISN'T THAT CORRECT?

14:45:56  6    A    YES.

14:45:58  7    Q    IN FACT, THE SECOND MEETING, INTERVIEW, WAS

14:46:01  8    LONGER THAN THE FIRST ONE; ISN'T THAT CORRECT?

14:46:05  9    A    I DIDN'T KEEP TRACK OF HOW LONG.

14:46:12 10    Q    AND I FULLY UNDERSTAND THAT, AND I APPRECIATE

14:46:13 11    THAT.

14:46:16 12         BUT AS YOU SIT HERE DO YOU REMEMBER OR IS

14:46:22 13    YOUR BEST ESTIMATE THAT YOUR SECOND MEETING WAS

14:46:25 14    LONGER THAN THE FIRST ONE.

14:46:27 15    A    PROBABLY IT WAS.

14:46:29 16    Q    AND YOU ALSO, YOU AND THE PEOPLE INTERVIEWING

14:46:34 17    YOU, ALSO HAD TO TAKE A MEAL BREAK IN THE MIDDLE

14:46:39 18    THAT SECOND INTERVIEW; IS THAT CORRECT?

14:46:41 19    A    YES.

14:46:41 20    Q    AND YOU WERE INTERVIEWED A THIRD TIME IN EARLY

14:46:47 21    OCTOBER OF THIS YEAR; IS THAT CORRECT?

14:46:48 22    A    NO.

14:46:58 23    Q    YOU DON'T REMEMBER BEING INTERVIEWED ON

14:47:05 24    OCTOBER 4TH, 20011?

14:47:06 25    A    LET ME -- I'M TRYING TO PUT THE TIME.

                                                            27

14:47:09   1    Q    SURE.  TAKE YOUR TIME, PLEASE.

14:47:16   2    A    YES, I THINK, YES.

14:47:18   3    Q    SO IT'S AROUND EARLY OCTOBER.  YOU MAY NOT

14:47:21   4    REMEMBER THE EXACT DATE, BUT IT WAS EARLY OCTOBER?

14:47:23   5    A    YES.

14:47:23   6    Q    OF THIS YEAR?

14:47:24   7    A    YES.

14:47:25   8    Q    AND AGAIN, IT WAS A PRETTY LONG INTERVIEW,

14:47:27   9    WASN'T IT?

14:47:28  10    A    YES.

14:47:28  11    Q    AND YOU AND THE PEOPLE WHO WERE INTERVIEWING

14:47:33  12    YOU HAD TO TAKE A MEAL BREAK DURING THAT INTERVIEW

14:47:36  13    AS WELL; RIGHT?

14:47:37  14    A    I DON'T RECALL.

14:47:45  15    Q    THAT'S ALL I'M ENTITLED TO IS YOUR BEST

14:47:49  16    RECOLLECTION.

14:47:49  17         NOW, RECENTLY IN THE LAST COUPLE OF

14:47:52  18    WEEKS, YOU WERE INTERVIEWED A FOURTH TIME BY THE

14:47:57  19    GOVERNMENT PROSECUTORS AND THE CASE AGENT; IS THAT

14:48:00  20    CORRECT?

14:48:00  21    A    YES.

14:48:01  22    Q    AND WAS THAT THE LAST TIME THAT YOU WERE

14:48:03  23    INTERVIEWED ABOUT THIS CASE?

14:48:04  24    A    YES.

14:48:05  25    Q    NOW, DURING THOSE FOUR MEETINGS OR INTERVIEWS,

                                                              28

14:48:15  1    THE GOVERNMENT PROSECUTORS AND THE CASE AGENTS

14:48:17  2    ASKED YOU A LOT OF QUESTIONS ABOUT THIS CASE; IS

14:48:20  3    THAT CORRECT?

14:48:20  4    A    YES.

14:48:22  5    Q    AND THEY, OF COURSE, ASKED YOU A LOT OF

14:48:28  6    QUESTIONS ABOUT YOUR DEALINGS OR YOUR INTERACTIONS

14:48:30  7    WITH MR. LIGHTER; IS THAT CORRECT?

14:48:31  8    A    YES?

14:48:39  9    Q    AND, OF COURSE, YOU ANSWERED THEIR QUESTIONS

14:48:45 10    TRUTHFULLY AND COMPLETELY; ISN'T THAT CORRECT?

14:48:47 11    A    I ANSWERED THEIR QUESTIONS TRUTHFULLY AND

14:48:51 12    COMPLETELY TO MY CAPABILITY.

14:48:52 13    Q    NOW, I DON'T KNOW IF IT WAS ONE PERSON OR

14:49:02 14    DIFFERENT PEOPLE ASKED YOU QUESTIONS, BUT I'LL JUST

14:49:04 15    KIND OF SAY FOR THE PROSECUTION, MEANING IT COULD

14:49:06 16    BE MR. O'REILLY, MS. WONG, OR THE CASE AGENTS.

14:49:09 17         DO YOU UNDERSTAND THAT IF I USE THE WORD

14:49:12 18    "PROSECUTION" IT COULD REFER TO WHOEVER WAS

14:49:14 19    INTERVIEWING YOU?

14:49:15 20    A    YES.

14:49:15 21    Q    OKAY.  THANK YOU.

14:49:16 22         NOW, THE PROSECUTION DURING THESE

14:49:19 23    INTERVIEWS ASKED YOU ABOUT THE TELEPHONE CALLS THAT

14:49:22 24    YOU MADE TO DR. IRWIN GOOTNICK THAT WE HAVE BEEN

14:49:27 25    HEARING YESTERDAY AND TODAY; IS THAT CORRECT?

29

14:49:29  1     A     VERY FEW.  THEY DIDN'T GO TOO MUCH INTO IT.

14:49:46  2     Q     BUT THEY ASKED YOU ABOUT?

14:49:47  3     A     YES.

14:49:47  4     Q     AND YOU TOLD THEM THINGS, YOU TOLD THEM FACTS

14:49:50  5     ABOUT THESE PHONE CALLS; ISN'T THAT CORRECT?

14:49:51  6     A     NO.  I MEAN, I WAS NOT ASKED TOO MUCH ABOUT

14:50:12  7     THE PHONE CALL.

14:50:13  8     Q     OKAY.  BUT DID YOU TALK TO THEM ABOUT THE

14:50:15  9     PHONE CALLS AT ALL?

14:50:16  10    A     YES.

14:50:16  11    Q     OKAY.  AND YOU WERE COMPLETELY TRUTHFUL WHEN

14:50:23  12    YOU TALKED ABOUT WHAT YOU KNEW ABOUT TELEPHONE

14:50:25  13    CALLS; RIGHT?

14:50:26  14    A     IT'S MY MEMORY THAT I DON'T THINK WE EVER GET

14:50:41  15    INTO TOO MUCH ABOUT PHONE CALL, BUT WE SAY THAT

14:50:44  16    IT'S A PHONE CALL BETWEEN MYSELF AND GOOTNICK.

14:50:48  17    Q     OKAY.  SO YOU DID TALK ABOUT THE PHONE CALLS

14:50:50  18    THAT WE LISTENED TO TODAY AND YESTERDAY; IS THAT

14:50:52  19    CORRECT?

14:50:52  20    A     YES.

14:50:53  21    Q     OKAY.  NOW, DO YOU REMEMBER YESTERDAY WHEN WE

14:51:03  22    WERE LISTENING TO THE TAPE, THERE WAS A PART WHERE

14:51:09  23    DR. GOOTNICK WAS ASKING YOU WHY -- DID

14:51:14  24    MR. LIGHTER -- DID ERIC LIGHTER TELL YOU TO CALL

14:51:17  25    ME?  DID ERIC LIGHTER TELL YOU TO CALL ME?  AND YOU

                                                            30

14:51:20  1    SAID SOMETHING TO THE FACT OF NO, NO, NO, NO.

14:51:23  2            DO YOU REMEMBER THAT PART OF THE

14:51:25  3    CONVERSATION?

14:51:25  4    A    YES.

14:51:25  5    Q    OKAY.  AND, IN FACT, I'M GOING TO PUBLISH PAGE

14:51:46  6    11 OF EXHIBIT 13.

14:51:52  7            MS. WONG:  YOUR HONOR, THIS DOCUMENT

14:51:53  8    ACTUALLY IS NOT YET ADMITTED.

14:51:56  9            MR. O'REILLY:  HOW DO YOU WANT TO HANDLE

14:51:58 10    THAT?

14:51:59 11            MR. FONG:  I'M SORRY.  I THOUGHT IT WAS

14:52:00 12    ADMITTED BECAUSE WE SAW THE TRANSCRIPT SCROLLING.

14:52:04 13            SO I WOULD MOVE TO ADMIT INTO EVIDENCE

14:52:07 14    EXHIBIT 13.  IS IT 13-A OR 13?

14:52:11 15            MR. O'REILLY:  WHICH DAY?

14:52:13 16            MR. FONG:  THE FIRST ONE, THE VERY FIRST

14:52:15 17    DAY.

14:52:15 18            MR. O'REILLY:  THAT'S 13-A.

14:52:17 19            MS. WONG:  13-A.

14:52:19 20            MR. FONG:  THE GOVERNMENT'S EXHIBIT 13-A.

14:52:21 21            THE COURT:  THIS IS 13-A?

14:52:26 22            MR. FONG:  THE ACTUAL TRANSCRIPT OF THE

14:52:28 23    TAPE RECORDING, THE VERY FIRST TAPE RECORDING ON

14:52:33 24    MARCH 3RD, 2006 AND THAT WAS THE TRANSCRIPT WAS

14:52:42 25    SCROLLING WHEN WE LISTENED TO THE TAPE.

31

14:52:44 1          THE COURT:  SO IN ESSENCE, THE RECORDING

14:52:47 2     THAT IS NOW IN EVIDENCE ALSO INCLUDES AUDIO AND IT

14:52:51 3     ALSO INCLUDES THE VISUAL TRACKING, DOES IT?

14:52:56 4          MR. O'REILLY:  ACTUALLY, YOUR HONOR, I

14:52:58 5     BELIEVE THAT WHAT IS IN EVIDENCE THAT THE JURY WILL

14:53:00 6     HAVE TO TAKE BACK IS SIMPLY THE RECORDING.  IT'S

14:53:05 7     JUST THE AUDIO, CORRECT?

14:53:06 8          YEAH, IT WAS FOR VISUAL PRESENTATION

14:53:09 9     ONLY.  AND, ACTUALLY, THE GOVERNMENT WOULD HAVE TO

14:53:11 10    NO OBJECTION IF MR. FONG WANTS TO -- IF YOU GIVE A

14:53:16 11    QUESTION THAT IS INCONSISTENT WITH THE TRANSCRIPT

14:53:17 12    AND THEN YOU WANT TO PUBLISH IT TO REFRESH HIS

14:53:20 13    RECOLLECTION OR SOMETHING, THE GOVERNMENT HAS NO

14:53:22 14    OBJECTION TO THAT.

14:53:22 15         BUT UNTIL THERE'S ACTUALLY A FAILURE TO

14:53:26 16    RECALL.

14:53:26 17         MR. FONG:  WHY DON'T WE DO IT THAT WAY.

14:53:28 18    I THINK THAT'S A VERY GOOD PROPOSAL, YOUR HONOR.

14:53:32 19         THE COURT:  THE OTHER ISSUE IS WHETHER OR

14:53:33 20    NOT THE JURY WILL RECEIVE THE ACTUAL TRANSCRIPT

14:53:36 21    WITH THEM, AND I THINK WE TALKED ABOUT THAT

14:53:37 22    PREVIOUSLY, COUNSEL.

14:53:38 23         MR. FONG:  YES.

14:53:39 24         THE COURT:  WHICH IS MY RETICENCE TO

14:53:41 25    ADMIT ANYTHING IN RELATION TO THE TRANSCRIPT AT

32

14:53:44 1    THIS TIME.  IT CERTAINLY CAN BE USED TO IMPEACH,

14:53:46 2    REFRESH, BUT WHATEVER THAT NEEDS TO BE, BUT LET'S

14:53:49 3    TAKE IT ON A QUESTION-BY-QUESTION BASIS.

14:53:51 4              MR. FONG:  OKAY.  ALL RIGHT.

14:53:52 5    Q    LET ME ACTUALLY DO THIS THEN, WITHOUT

14:53:55 6    PUBLISHING IT, LET ME SHOW YOU, DO YOU REMEMBER

14:54:16 7    YESTERDAY IN LISTENING TO THE TAPE THAT THERE WAS A

14:54:19 8    PART OF THE TAPE WHERE DR. GOOTNICK ASKED YOU, AND

14:54:22 9    THIS WOULD HAVE BEEN FAIRLY EARLY ON, IT'S ONLY

14:54:25 10   PAGE 11 AND 12 THE TRANSCRIPT, SO IT WOULD HAVE

14:54:28 11   BEEN FAIRLY EARLY ON IN THE FIRST CALL IN WHICH

14:54:31 12   DR. GOOTNICK SAYS, "SO, IN OTHER WORDS, SO LIGHTER

14:54:36 13   TOLD YOU TO GET IN TOUCH WITH ME?"

14:54:38 14              AND YOU RESPONDED:  "NO, NO."

14:54:40 15              AND DR. GOOTNICK SAID "BECAUSE HE CAN'T."

14:54:43 16              AND YOU SAID "NO."

14:54:44 17              AND DR. GOOTNICK SAID "BECAUSE HE CAN'T

14:54:49 18   CALL ME?"

14:54:52 19              AND "NO."

14:54:54 20              AND DR. GOOTNICK SAID.  "BECAUSE HE CAN'T

14:54:57 21   CALL ME."

14:54:58 22              AND YOU REPLIED "NO, NO."

14:55:00 23              AND THEN DR. GOOTNICK SAID "YOU SAID."

14:55:04 24              AND YOUR REPLY WAS ONCE AGAIN, "NO."

14:55:07 25              DR. GOOTNICK SAID, "HE CAN'T CALL ME."

                                                        33

14:55:10  1          AND YOU SAID, "LIGHTER, LIGHTER DID NOT

14:55:14  2     ASK ME TO GET IN TOUCH WITH YOU."

14:55:19  3          DO YOU REMEMBER THAT PART OF THE RECORDED

14:55:21  4     TELEPHONE TAPE?

14:55:22  5     A    YES.

14:55:22  6     Q    AND LATER ON, DO YOU RECALL THAT MS. WONG

14:55:29  7     ASKED YOU A QUESTION ABOUT THAT PARTICULAR PASSAGE,

14:55:32  8     DO YOU REMEMBER THAT?

14:55:32  9     A    YES.

14:55:32 10     Q    AND DO YOU REMEMBER THAT YOU TESTIFIED TO THE

14:55:36 11     EFFECT THAT, WELL, YOU WERE NOT BEING TRUTHFUL WHEN

14:55:43 12     YOU WERE SAYING, NO, MR. LIGHTER DID NOT ASK ME TO

14:55:46 13     CALL YOU.

14:55:47 14          DO YOU REMEMBER THAT?

14:55:48 15     A    YES.

14:55:54 16     Q    AND NOW, IN THE INTERVIEW -- IN THE FOUR

14:56:01 17     INTERVIEWS THAT YOU HAD WITH THE GOVERNMENT, YOU

14:56:05 18     NEVER TOLD THE GOVERNMENT THAT, WELL, ON THE

14:56:07 19     MONITORED TELEPHONE CALL, ON THE TELEPHONE CALL

14:56:10 20     TAPES, THAT YOU NEVER TOLD THEM THAT YOU WERE LYING

14:56:14 21     ABOUT THE PART WHERE YOU SAID NO, NO, NO, LIGHTER

14:56:17 22     DID NOT TELL ME TO CALL YOU.

14:56:20 23          YOU DIDN'T TELL THE GOVERNMENT THAT, DID

14:56:22 24     YOU?

14:56:22 25     A    BECAUSE THE SUBJECT DIDN'T COME UP.

                                                          34

14:56:28  1      Q    BUT THE BOTTOM LINE IS THAT YOU DID NOT TELL

14:56:31  2      THE GOVERNMENT THAT IS?

14:56:36  3      A    NO, I DID NOT.

14:56:37  4      Q    AND, OF COURSE, YOU KNEW THAT IT WAS IMPORTANT

14:56:43  5      TO THE GOVERNMENT AS TO WHAT YOU BELIEVE

14:56:47  6      MR. LIGHTER HAD TOLD YOU TO DO AND WHAT YOU HAD

14:56:49  7      DONE ON YOUR OWN.  YOU KNEW THAT, RIGHT?

14:56:53  8      A    YES.

14:56:53  9      Q    AND YOU DID NOT TELL THE GOVERNMENT THAT WHEN

14:57:01 10      YOU SAID NO, NO, NO --

14:57:07 11              MS. WONG:  OBJECTION.

14:57:08 12              THE COURT:  OVERRULED.

14:57:09 13      BY MR. FONG:

14:57:10 14      Q    WHEN YOU SAID NO, NO, NO, MR. LIGHTER DID NOT

14:57:13 15      TELL ME TO CALL YOU, DR. GOOTNICK, YOU NEVER TOLD

14:57:16 16      THE GOVERNMENT THAT YOU THOUGHT THAT THAT PART --

14:57:19 17      THAT THAT ANSWER WAS FALSE AND THAT YOU HAD BEEN

14:57:22 18      INSTRUCTED BY MR. LIGHTER TO SAY THAT?

14:57:25 19              YOU NEVER SAID THAT, RIGHT?

14:57:27 20      A    I'M TRYING TO UNDERSTAND THE QUESTION.

14:57:34 21      Q    SURE.  YOU DIDN'T TELL -- DURING THE FOUR

14:57:36 22      INTERVIEWS, YOU NEVER TOLD THE GOVERNMENT THAT YOU

14:57:41 23      HAD BEEN INSTRUCTED BY MR. LIGHTER TO DENY HIS

14:57:45 24      INVOLVEMENT, IF ANYBODY ASKED, ABOUT THE TELEPHONE

14:57:50 25      CALLS?  YOU DIDN'T TELL THE GOVERNMENT THAT, DID

                                                              35

14:57:52  1    YOU?

14:57:52  2    A    THAT WAS NOT ASKED.

14:57:53  3    Q    AND -- BUT YOU DID NOT TELL THE GOVERNMENT?

14:57:58  4            MS. WONG:  OBJECTION, ARGUMENTATIVE.

14:58:01  5            MR. FONG:  YOUR HONOR, I'M JUST TRYING TO

14:58:03  6    GET AN ANSWER.

14:58:03  7            THE COURT:  OVERRULED.  YOU CAN ANSWER

14:58:05  8    THE QUESTION.

14:58:05  9            THE WITNESS:  DURING THE CONVERSATION WE

14:58:11 10    DON'T HAVE TIME TO -- I DON'T THINK WE TALK ABOUT

14:58:15 11    THE CONVERSATION THAT I MENTIONED THE PHONE CALL.

14:58:21 12    BY MR. FONG:

14:58:22 13    Q    BUT IS THE ANSWER -- AND CERTAINLY, CERTAINLY

14:58:25 14    YOU COULD EXPLAIN YOUR ANSWER BUT IS YOUR ANSWER

14:58:28 15    NO, YOU DID NOT TELL THE GOVERNMENT THAT

14:58:30 16    MR. LIGHTER, THAT YOUR ALLEGATION THAT MR. LIGHTER

14:58:34 17    HAD INSTRUCTED YOU TO DENY HIS INVOLVEMENT IN YOUR

14:58:36 18    CALLING DR. GOOTNICK?  YOU DID NOT TELL THE

14:58:39 19    GOVERNMENT THAT?

14:58:40 20    A    I DID NOT BECAUSE THE SUBJECT WASN'T

14:58:46 21    DISCUSSED.

14:58:46 22    Q    SO THE ANSWER IS NO, YOU DID NOT; IS THAT

14:58:48 23    CORRECT?

14:58:48 24    A    YES.

14:58:49 25    Q    THANK YOU.

                                                              36

14:58:50  1        NOW, I WANT TO GO OVER THE PLEA AGREEMENT

14:59:14  2   A LITTLE BIT WITH YOU, MR. FUNG.

14:59:45  3        LET ME GIVE YOU A DOCUMENT THAT HAS NOW

14:59:47  4   BEEN MARKED AS DEFENDANT'S EXHIBIT C AS IN CAT FOR

14:59:56  5   IDENTIFICATION ONLY.

14:59:57  6        AND I BELIEVE THE GOVERNMENT HAS A COPY

14:59:59  7   OF THAT ALREADY, YOUR HONOR.

15:00:01  8        THE COURT:  ALL RIGHT.

15:00:01  9        MS. WONG:  YES, YOUR HONOR, WE DO.

15:00:37 10   BY MR. FONG:

15:00:37 11   Q    AND, MR. FUNG, I DON'T WANT TO INTERRUPT YOU.

15:00:39 12   I JUST WANT TO LET YOU KNOW THAT I CERTAINLY DON'T

15:00:43 13   EXPECT YOU TO READ THE DOCUMENT FROM THE FRONT TO

15:00:48 14   THE END.  I JUST WANT TO MAKE SURE YOU HAVE THE

15:00:50 15   DOCUMENT IN FRONT OF YOU TO REFRESH YOUR

15:00:52 16   RECOLLECTION; IS THAT ALL RIGHT?

15:00:53 17   A    YES.

15:00:53 18   Q    NOW, FIRST OF ALL, DO YOU RECOGNIZE THE

15:00:55 19   DOCUMENT THAT HAS BEEN MARKED AS DEFENDANT'S

15:00:57 20   EXHIBIT C?

15:00:58 21   A    YES.

15:00:58 22   Q    AND THAT'S THE PLEA AGREEMENT THAT YOU SIGNED

15:01:00 23   AT THE TIME THAT YOU ENTERED YOUR GUILTY PLEA TO

15:01:03 24   COUNT 1 IN THIS CASE; IS THAT CORRECT?

15:01:05 25   A    YES.

37

15:01:06  1    Q    OKAY.  AND BEFORE YOU SIGNED THE PLEA

15:01:10  2    AGREEMENT, OF COURSE, YOU HAD READ IT CAREFULLY; IS

15:01:14  3    THAT CORRECT?

15:01:14  4    A    YES.

15:01:14  5    Q    AND YOU HAD GONE OVER IT WITH YOUR ATTORNEY SO

15:01:17  6    THAT TO MAKE SURE THAT YOU UNDERSTOOD THE ENTIRE

15:01:20  7    AGREEMENT; IS THAT CORRECT?

15:01:21  8    A    YES.

15:01:21  9    Q    OKAY.  NOW, I'M NOT ASKING YOU TO LOOK UP

15:01:31 10    ANYTHING IN THE PLEA AGREEMENT.  I JUST WANT TO ASK

15:01:33 11    YOU SOME QUESTIONS FIRST AND IF YOU DON'T REMEMBER,

15:01:36 12    THEN WE CAN CERTAINLY ASK YOU TO REFER TO THE PLEA

15:01:39 13    AGREEMENT.

15:01:39 14          COUNT 1 WAS ONLY ONE OF MANY COUNTS THAT

15:01:49 15    HAD BEEN -- THAT YOU HAD BEEN CHARGED WITH IN THE

15:01:52 16    SUPERSEDING -- IN THE THIRD SUPERSEDING INDICTMENT;

15:01:55 17    IS THAT CORRECT?

15:01:55 18    A    YES.

15:01:55 19    Q    AND COUNT 1WAS A COUNT FOR CONSPIRACY TO

15:02:03 20    OBSTRUCT THE UNITED STATES FROM -- TO OBSTRUCT THE

15:02:08 21    UNITED STATES FROM TAKING ACTIONS --

15:02:10 22          MS. WONG:  OBJECTION.  MISSTATES THE

15:02:12 23    NATURE OF COUNT 1.

15:02:14 24          MR. FONG:  OKAY.

15:02:17 25          THE COURT:  I THINK IT'S IN FRONT OF YOU.

38

15:02:20  1    PERHAPS IT WOULD BE HELPFUL FOR THE WITNESS IF YOU

15:02:22  2    JUST REFERRED TO THE DOCUMENT.

15:02:23  3              MR. FONG:  I'M SORRY.  MS. WONG IS

15:02:28  4    ABSOLUTELY RIGHT.

15:02:29  5    Q    COUNT 1 IS SIMPLY CONSPIRACY TO DEFRAUD THE

15:02:33  6    UNITED STATES; IS THAT CORRECT?

15:02:34  7    A    YES.

15:02:34  8    Q    NOW, YOU WERE ALSO CHARGED IN A LOT OF OTHER

15:02:40  9    COUNTS; IS THAT CORRECT?

15:02:41 10    A    YES, YES.

15:02:42 11    Q    OKAY.  AND THOSE COUNTS WERE DISMISSED AFTER

15:02:49 12    YOU PLED GUILTY AND AFTER YOU ENTERED INTO THE

15:02:52 13    COOPERATION AGREEMENT WITH THE GOVERNMENT; IS THAT

15:02:54 14    CORRECT?

15:02:54 15    A    YES, THEY DISMISSED ME.

15:03:06 16    Q    THEY DROPPED.  YOU DON'T HAVE TO WORRY ABOUT

15:03:08 17    THEM ANYMORE; IS THAT CORRECT?

15:03:09 18    A    YES.

15:03:20 19    Q    NOW, THE CHARGES THAT WERE DROPPED INCLUDE

15:03:24 20    WIRE FRAUD; IS THAT CORRECT?

15:03:25 21    A    YES.

15:03:29 22    Q    OKAY.  AND WIRE FRAUD CARRIES A HIGHER MAXIMUM

15:03:35 23    SENTENCE THAN COUNT 1, THE CONSPIRACY TO DEFRAUD

15:03:40 24    THE UNITED STATES; IS THAT CORRECT?

15:03:42 25              MS. WONG:  OBJECTION.  IT MISSTATES THE

39

15:03:43  1    LAW.

15:03:44  2                THE COURT:  SUSTAINED.

15:03:52  3    BY MR. FONG:

15:03:53  4    Q    DO YOU KNOW THAT THE COUNT YOU PLED TO, COUNT

15:03:56  5    1, THAT IT CARRIED A MAXIMUM SENTENCE?

15:03:59  6    A    YES.

15:04:01  7    Q    AND WAS IT -- IT'S FIVE YEARS; IS THAT

15:04:05  8    CORRECT?

15:04:05  9    A    YES.

15:04:06 10    Q    NOW, SOME OF THE OTHER CHARGES THAT YOU WERE

15:04:14 11    CHARGED WITH, SOME OF THE OTHER COUNTS THAT YOU

15:04:16 12    WERE CHARGED WITH THAT WERE DROPPED, CARRY A HIGHER

15:04:19 13    MAXIMUM SENTENCE; IS THAT CORRECT?

15:04:20 14    A    I NEED TO ASK MY ATTORNEY.

15:04:27 15    Q    THAT'S OKAY.  I'M JUST ASKING YOUR KNOWLEDGE.

15:04:30 16            DO YOU KNOW?

15:04:31 17    A    I DON'T KNOW.

15:04:32 18    Q    OKAY.  NOW, IN THE PLEA AGREEMENT, YOU AND THE

15:04:36 19    GOVERNMENT AGREE TO A PARTICULAR, WHAT THEY, WHAT

15:04:43 20    THE FEDERAL COURTS CALL AN OFFENSE LEVEL; IS THAT

15:04:45 21    CORRECT?

15:04:45 22    A    YES.

15:04:49 23    Q    OKAY.  AND THE OFFENSE LEVEL YOU UNDERSTOOD IS

15:04:56 24    A -- IS THE GUIDE BY WHICH YOU -- THE COURT WOULD

15:05:00 25    CALCULATE WHAT KIND OF A SENTENCE, WHAT KIND OF

                                                              40

15:05:04 1   SENTENCING RANGE IS RECOMMENDED THAT YOU WOULD

15:05:08 2   SERVE; IS THAT CORRECT?

15:05:09 3   A   I'M NOT AN ATTORNEY SO I'M -- I ASSUME THAT

15:05:19 4   THAT'S CORRECT.

15:05:20 5   Q   WELL, I DON'T WANT YOU TO ASSUME ANYTHING

15:05:22 6   BECAUSE OF WHAT I'M SAYING.  I'M ASKING -- I'M

15:05:25 7   SIMPLY ASKING YOU, DID YOU HAVE AN UNDERSTANDING AT

15:05:28 8   THE TIME THAT YOU ENTERED INTO THE GUILTY PLEA IN

15:05:33 9   THIS PLEA AGREEMENT THAT YOU WOULD BE IN ESSENCE BE

15:05:37 10   FACING A PARTICULAR RANGE OF SENTENCE OF

15:05:46 11   IMPRISONMENT?

15:05:47 12   A   YES.

15:05:47 13   Q   AND IT WOULD BE -- FOR SOMEBODY WHO DOES NOT

15:05:50 14   HAVE ANY CRIMINAL RECORD, IT WOULD BE ABOUT 46 TO

15:05:53 15   57 MONTHS; RIGHT?

15:05:55 16        MS. WONG:  OBJECTION -- WITHDRAWN.

15:06:06 17   BY MR. FONG:

15:06:07 18   Q   IF YOU KNOW?

15:06:07 19   A   I DON'T KNOW.

15:06:08 20   Q   LET ME DIRECT YOUR ATTENTION TO PAGE 10 OF THE

15:06:10 21   PLEA AGREEMENT THAT HAS BEEN MARKED AS GOVERNMENT'S

15:06:12 22   EXHIBIT -- EXCUSE ME -- DEFENDANT'S EXHIBIT C.

15:06:27 23   A   I'M SORRY?

15:06:28 24   Q   PAGE 10 OF GOVERNMENT'S EXHIBIT C.  NOT THE --

15:06:31 25   I APOLOGIZE.  DEFENSE EXHIBIT C.

41

15:06:41  1          AND SPECIFICALLY, MR. FUNG, LINE 24 OF

15:06:46  2    EXHIBIT C.

15:07:11  3    A    WHAT WAS THE QUESTION?  I'M SORRY.

15:07:13  4    Q    I JUST WANT TO DIRECT YOUR ATTENTION, DO YOU

15:07:15  5    SEE LINE 24?

15:07:17  6    A    YES.

15:07:18  7    Q    OKAY.  AND DO YOU SEE WHERE IT SAYS ADJUSTED

15:07:24  8    OFFENSE LEVEL 23, DO YOU SEE THAT?

15:07:29  9    A    YES.

15:07:29 10    Q    AND NOW, DO YOU UNDERSTAND THE SIGNIFICANCE OF

15:07:34 11    THE NUMBER 23 FOR THE COUNT LEVEL?

15:07:38 12    A    YES.

15:07:38 13    Q    AND THE SIGNIFICANCE OF THAT, THERE'S A CHART

15:07:40 14    THAT THE U.S. COURT USES CALLED THE SENTENCING

15:07:43 15    GUIDELINES; IS THAT RIGHT?

15:07:44 16    A    YES.

15:07:44 17    Q    AND THEN DEPENDING ON THE LEVEL, AND IT GIVES

15:07:56 18    A NUMBER, AND THAT OFFENSE LEVEL 23 FOR SOMEBODY

15:07:59 19    WITHOUT CRIMINAL HISTORY, THE CHART WILL SHOW THAT

15:08:01 20    THE STARTING SENTENCE WOULD BE IN A PARTICULAR

15:08:05 21    RANGE; IS THAT YOUR UNDERSTANDING?

15:08:07 22    A    YES, BUT I'M ALSO TOLD BY THE JUDGE THAT IT'S

15:08:22 23    THE JUDGE'S DECISION EVEN TO ADD A LOT MORE YEARS

15:08:26 24    TO IT OR WHATEVER.

15:08:27 25    Q    RIGHT.  EXCEPT THE GUIDELINES ARE ONLY ADVISED

                                                              42

15:08:30  1    TO THE COURT BUT IT'S THE STARTING POINT, RIGHT?

15:08:34  2    YOU UNDERSTOOD THAT, RIGHT?

15:08:35  3    A    BUT YOU JUST SAID IT'S A GUIDELINE.

15:08:37  4    Q    IT'S AN ADVISORY GUIDELINE.  I DIDN'T MAKE IT.

15:08:43  5    IT'S AN ADVISORY GUIDELINE.  AND I'M SORRY, I

15:08:46  6    SHOULDN'T HAVE A DIALOGUE WITH YOU.

15:08:48  7    A    BUT YOU'RE TALKING REGARDING LANGUAGE.  I'M

15:08:53  8    NOT A LAWYER, AND I AM NOT ABLE TO LOOK AT THAT.

15:08:56  9    Q    OKAY.  I APOLOGIZE.

15:08:58 10         LET ME ASK THE QUESTION, YOU HAD AN

15:09:00 11    EXPECTATION, WHEN YOU PLED GUILTY, THAT THE

15:09:01 12    STARTING POINT OF WHAT THE COURT WOULD CONSIDER AS

15:09:04 13    YOUR SENTENCE, WOULD BE ABOUT 46 TO 57 MONTHS; IS

15:09:09 14    THAT CORRECT?  DID YOU HAVE THAT UNDERSTANDING?

15:09:10 15    A    MY UNDERSTANDING IS THAT I DON'T KNOW AT THAT

15:09:18 16    TIME.

15:09:18 17    Q    DID YOU HAVE ANY SENSE OF WHAT -- WHEN YOU

15:09:22 18    PLED GUILTY, THAT WHAT YOUR SENTENCE MIGHT BE?

15:09:27 19    A    TO A CERTAIN EXTENT.

15:09:29 20    Q    AND WHAT IS THAT CERTAIN EXTENT THAT YOU

15:09:31 21    UNDERSTOOD?

15:09:32 22    A    WHATEVER THE JUDGE DECIDED AT THE SENTENCING.

15:09:39 23    Q    SO YOU PLED GUILTY THINKING THAT YOUR SENTENCE

15:09:42 24    COULD BE ONE DAY OR A THOUSAND YEARS; IS THAT

15:09:45 25    CORRECT?

43

15:09:45  1        A    IF I COULD LIVE A THOUSAND YEARS, YES.

15:09:52  2        Q    OKAY.  SO YOU DIDN'T HAVE ANY EXPECTATION THAT

15:09:55  3    THE STARTING POINT WOULD BE, OH, WELL, MAYBE

15:09:57  4    2 YEARS OR 18 YEARS OR 13 YEARS OR SOMEWHERE IN

15:10:04  5    BETWEEN?  YOU DIDN'T HAVE ANY SENSE WHATSOEVER OF

15:10:06  6    WHAT YOU MIGHT BE LOOKING AT WHEN YOU PLED GUILTY?

15:10:08  7        A    I DO KNOW I WOULD BE PUNISHED IF I DIDN'T TALK

15:10:18  8    TO YOU TO GUIDE ME.  I'M SORRY?

15:10:20  9        Q    NO, YOU ANSWERED THE QUESTION.

15:10:30 10             NOW, YOU ALSO KNEW THAT IN COOPERATING

15:10:32 11    WITH THE GOVERNMENT IN ITS PROSECUTION OF THIS

15:10:35 12    CASE, THAT YOU COULD GET A LOWER SENTENCE; IS THAT

15:10:37 13    CORRECT?

15:10:37 14        A    I JUST KNEW THAT I NEEDED TO DO THE RIGHT

15:10:46 15    THING.

15:10:46 16        Q    OKAY.  AND THE RIGHT THING WOULD INCLUDE

15:10:49 17    HELPING YOURSELF TO GET A LOWER SENTENCE; IS THAT

15:10:51 18    CORRECT?

15:10:51 19        A    AND IT COULD ALSO INCLUDE ALSO OTHER THINGS,

15:11:04 20    TOO.

15:11:04 21        Q    BUT THAT COULD BE -- I'M SURE THAT'S TRUE.

15:11:07 22             BUT MY QUESTION THOUGH IS THIS, WHEN YOU

15:11:10 23    PLED GUILTY, YOU KNEW THAT YOU WOULD BE FACING VERY

15:11:16 24    POSSIBLY A TERM OF IMPRISONMENT IN THE FEDERAL

15:11:26 25    PRISON; IS THAT CORRECT?

                                                                44

15:11:26 1    A    YES.

15:11:27 2    Q    AND YOU DID NOT HAVE ANY IDEA WHEN YOU PLED

15:11:29 3    GUILTY IF THAT WAS GOING TO BE 6 MONTHS, OR

15:11:32 4    6 YEARS, OR 16 YEARS OR 12 MONTHS.  YOU DIDN'T HAVE

15:11:37 5    ANY IDEA?

15:11:38 6    A    I DO.  I KNEW THAT IT WAS ONLY ONE COUNT.

15:11:44 7    Q    AND IN YOUR MIND, WHAT DID YOU THINK THAT THAT

15:11:47 8    ONE COUNT WOULD MEAN IN TERMS OF WHAT YOU -- THE

15:11:50 9    POSSIBLE RANGE THAT YOU MIGHT BE LOOKING AT IN

15:11:53 10   TERMS OF WHAT YOU MIGHT BE FACING IN TERMS OF A

15:11:57 11   PRISON SENTENCE?

15:11:58 12   A    BASED ON THE -- WHAT YOU JUST STATED THE

15:12:02 13   ADVISORY GUIDELINE AND WHAT THE JUDGE DECIDES.

15:12:06 14   Q    OKAY.  BUT IN TERMS OF A NUMBER, YOU HAVE NO

15:12:10 15   IDEA; IS THAT CORRECT?

15:12:10 16   A    NO.

15:12:11 17   Q    OKAY.  SO YOU HAD NO IDEA?  THAT'S CORRECT,

15:12:15 18   RIGHT, YOU HAD NO IDEA?

15:12:17 19   A    NO.

15:12:17 20   Q    OKAY.  NOW, BUT YOU KNEW THAT BY COOPERATING,

15:12:21 21   YOU COULD HAVE A CHANCE TO EARN A LOWER SENTENCE;

15:12:25 22   IS THAT CORRECT?

15:12:25 23   A    I DON'T KNOW.

15:12:34 24   Q    OKAY.  LET ME DIRECT YOUR ATTENTION TO DEFENSE

15:12:38 25   EXHIBIT C AGAIN, THE DOCUMENT IN FRONT OF YOU.

45

15:12:42  1          AND IF YOU COULD LOOK AT PAGE 11,

15:12:46  2     SPECIFICALLY, PARAGRAPH 10, WHICH IS LINES 27 AND

15:12:54  3     28.

15:12:55  4          IT'S TOWARDS THE BOTTOM OF THAT PAGE,

15:12:57  5     PAGE 11 OF THE DOCUMENT IN FRONT OF YOU.

15:12:59  6          IF YOU COULD PLEASE TAKE A MOMENT AND

15:13:02  7     LOOK AT THAT.

15:14:01  8          (PAUSE IN PROCEEDINGS.)

15:14:01  9     BY MR. FONG:

15:14:02 10     Q    DO YOU SEE THAT PARAGRAPH, PARAGRAPH 10?

15:14:04 11     A    YES.

15:14:04 12     Q    AND YOU JUST READ THAT PARAGRAPH; IS THAT

15:14:06 13     TRUE?

15:14:07 14     A    YES.

15:14:07 15     Q    AND DOES THAT REFRESH YOUR RECOLLECTION AS TO

15:14:09 16     WHAT WAS YOUR UNDERSTANDING AT THE TIME THAT YOU

15:14:11 17     AGREED TO COOPERATE WITH THE GOVERNMENT, THAT IS TO

15:14:14 18     SAY, DID YOU KNOW THAT OR DID YOU UNDERSTAND THAT

15:14:20 19     BY COOPERATING, YOU COULD EARN A LOWER SENTENCE?

15:14:23 20     A    YES.

15:14:23 21     Q    OKAY.  AND THAT WAS YOUR -- THAT WAS WHAT YOU

15:14:25 22     UNDERSTOOD, RIGHT?

15:14:26 23     A    YES, BASED ON THE PARAGRAPH.

15:14:34 24     Q    OKAY.  NOW, YOU ALSO UNDERSTOOD AT THE TIME

15:14:40 25     THAT WHETHER OR NOT THE GOVERNMENT WOULD RECOMMEND

                                                          46

15:14:44 1 TO THE COURT TO GIVE YOU A LOWER SENTENCE IS

15:14:48 2 TOTALLY UP TO THE GOVERNMENT.

15:14:51 3 DID YOU UNDERSTAND THAT?

15:14:52 4 A YES, YES.

15:14:53 5 Q SO THAT IF YOU DISAGREE, THAT DOESN'T MATTER,

15:15:00 6 THAT IT'S UP TO THE GOVERNMENT AND THEY HAVE THE

15:15:02 7 SOLE AND EXCLUSIVE DECISION MAKING POWER TO

15:15:10 8 DETERMINE WHETHER OR NOT YOU HAVE EARNED ANY KIND

15:15:13 9 OF LOWER SENTENCE REDUCTION; IS THAT CORRECT?

15:15:15 10 A YES.

15:15:16 11 Q OKAY. AND THAT WHATEVER THE GOVERNMENT

15:15:20 12 DECIDES, YOU WOULD BE STUCK WITH THAT DECISION; IS

15:15:28 13 THAT CORRECT?

15:15:28 14 MS. WONG: OBJECTION, MISSTATES THE --

15:15:31 15 MISSTATEMENT. IT MISSTATES THE NATURE OF THE PLEA

15:15:35 16 AGREEMENT.

15:15:35 17 MR. FONG: I'M SIMPLY ASKING MR. FUNG'S

15:15:38 18 UNDERSTANDING.

15:15:41 19 THE COURT: WHY DON'T YOU GO OVER THAT

15:15:42 20 TOPIC AGAIN WITH HIM. IT CAN BE A LITTLE CONFUSING

15:15:46 21 FOR EVERYONE CONCERNED.

15:15:47 22 MR. FONG: SURE. SURE, YOUR HONOR.

15:15:50 23 THANK YOU.

15:15:50 24 Q EARLIER YOU JUST TESTIFIED THAT YOU UNDERSTOOD

15:15:57 25 THAT THE GOVERNMENT GETS TO DETERMINE WHETHER OR

47

15:16:01 1   NOT YOUR COOPERATION IS WORTH A LOWER SENTENCE; IS

15:16:06 2   THAT CORRECT?

15:16:06 3   A    YES.

15:16:08 4   Q    OKAY.  AND THAT WHATEVER THE GOVERNMENT

15:16:11 5   DECIDES ON THAT ISSUE, THAT WOULD BE THE FINAL SAY

15:16:17 6   SO; IS THAT CORRECT?

15:16:18 7   A    AND ALSO I REMEMBER THAT THE JUDGE SAID THAT

15:16:32 8   IT'S BASED ON HIS DISCRETION TO EVEN DEPORT ME.

15:16:34 9   Q    BUT I'M NOT TALKING ABOUT, I'M NOT TALKING

15:16:37 10  ABOUT ANYTHING BUT YOUR COOPERATION.

15:16:40 11        I'M JUST TALKING ABOUT WHAT EFFECT, IF

15:16:44 12  ANY, YOUR COOPERATION WILL HAVE ON YOUR SENTENCE

15:16:46 13  AND ON THAT POINT DID YOU UNDERSTAND THAT THE

15:16:51 14  GOVERNMENT HAS THE ONLY DECISION OF WHETHER OR NOT

15:16:55 15  THAT YOU HAVE EARNED A DOWNWARD DEPARTURE SO THAT

15:17:00 16  THE GOVERNMENT WOULD MAKE THAT RECOMMENDATION TO

15:17:01 17  THE COURT?

15:17:02 18  A    YES.

15:17:04 19  Q    OKAY.  SO THAT EVEN IF YOU DISAGREE WITH THE

15:17:09 20  GOVERNMENT, THERE'S NOTHING THAT YOU CAN DO.

15:17:15 21        AND AGAIN, I'M ONLY TALKING ABOUT THE

15:17:17 22  EFFECT OF COOPERATION ON YOUR SENTENCE, NOT ABOUT

15:17:20 23  ANY OTHER FACTORS.

15:17:24 24  A    I GUESS, YES.

15:17:25 25  Q    AND, AGAIN, WE DON'T WANT YOU TO GUESS.  IS

48

15:17:31  1    THAT A YES?

15:17:32  2    A    YES.  THANK YOU.

15:17:37  3         THE COURT:  LET'S TAKE A -- IS THIS A

15:17:39  4    GOOD PLACE TO TAKE A BREAK FOR ABOUT TEN MINUTES,

15:17:42  5    FOLKS.  WE'LL TAKE A TEN-MINUTE BREAK.

15:17:44  6         WHILE YOU'RE OUT, I'M GOING TO POSE A

15:17:46  7    QUESTION TO YOU, LADIES AND GENTLEMEN OF THE JURY,

15:17:48  8    WHEN YOU RETURN.

15:17:49  9         THAT QUESTION IS GOING TO BE WHETHER OR

15:17:52 10    NOT IT COMPORTS WITH YOUR SCHEDULE TO ADJOURN TODAY

15:17:56 11    AT 4:30 AS OPPOSED TO 4:00 O'CLOCK AS I PROMISED

15:18:00 12    YOU.  SO I'LL PUT THAT QUESTION TO YOU AND THEN YOU

15:18:03 13    CAN GIVE ME YOUR ANSWER WHEN YOU COME BACK.

15:18:06 14         WE'LL BE IN RECESS.  THANK YOU.

15:18:08 15         (WHEREUPON, A RECESS WAS TAKEN.)

15:30:52 16         THE COURT:  PLEASE BE SEATED.  WE'RE BACK

15:30:52 17    ON THE RECORD IN THE LIGHTER MATTER.  THE DEFENDANT

15:30:52 18    IS PRESENT AND OUR JURORS AND ALTERNATES ARE

15:30:52 19    PRESENT.  THE PARTIES PREVIOUSLY PRESENT ARE

15:30:52 20    PRESENT ONCE AGAIN.  MR. FUNG HAS RESUMED THE

15:30:52 21    WITNESS STAND.

15:30:52 22         BEFORE WE BEGIN I JUST WANT TO FIND OUT

15:30:52 23    OUR TIMING TODAY.

15:30:52 24         FOLKS, DOES ANYBODY HAVE ANY OBJECTION TO

15:30:52 25    GOING TO 4:30 TODAY AS OPPOSED TO 4:00 O'CLOCK?

                                                    49

15:30:52 1          JUROR:  IS 4:30 A DEFINITIVE TIME?  IT

15:30:52 2    WON'T BE LATER THAN THAT?

15:30:52 3          THE COURT:  IT WOULD BE 4:30.  PROBABLY

15:30:52 4    4:25.

15:30:52 5          JUROR:  OKAY.

15:30:52 6          THE COURT:  DOES ANYONE HAVE A CONFLICT?

15:30:52 7    I JUST WANT TO CAPTURE SOME TIME AND IF YOU'RE

15:30:53 8    AVAILABLE.

15:30:53 9          ALL RIGHT.  FOLKS, LET'S GO TO 4:25 THIS

15:30:53 10   AFTERNOON.

15:30:53 11         ALL RIGHT.  MR. FONG, DO YOU WANT TO

15:30:53 12   CONTINUE?

15:30:53 13         MR. FONG:  YES.

15:30:53 14   Q    MR. FUNG, I JUST HANDED TO YOU A DOCUMENT THAT

15:30:56 15   HAS BEEN MARKED AS DEFENDANT EXHIBIT J FOR

15:31:17 16   IDENTIFICATION PURPOSES.

15:31:18 17         AND, YOUR HONOR, COUNSEL HAS HAD AN

15:31:20 18   OPPORTUNITY TO SEE IT AND LOOK AT IT.  AND I THINK

15:31:22 19   THE COURT HAS A COPY.

15:31:24 20         MR. FUNG, FIRST OF ALL, DO YOU SEE THAT

15:31:26 21   DOCUMENT IN FRONT OF YOU?

15:31:27 22   A    YES.

15:31:27 23   Q    OKAY.  AND YOU HAVE SEEN THIS DOCUMENT BEFORE,

15:31:30 24   EXHIBIT J?

15:31:31 25   A    YES.

                                                          50

15:31:32  1    Q    AND IT'S THE THIRD SUPERSEDING INDICTMENT IN

15:31:35  2    THIS CASE; IS THAT CORRECT?

15:31:36  3    A    YES.

15:31:37  4    Q    AND THAT'S THE LAST INDICTMENT IN THIS CASE,

15:31:42  5    RIGHT, THE MOST RECENT ONE?

15:31:44  6    A    YES.

15:31:44  7    Q    OKAY.  NOW, DIRECTING YOUR ATTENTION TO THE

15:31:51  8    VERY LAST PAGE, PAGE 21 OF 21?

15:32:10  9    A    YES.

15:32:11 10    Q    AND EARLIER I BELIEVE YOU TESTIFIED THAT YOU

15:32:14 11    KNEW THAT YOU UNDERSTOOD THE COUNT THAT YOU PLED

15:32:17 12    GUILTY TO, COUNT 1, CONSPIRACY TO DEFRAUD THE

15:32:21 13    UNITED STATES, CARRIED A MAXIMUM SENTENCE OF

15:32:23 14    FIVE YEARS IN FEDERAL PRISON; IS THAT CORRECT?

15:32:25 15    A    THE FIRST PAGE OF THE PLEA AGREEMENT, YES.

15:32:33 16    Q    SO THAT'S FIVE YEARS.

15:32:36 17         AS I RECALL, YOU DID NOT REMEMBER, OR YOU

15:32:38 18    DID NOT REMEMBER WHAT THE -- WHAT THE MAXIMUM

15:32:41 19    SENTENCE WAS FOR SOME OF THE OTHER COUNTS THAT WERE

15:32:45 20    DROPPED AS A RESULT OF YOUR PLEA AGREEMENT WITH THE

15:32:47 21    GOVERNMENT; IS THAT CORRECT?

15:32:48 22    A    I DON'T REMEMBER EVERYTHING.

15:32:59 23    Q    AND THERE'S NO REASON TO.  NOW, LET ME DIRECT

15:33:01 24    YOUR ATTENTION TO THE SECOND CHARGE ON THE VERY

15:33:04 25    LAST PAGE OF EXHIBIT J WHERE IT READS 18 U.S.C.

                                                          51

15:33:07  1    1343 WIRE FRAUD.  DO YOU SEE THAT?

15:33:13  2    A    YES.

15:33:13  3    Q    OKAY.  YOU WERE CHARGED ORIGINALLY IN THE

15:33:20  4    FIRST SUPERSEDING INDICTMENT WITH WIRE FRAUD; IS

15:33:22  5    THAT CORRECT?

15:33:22  6    A    YES.

15:33:22  7    Q    AND THAT WIRE FRAUD WAS DISMISSED OR DROPPED

15:33:25  8    AS PART OF YOUR PLEA AGREEMENT AND COOPERATION

15:33:27  9    AGREEMENT WITH THE GOVERNMENT; IS THAT CORRECT?

15:33:29 10    A    YES.

15:33:29 11    Q    AND THE WIRE FRAUD CHARGE CARRIES WITH IT A

15:33:37 12    MAXIMUM SENTENCE OF FIVE YEARS IN PRISON; IS THAT

15:33:45 13    CORRECT?

15:33:45 14    A    YES.

15:33:45 15    Q    AND DIRECTING YOUR ATTENTION TO THE FOURTH

15:33:47 16    ITEM, 18 U.S.C. SECTION 1512(B)(1), WITNESS

15:33:54 17    TAMPERING.

15:33:54 18            DO YOU SEE THAT ENTRY?

15:33:56 19    A    YES.

15:33:56 20    Q    OKAY.  NOW, YOU WERE CHARGED, AMONG OTHER

15:34:01 21    COUNTS, WITH WITNESS TAMPERING IN THE THIRD

15:34:05 22    SUPERSEDING INDICTMENT; IS THAT CORRECT?

15:34:06 23    A    YES.

15:34:09 24    Q    AND THAT WAS ONE OF THE CHARGES THAT WAS

15:34:11 25    DROPPED OR DISMISSED AS A RESULT OF YOUR ENTERING

                                                          52

15:34:13  1    INTO THE PLEA AGREEMENT AND THE COOPERATION

15:34:16  2    AGREEMENT WITH THE GOVERNMENT; IS THAT CORRECT?

15:34:18  3    A    YES.

15:34:19  4    Q    AND THAT CHARGE, WITNESS TAMPERING, CARRIES

15:34:25  5    WITH IT A TEN YEAR -- OR EXCUSE ME -- CARRIES WITH

15:34:28  6    IT A MAXIMUM SENTENCE OF TEN YEARS IN FEDERAL

15:34:31  7    PRISON; IS THAT CORRECT?

15:34:32  8    A    YES.

15:34:36  9    Q    SO THE COUNT THAT YOU DID PLEAD GUILTY TO,

15:34:42 10    CONSPIRACY TO DEFRAUD THE UNITED STATES, CARRIES

15:34:45 11    WITH IT A FIVE-YEAR MAXIMUM SENTENCE.  THE OTHER --

15:34:47 12    TWO OF THE OTHER COUNTS CARRY WITH A 10 YEAR

15:34:50 13    MAXIMUM AND A 20 YEAR MAXIMUM; IS THAT CORRECT?

15:34:53 14    A    YES.

15:34:53 15    Q    NOW, DIRECTING YOUR ATTENTION -- ACTUALLY --

15:35:19 16    EXCUSE ME ONE SECOND.  DIRECTING YOUR -- MR. FUNG,

15:35:35 17    IN YOUR PLEA AGREEMENT YOU ADMITTED TO FILING AND

15:35:40 18    PREPARING FALSE TAX RETURNS FOR A GROUP OF

15:35:45 19    INDIVIDUALS, YOUR CLIENTS SO TO SPEAK; IS THAT

15:35:47 20    CORRECT?

15:35:47 21    A    AND LET ME GO OVER THOSE WITH YOU.

15:35:58 22         OH, YOU GAVE ME BACK A COPY OF THE PLEA

15:36:00 23    AGREEMENT.

15:36:17 24         NOW, I WANT TO DIRECT YOUR ATTENTION TO

15:36:19 25    PAGE 3 OF THE PLEA AGREEMENT WHICH HAS BEEN MARKED

                                                          53

15:36:21  1    AS DEFENDANT'S EXHIBIT C.

15:36:24  2              MS. WONG:  OBJECTION.  THE FORM OF THE

15:36:25  3    QUESTION.

15:36:25  4              MR. FONG:  I DON'T THINK THERE WAS A

15:36:27  5    QUESTION.

15:36:27  6              MS. WONG:  IT'S IMPROPER -- IT'S IMPROPER

15:36:30  7    EITHER REFRESHING OR IMPEACHMENT BECAUSE HE HASN'T

15:36:33  8    BEEN ASKED IF HE RECALLS THE TAX RETURNS.

15:36:38  9              THE COURT:  ARE YOU ABOUT TO ASK HIM A

15:36:40 10    QUESTION?

15:36:40 11              MR. FONG:  YES, YOUR HONOR.

15:36:41 12              THE COURT:  OKAY.  YOU'VE TAKEN A

15:36:43 13    PREEMPTORY STRIKE AS TO HIS POTENTIAL ANSWER.

15:36:46 14              WHY DON'T YOU ASK THE QUESTION BEFORE HE

15:36:48 15    REFERS TO THE DOCUMENT.

15:36:49 16              MR. FONG:  SURE.  OKAY.

15:36:53 17    Q    IN YOUR PLEA AGREEMENT, YOU ADMITTED TO

15:36:55 18    FALSIFYING CERTAIN TAX RETURNS -- OR EXCUSE ME, I'M

15:37:05 19    SORRY.

15:37:06 20              IN YOUR PLEA AGREEMENT YOU ADMITTED TO

15:37:07 21    PREPARING AND FILING WITH YOUR CLIENTS CERTAIN TAX

15:37:12 22    RETURNS; IS THAT CORRECT?

15:37:12 23    A    CAN YOU REPEAT THE QUESTION?

15:37:18 24    Q    SURE.  IN YOUR PLEA AGREEMENT, ONE OF THE

15:37:19 25    THINGS YOU ADMITTED TO WAS THAT YOU PREPARED AND

                                                          54

15:37:25 1    FILED FALSE TAX RETURNS WITH YOUR CLIENTS?

15:37:29 2    A    AND FILED?  I MEAN, THE CLIENT FILED IT

15:37:31 3    THEMSELVES.

15:37:32 4    Q    OKAY.  THEN YOU PREPARED IT?

15:37:33 5    A    YEAH.

15:37:33 6    Q    ALL RIGHT.  NOW, ONE OF THOSE WAS DR. MORRIS

15:37:39 7    BROCK AND CATHERINE HANEY; IS THAT CORRECT?

15:37:41 8    A    YES.

15:37:41 9    Q    AND THAT WAS FOR B & B TRUST FOR THE YEAR

15:37:50 10   1999; IS THAT CORRECT?

15:37:51 11   A    YES.

15:37:51 12   Q    OKAY.  NOW, AS TO THAT RETURN, THE 1999 B & B

15:37:56 13   TRUST TAX RETURN, YOU HAD PREPARED THAT; IS THAT

15:37:58 14   CORRECT?

15:37:58 15   A    YES, BASED ON THE CLIENT'S INFORMATION.

15:38:06 16   Q    BASED ON THE CLIENT'S INFORMATION?

15:38:09 17        MR. LIGHTER, ERIC LIGHTER, HAD ABSOLUTELY

15:38:12 18   NOTHING TO DO WITH THAT RETURN; IS THAT RIGHT?

15:38:15 19   A    YES.

15:38:15 20   Q    AND YOU ALSO FILED -- OR EXCUSE ME.  YOU ALSO

15:38:18 21   PREPARED, BASED ON INFORMATION THAT YOUR CLIENTS

15:38:22 22   PROVIDED TO YOU IN 1999, A TAX RETURN FOR AN ENTITY

15:38:28 23   BY THE NAME OF INSIGHT COMPANY TRUST; IS THAT

15:38:31 24   CORRECT?

15:38:31 25   A    YES.

55

15:38:32  1       Q     AND THAT WAS A TRUST THAT WAS OWNED OR

15:38:35  2    CONTROLLED BY DR. MORRIS BROCK AND DR. CATHERINE

15:38:39  3    HANEY; IS THAT CORRECT?

15:38:40  4       A     YES.

15:38:41  5       Q     AND THAT WAS DONE IN A 1041 RETURN FORM, TAX

15:38:47  6    RETURN FORM; IS THAT CORRECT?

15:38:48  7       A     YES.

15:38:48  8       Q     OKAY.  AND THAT WAS A FALSE RETURN?

15:38:51  9       A     YES, IT'S CONSIDERED FALSE.

15:38:58 10       Q     BUT YOU ADMITTED THAT IT WAS FALSE IN YOUR

15:39:01 11    PLEA AGREEMENT, DID YOU NOT?

15:39:02 12       A     YES.

15:39:02 13       Q     OKAY.  NOW, MR. LIGHTER HAD NOTHING TO DO WITH

15:39:06 14    THAT RETURN; IS THAT CORRECT?

15:39:07 15       A     YES.

15:39:08 16       Q     AND HE HAD ABSOLUTELY NOTHING, RIGHT?

15:39:11 17       A     IT'S MY UNDERSTANDING THAT THE DEFENDANT HAD

15:39:21 18    TO REVIEW ALL OF THE RETURNS AND AMENDED RETURNS.

15:39:29 19       Q     MR. FUNG, I'M TALKING ABOUT THE 1999 RETURN

15:39:33 20    THAT WAS FILED IT LOOKS LIKE SOME TIME IN OCTOBER

15:39:36 21    OF 2000?

15:39:37 22       A     YES.

15:39:38 23       Q     YOU'RE NOT SAYING THAT MR. LIGHTER HAD

15:39:40 24    ANYTHING TO DO WITH THE PREPARATION AND THE FILING

15:39:42 25    OF THAT TAX RETURN, ARE YOU?

                                                              56

15:39:49  1      A    NO.

15:39:49  2      Q    BECAUSE, OF COURSE, IN OCTOBER OF 2000, YOU

15:39:52  3      HAD NOT EVEN MET MR. LIGHTER; IS THAT CORRECT?

15:39:57  4      A    YES.

15:39:57  5      Q    AND TO THE BEST OF YOUR KNOWLEDGE, IN OCTOBER

15:39:59  6      OF 2000, WHEN THIS RETURN WAS FILED FOR INSIGHT

15:40:04  7      COMPANY TRUST, TO THE BEST OF YOUR KNOWLEDGE,

15:40:06  8      DR. MORRIS BROCK AND DR. CATHERINE HANEY HAD NOT

15:40:08  9      MET MR. LIGHTER?

15:40:10 10      A    CORRECT.

15:40:10 11      Q    NOW, YOU ALSO FILED A 2000 RETURN FOR B & B

15:40:24 12      TRUST; IS THAT CORRECT?

15:40:25 13      A    YES.

15:40:25 14      Q    AND, NOW, THAT WAS ALSO A FALSE TAX RETURN

15:40:28 15      THAT YOU PREPARED; IS THAT CORRECT?

15:40:29 16      A    YES.

15:40:29 17      Q    AND, AGAIN, MR. LIGHTER HAD ABSOLUTELY NOTHING

15:40:31 18      TO DO WITH THE PREPARATION OR THE FILING OF THAT

15:40:34 19      FALSE TAX RETURN; IS THAT CORRECT?

15:40:36 20      A    CORRECT.

15:40:36 21      Q    EXCUSE ME.  YOU ALSO PREPARED, WITH THE

15:40:50 22      INFORMATION PROVIDED BY YOUR CLIENTS, A 2000 1041

15:40:54 23      TAX RETURN FOR INSIGHT COMPANY TRUST; IS THAT

15:40:57 24      CORRECT?

15:40:57 25      A    YES.

                                                              57

15:40:57 1    Q    AND AGAIN, THAT WAS A FALSE TAX RETURN; IS

15:41:01 2    THAT CORRECT?

15:41:01 3    A    YES.

15:41:07 4    Q    AND AGAIN, MR. LIGHTER HAD ABSOLUTELY NOTHING

15:41:09 5    TO DO WITH THE PREPARATION FOR THE FILING OF THAT

15:41:11 6    RETURN; IS THAT CORRECT?

15:41:12 7    A    YES.

15:41:19 8    Q    NOW, YOU ALSO PREPARED A 2001 B & B TRUST TAX

15:41:22 9    RETURN ON BEHALF OF DR. MORRIS BROCK AND

15:41:25 10   DR. CATHERINE HANEY; IS THAT CORRECT?

15:41:27 11   A    YES.

15:41:27 12   Q    AND THAT WAS A FALSE TAX RETURN THAT YOU

15:41:36 13   PREPARED; IS THAT CORRECT?

15:41:36 14   A    YES.

15:41:37 15   Q    AND AGAIN, MR. LIGHTER HAD ABSOLUTELY NOTHING

15:41:39 16   TO DO WITH THE PREPARATION OR THE FILING OF THAT

15:41:41 17   TAX RETURN?

15:41:42 18   A    CORRECT.

15:41:47 19   Q    YOU ALSO FILED A 2001 INSIGHT COMPANY TRUST

15:41:51 20   1041 TAX RETURN ON BEHALF OF DR. MORRIS BROCK AND

15:41:55 21   DR. CATHERINE HANEY; IS THAT CORRECT?

15:42:05 22   A    YES.

15:42:05 23   Q    AND THAT WAS A FALSE RETURN?

15:42:07 24   A    YES.

15:42:07 25   Q    AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

58

15:42:09 1    WITH THE FILING OF THAT RETURN?

15:42:13 2    A    YES.

15:42:13 3    Q    NOW, YOU ALSO FILED A 1998 MCKENZIE RESIDENCY

15:42:32 4    TRUST RETURN; IS THAT CORRECT?

15:42:34 5    A    YES.

15:42:34 6    Q    AND THAT WAS ALSO A FALSE RETURN?

15:42:36 7    A    YES.

15:42:36 8    Q    AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

15:42:38 9    WITH THE PREPARATION OR FILING OF THAT FILING OF

15:42:41 10   THAT FALSE TAX RETURN?

15:42:50 11   A    CORRECT.

15:42:50 12   Q    AND YOU ALSO FILED A 1999 MCKENZIE TRUST TAX

15:42:55 13   RETURN?

15:42:55 14   A    I DID NOT FILE.

15:42:56 15   Q    I STAND CORRECTED.  YOU PREPARED THE 1999

15:43:00 16   MCKENZIE FAMILY TRUST RETURN; IS THAT CORRECT?

15:43:02 17   A    YES.

15:43:03 18   Q    AND BASED ON THE INFORMATION THAT YOUR CLIENTS

15:43:05 19   GAVE YOU?

15:43:06 20   A    YES.

15:43:06 21   Q    OKAY.  AND THAT WAS A FALSE TAX RETURN?

15:43:08 22   A    YES.

15:43:09 23   Q    AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

15:43:13 24   WITH THE PREPARATION OR THE FILING OF THAT TAX

15:43:15 25   RETURN?

59

15:43:15  1    A    CORRECT.

15:43:16  2    Q    AND SO FAR OF ALL OF THE RETURNS THAT WE HAVE

15:43:20  3    TALKED ABOUT, THESE WERE ALL N.T.S. TYPE OF TRUST

15:43:24  4    RETURNS; IS THAT CORRECT?

15:43:25  5    A    YES.

15:43:25  6    Q    NOW, YOU ALSO FILED A 1999 MCKENZIE FAMILY

15:43:34  7    RESIDENCE TRUST 1041 RETURN; IS THAT CORRECT?

15:43:37  8    A    YES.

15:43:37  9    Q    AND THAT WAS A FALSE RETURN?

15:43:43 10    A    YES.

15:43:44 11         THE COURT:  I'M SORRY.  WAS THE QUESTION

15:43:46 12    FILING?

15:43:46 13         MR. FONG:  THANK YOU, YOUR HONOR.  I KEEP

15:43:48 14    DOING IT.  LET ME START OVER.

15:43:50 15    Q    YOU PREPARED A 1999 MCKENZIE FAMILY RESIDENCE

15:43:55 16    TRUST TAX RETURN?

15:43:56 17    A    YES.

15:43:57 18    Q    AND AS FAR AS YOU KNOW THAT WAS FILED?

15:44:05 19    A    YES.

15:44:05 20    Q    AND THAT WAS A FALSE TAX RETURN?

15:44:08 21    A    YES.

15:44:08 22    Q    AND THAT WAS AN N.T.S. FALSE TAX RETURN?

15:44:12 23    A    YES.

15:44:12 24    Q    AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

15:44:14 25    WITH THE PREPARATION OR THE FILING OF THAT TAX

                                                          60

15:44:16  1    RETURN?

15:44:16  2    A    CORRECT.

15:44:16  3    Q    AND YOU FILED A -- YOU PREPARED A 2000

15:44:23  4    MCKENZIE TRUST RETURN; IS THAT CORRECT?

15:44:25  5    A    YES.

15:44:32  6    Q    AND THAT WAS A FALSE TAX RETURN?

15:44:34  7    A    YES.

15:44:34  8    Q    AND THAT WAS AN N.T.S. TYPE OF RETURN?

15:44:36  9    A    YES.

15:44:36 10    Q    AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

15:44:39 11    WITH THE PREPARATION OF THE FILING OF THAT RETURN?

15:44:41 12    A    CORRECT.

15:44:41 13    Q    AND YOU PREPARED A 2000 MCKENZIE FAMILY

15:44:46 14    RESIDENCE TRUST TAX RETURN?

15:44:49 15    A    YES.

15:44:50 16    Q    AND THAT WAS A FALSE TAX RETURN?

15:44:53 17    A    YES.

15:44:54 18    Q    AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

15:44:57 19    WITH THAT?

15:44:58 20    A    CORRECT.

15:44:58 21    Q    I'M SORRY?

15:45:03 22    A    CORRECT.

15:45:04 23    Q    THANK YOU.  YOU ALSO FILED A 1998 ALPHA

15:45:07 24    SERVICES TRUST -- EXCUSE ME.  LET ME START AGAIN.

15:45:10 25         YOU ALSO PREPARED A 1998 ALPHA SERVICES

61

15:45:13  1    TRUST TAX RETURN; IS THAT CORRECT?

15:45:15  2    A    YES.

15:45:16  3    Q    AND THAT WAS A FALSE TAX RETURN?

15:45:18  4    A    YES.

15:45:19  5    Q    AND THAT WAS AN N.T.S. TYPE OF RETURN?

15:45:22  6    A    YES.

15:45:23  7    Q    AND THAT IS WHY IT WAS FALSE?

15:45:25  8    A    YES.

15:45:25  9    Q    AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

15:45:28 10    WITH THE PREPARATION OR THE FILING OF THAT RETURN?

15:45:32 11    A    CORRECT.

15:45:32 12    Q    AND YOU ALSO ADMITTED THAT YOU HAD PREPARED A

15:45:39 13    1998 DANCING BEAR TRUST TAX RETURN?

15:45:45 14    A    YES.

15:45:45 15    Q    AND THAT WAS A FALSE TAX RETURN?

15:45:47 16    A    YES.

15:45:48 17    Q    AND THAT WAS AN N.T.S. TYPE OF TAX RETURN?

15:45:51 18    A    YES.

15:45:52 19    Q    AND THAT IS WHY IT WAS FALSE?

15:45:54 20    A    YES.

15:45:55 21    Q    AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

15:45:58 22    WITH THE PREPARATION OR FILING OF THAT TAX RETURN?

15:46:02 23    A    CORRECT.

15:46:06 24    Q    AND YOU PREPARED IN 1998, AS WELL AS 1999 AND

15:46:12 25    2000, RPH MANAGEMENT TRUST TAX RETURNS FOR THOSE

                                                          62

15:46:16   1       THREE YEARS; IS THAT CORRECT?

15:46:17   2       A     YES.

15:46:18   3       Q     AND THOSE WERE ALL FALSE TRUST TAX RETURNS?

15:46:25   4       A     YES.

15:46:26   5       Q     AND THEY WERE ALL FALSE TYPE OF NATIONAL TRUST

15:46:29   6       SERVICES TAX RETURNS?

15:46:30   7       A     CORRECT.

15:46:30   8       Q     AND THAT'S WHY THEY WERE FALSE?

15:46:31   9       A     YES.

15:46:31  10       Q     AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

15:46:33  11       WITH THE PREPARATION OR FILING OF THOSE THREE TAX

15:46:36  12       RETURNS?

15:46:37  13       A     CORRECT.  CORRECT.

15:46:45  14       Q     YOU ALSO ADMITTED TO PREPARING A 2000

15:46:48  15       SPRINGFIELD TRUST TAX RETURN; IS THAT CORRECT?

15:46:50  16       A     YES.

15:46:50  17       Q     AND THAT WAS A FALSE TAX RETURN?

15:46:53  18       A     YES.

15:46:53  19       Q     AND BECAUSE IT WAS AN N.T.S. TYPE OF TAX

15:46:56  20       RETURN?

15:46:56  21       A     YES.

15:46:56  22       Q     AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

15:46:59  23       WITH THE PREPARATION OR FILING OF THAT PARTICULAR

15:47:03  24       TAX TRUST RETURN?

15:47:03  25       A     CORRECT.

63

15:47:04 1      Q     YOU ALSO ADMITTED TO PREPARING A 2000, E AND B

15:47:16 2      TAX RETURN; IS THAT CORRECT?

15:47:18 3      A     YES.

15:47:19 4      Q     AND THAT WAS A FALSE TAX RETURN?

15:47:22 5      A     YES.

15:47:22 6      Q     AND THAT WAS A FALSE TAX RETURN BECAUSE IT WAS

15:47:25 7      AN N.T.S. TRUST RETURN?

15:47:28 8      A     YES.

15:47:29 9      Q     AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

15:47:31 10     WITH THE PREPARATION OR THE FILING OF THAT

15:47:33 11     PARTICULAR RETURN?

15:47:34 12     A     CORRECT.

15:47:34 13     Q     YOU ALSO PREPARED A 2000 MG TRUST RETURN; IS

15:47:43 14     THAT CORRECT?

15:47:43 15     A     YES.

15:47:43 16     Q     AND THAT MG TRUST BELONGED TO JEAN-PAUL

15:47:53 17     BOURDIER AND HIS WIFE MINH HA TRINH; IS THAT

15:47:55 18     CORRECT?

15:47:55 19     A     YES.

15:47:56 20     Q     AND THAT WAS A FALSE TAX RETURN?

15:47:58 21     A     YES.

15:47:58 22     Q     AND THAT WAS A FALSE TAX RETURN BECAUSE IT WAS

15:48:00 23     AN N.T.S. TYPE OF RETURN?

15:48:02 24     A     YES.

15:48:02 25     Q     AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

                                                              64

15:48:05  1    WITH THE PREPARATION OR THE FILING OF THAT RETURN;

15:48:11  2    IS THAT CORRECT?

15:48:11  3    A    CORRECT.

15:48:11  4    Q    YOU FILED A 2000 NINJACO, N-I-N-J-A-C-O, TRUST

15:48:22  5    TAX RETURN; IS THAT CORRECT?

15:48:23  6    A    I PREPARED IT.

15:48:24  7    Q    I'M SORRY?

15:48:26  8    A    DID YOU SAY FILE?

15:48:27  9    Q    YOU KNOW, IF I DID, I APOLOGIZE.  OF COURSE I

15:48:30 10    MEANT PREPARED.  YOU WOULD THINK I WOULD LEARN BY

15:48:32 11    NOW, BUT I APOLOGIZE.  LET ME ASK THE QUESTION OVER

15:48:35 12    AGAIN.

15:48:35 13            YOU ADMITTED TO PREPARING A 2000 NINJACO

15:48:39 14    TRUST TAX RETURN; IS THAT CORRECT?

15:48:40 15    A    CORRECT.

15:48:47 16    Q    AND THAT WAS A FALSE TAX RETURN?

15:48:49 17    A    YES.

15:48:49 18    Q    AND THAT WAS A TRUST BY JEAN-PAUL BOURDIER AND

15:48:52 19    MINH HA TRINH; IS THAT CORRECT?

15:48:54 20    A    CORRECT.

15:48:54 21    Q    AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

15:48:57 22    WITH THE PREPARATION OR THE FILING OF THAT TAX

15:48:59 23    RETURN; IS THAT CORRECT?

15:49:00 24    A    CORRECT.

15:49:00 25    Q    AND YOU ALSO ADMITTED IN YOUR PLEA AGREEMENT

                                                        65

15:49:02  1    THAT YOU HAD PREPARED A 2000 MUDRACHI,

15:49:17  2    M-U-D-R-A-C-H-I, TRUST TAX RETURN?

15:49:21  3    A    YES.

15:49:21  4    Q    AND THAT WAS A FALSE TAX RETURN?

15:49:22  5    A    YES.

15:49:23  6    Q    AND THAT WAS A TRUST THAT WAS ALSO CONTROLLED

15:49:25  7    OR OWNED BY JEAN-PAUL BOURDIER AND MINH HA TRINH;

15:49:28  8    IS THAT CORRECT?

15:49:29  9    A    CORRECT.

15:49:29 10    Q    AND THAT WAS AN N.T.S. TRUST TAX RETURN?

15:49:37 11    A    CORRECT.

15:49:37 12    Q    AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

15:49:39 13    WITH THE PREPARATION OR FILING OF THAT PARTICULAR

15:49:49 14    RETURN?

15:49:49 15    A    CORRECT.

15:49:49 16    Q    AND YOU ALSO ADMITTED TO PREPARING A 1998

15:49:54 17    MALIDON, M-A-L -- M-A-L-I-D-O-N TRUST RETURN?

15:50:04 18    A    YES.

15:50:04 19    Q    AND THAT WAS A FALSE TAX RETURN?

15:50:06 20    A    YES.

15:50:07 21    Q    AND THAT WAS BECAUSE IT WAS AN N.T.S. TRUST

15:50:09 22    RETURN?

15:50:10 23    A    CORRECT.

15:50:10 24    Q    AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

15:50:12 25    WITH THE PREPARATION OR FILING OF THAT PARTICULAR

66

15:50:17 1    RETURN?

15:50:17 2    A    CORRECT.

15:50:17 3    Q    YOU ALSO FILED A GROUP OF TRUST RETURNS FOR

15:50:29 4    RILEY AND JOYCE PENDERGRAFT; IS THAT CORRECT?

15:50:32 5    A    I DID NOT FILE.

15:50:33 6    Q    I'M SORRY?

15:50:34 7    A    I'M SORRY.

15:50:37 8    Q    THANK YOU FOR CORRECTING ME.  YOU PREPARED IT

15:50:41 9    LOOKS LIKE ABOUT SEVEN TRUST RETURNS FOR RILEY AND

15:50:47 10   GEORGE PENDERGRAFT FOR 1998 THROUGH THE YEAR 2000;

15:50:53 11   IS THAT CORRECT?

15:50:54 12   A    CORRECT.

15:50:54 13   Q    AND THESE WERE ALL, EACH AND EVERY ONE OF THEM

15:50:57 14   WAS A FALSE TAX RETURN?

15:50:59 15   A    CORRECT.

15:50:59 16   Q    AND MR. LIGHTER HAD ABSOLUTELY NOTHING TO DO

15:51:02 17   WITH ANY OF THOSE RETURNS?

15:51:03 18   A    CORRECT.

15:51:04 19   Q    AND THAT WOULD BE TRUE -- WELL, LET ME ASK YOU

15:51:23 20   TO LOOK AT PAGE 5 OF YOUR PLEA AGREEMENT?

15:51:24 21          THE COURT:  DO YOU WANT TO ASK IT FIRST

15:51:27 22   AND THEN YOU CAN REFERENCE THE AGREEMENT?

15:51:28 23          MR. FONG:  SURE.

15:51:31 24   Q    THE -- YOU -- OKAY.  LET ME START OVER.  YOU

15:51:39 25   ALSO PREPARED IT LOOKS LIKE ONE, TWO, THREE, FOUR

67

15:51:46 1    TAX RETURNS FOR ELAINE CAMPBELL IN 2001 AND 2002;

15:51:50 2    IS THAT CORRECT?

15:51:50 3    A    YES.

15:51:51 4    Q    AND THOSE WERE FALSE TAX RETURNS?

15:51:53 5    A    YES.

15:51:53 6    Q    AND THEY WERE FALSE BECAUSE THEY WORKED ON THE

15:52:00 7    SAME PRINCIPLE AS THE N.T.S. TRUST RETURNS; IS THAT

15:52:04 8    CORRECT?

15:52:04 9    A    THAT'S CORRECT.

15:52:04 10   Q    AND OF THOSE FOUR RETURNS, MR. LIGHTER HAD

15:52:06 11   NOTHING TO DO WITH THE PREPARATION OR FILING OF ANY

15:52:09 12   OF THE FOUR RETURNS?

15:52:10 13   A    CORRECT.

15:52:11 14   Q    AND THAT WOULD BE TRUE FOR ANY OF THE RETURNS

15:52:22 15   THAT YOU ADMITTED TO IN YOUR PLEA AGREEMENT THAT

15:52:27 16   YOU ADMITTED TO PREPARING FALSE TAX RETURNS, THAT

15:52:30 17   WOULD BE TRUE FOR EVERY ONE OF THEM; IS THAT

15:52:35 18   CORRECT?

15:52:36 19        THE COURT:  WHICH?

15:52:39 20   BY MR. FONG:

15:52:39 21   Q    THAT MR. LIGHTER HAD NOTHING TO DO WITH THE

15:52:41 22   PREPARATION OR THE FILING OF ANY OF THESE TAX

15:52:43 23   RETURNS?

15:52:44 24   A    CORRECT.

15:52:44 25   Q    NOW, SOME TIME IN MAY OF 2002, YOU SENT A

68

15:53:05 1    BUNCH OF DOCUMENTS TO THE CID OF THE I.R.S. IN

15:53:11 2    WASHINGTON, D.C.; IS THAT CORRECT?

15:53:12 3    A    YES.

15:53:13 4    Q    OKAY.  AND THAT -- IT WAS CONTAINED IN SEVERAL

15:53:20 5    DIFFERENT BOXES TOGETHER; IS THAT CORRECT?

15:53:21 6    A    CORRECT.

15:53:22 7    Q    OKAY.  AND AMONG THE DOCUMENTS THAT YOU SENT

15:53:25 8    TO CID IN MAY OF 2002 WERE SOME AMENDED TAX RETURNS

15:53:32 9    FOR YOU AND YOUR WIFE; IS THAT CORRECT?

15:53:34 10   A    CORRECT.

15:53:35 11   Q    AND ALSO SOME TAX RETURNS FOR CYPRESS

15:53:40 12   DEVELOPMENT CORPORATION; IS THAT CORRECT?

15:53:42 13   A    CORRECT.

15:53:43 14   Q    AND CYPRESS DEVELOPMENT CORPORATION WAS YOUR

15:53:48 15   BUSINESS; IS THAT CORRECT?

15:53:49 16   A    IT IS THE NAME OF THE CORPORATION.

15:54:00 17   Q    AND -- BUT IT WAS THE NAME OF A CORPORATION.

15:54:02 18         BUT THE ACTIVITY THAT YOU REPORTED IN THE

15:54:07 19   TAX RETURN UNDER CYPRESS CORPORATION, CYPRESS

15:54:12 20   DEVELOPMENT CORPORATION WAS YOUR BUSINESS, RIGHT?

15:54:15 21   A    YES.

15:54:15 22   Q    AND THAT BUSINESS WOULD BE COMMERCIAL REAL

15:54:20 23   ESTATE?

15:54:20 24   A    YES.

15:54:21 25   Q    OKAY.  AND YOU SENT THOSE RETURNS AND OTHER

69

15:54:28   1    DOCUMENTS TO CID IN WASHINGTON, D.C.?

15:54:31   2    A    YES.

15:54:31   3    Q    OKAY.  AND AMONG THOSE DOCUMENTS THAT YOU

15:54:34   4    SENT, WAS A DOCUMENT CALLED THE OMNIBUS RETURN.  DO

15:54:38   5    YOU REMEMBER THAT -- IS THAT YOUR UNDERSTANDING?

15:54:40   6    A    YES.

15:54:41   7    Q    OKAY.  AND THE OMNIBUS RETURN WAS A DOCUMENT

15:54:45   8    THAT YOU HAD SIGNED; IS THAT CORRECT?

15:54:48   9    A    YES.

15:54:48  10    Q    OKAY.  AND THAT WAS -- AND, IN FACT, ON SOME

15:54:55  11    OF THE OTHER TAX RETURNS, YOU, INCLUDING THE

15:54:59  12    AMENDED PERSONAL RETURNS AND THE CDC CORPORATE

15:55:05  13    RETURNS, ON TOP OF IT THERE WAS THIS ENTRY SAYING

15:55:10  14    THAT SOMETHING TO THE EFFECT OF THIS IS IN

15:55:15  15    REFERENCE TO THE OMNIBUS RETURN; IS THAT CORRECT?

15:55:20  16    A    YES.

15:55:21  17    Q    AND YOUR INTENTION WAS TO HAVE THE OMNIBUS

15:55:25  18    RETURN IN ESSENCE EXPLAIN WHAT YOU WERE DOING?

15:55:33  19    A    EXPLAIN.

15:55:35  20    Q    I MEAN, TELL THE CID WHAT YOU WERE DOING?

15:55:37  21    A    BASED ON THE DOCUMENT PREPARED BY THE

15:55:45  22    DEFENDANT FOR ME.

15:55:45  23    Q    SURE.  BUT YOU READ THE OMNIBUS RETURN BEFORE

15:55:48  24    YOU SIGNED IT, RIGHT?

15:55:50  25    A    YES.

                                                              70

15:55:50 1    Q    OKAY.  AND YOU, IN FACT, YOU SIGNED IT UNDER

15:55:55 2    PENALTY OF PERJURY; IS THAT CORRECT?

15:55:57 3    A    I'LL HAVE TO TAKE A LOOK AT THE DOCUMENT.

15:56:02 4    Q    OKAY.  SURE.  LET ME SHOW YOU WHAT IS FOR

15:56:12 5    IDENTIFICATION ONLY, I'M GOING TO SHOW MR. FUNG A

15:56:15 6    DOCUMENT THAT HAS BEEN MARKED AS DEFENDANT'S

15:56:20 7    EXHIBIT A.

15:56:33 8              FIRST OF ALL, MR. FUNG, DO YOU SEE THAT

15:56:35 9    DOCUMENT?

15:56:35 10   A    YES.

15:56:35 11   Q    NOW, THE TITLE OF THAT DOCUMENT IS OMNIBUS

15:56:43 12   FORM 1120 TAX RETURN FOR THE YEAR 2001.  THAT'S

15:56:52 13   ACTUALLY PART OF THE TITLE; IS THAT CORRECT?

15:56:54 14   A    YES.

15:56:55 15   Q    AND THIS RETURN WAS FILED ON BEHALF OF SAMUEL

15:57:04 16   S. FUNG AND DIANE K. BORDNER, B-O-R-D-N-E-R; IS

15:57:35 17   THAT CORRECT.

15:57:35 18              AND MR. FUNG, IF I COULD SUGGEST YOU LOOK

15:57:38 19   AT THE UPPER LEFT-HAND CORNER OF PAGE 1 OF EXHIBIT

15:57:42 20   A, PERHAPS THAT MIGHT REFRESH YOUR RECOLLECTION?

15:57:45 21   A    YOU SAID?

15:57:46 22   Q    THIS RETURN, THIS RETURN, OMNIBUS RETURN

15:57:50 23   EXHIBIT A WAS FILED FOR SAMUEL S. FUNG AND DIANE K

15:57:56 24   BORDNER, AMONG OTHERS?

15:57:57 25   A    I DID NOT SEE DIANE BORDNER'S NAME ON IT.

71

15:58:06  1    Q    I'M SORRY?

15:58:06  2    A    I DID NOT SEE DIANE BORDNER'S NAME ON IT.

15:58:09  3    Q    IF YOU LOOK IN THE UPPER LEFT CORNER OF PAGE

15:58:14  4    1?

15:58:14  5    A    YES.

15:58:15  6    Q    IT SAYS SAMUEL S. FUNG AND DIANE K. BORDNER.

15:58:22  7    DO YOU SEE THAT?

15:58:23  8    A    NO.

15:58:23  9    Q    IF I MAY.  SORRY.  I'M SORRY.  BUT IT SAYS

15:58:48 10    SAMUEL S. FUNG PRESIDENT OF THE OREGON HOLDING

15:58:55 11    DEVELOPMENT CORPORATION; IS THAT CORRECT?

15:58:56 12    A    CORRECT.

15:58:57 13    Q    NOW, ON THE LAST PAGE, PAGE 46?

15:59:06 14    A    YES.

15:59:06 15    Q    THERE'S A VERIFICATION, RIGHT?

15:59:08 16    A    YES.

15:59:09 17         MS. WONG:  YOUR HONOR, ONCE AGAIN THE

15:59:10 18    GOVERNMENT WOULD OBJECT THAT THE DIRECTION TO

15:59:12 19    PARTICULAR PAGES ANTICIPATES A QUESTION AND THERE'S

15:59:15 20    NO REFRESHING OF HIS RECOLLECTION.

15:59:17 21         THE COURT:  WHY DON'T YOU ASK THE

15:59:19 22    PREFATORY QUESTION.

15:59:21 23         MR. FONG:  YOUR HONOR, I BELIEVE MR. FUNG

15:59:23 24    TESTIFIED THAT HE DID NOT REMEMBER IF HE HAD SIGNED

15:59:25 25    THIS VERIFICATION UNDER PENALTY OF PERJURY, BUT

72

15:59:31 1    I'LL BE GLAD TO DO IT AGAIN.

15:59:33 2    Q    MR. FUNG?

15:59:34 3    A    YES.

15:59:34 4    Q    WITHOUT LOOKING AT THE DOCUMENT, DO YOU RECALL

15:59:36 5    IF YOU SIGNED THIS DOCUMENT UNDER THE PENALTY OF

15:59:39 6    PERJURY?

15:59:39 7    A    YES, I'VE SEEN THAT.

15:59:41 8    Q    AND SO YOU DID?

15:59:42 9    A    YES.

15:59:42 10   Q    I WANT TO DIRECT YOUR ATTENTION TO PAGE 40 OF

16:00:04 11   THE EXHIBIT A.

16:00:05 12            THE COURT:  YOU HAD A QUESTION ABOUT

16:00:06 13   THIS?

16:00:07 14            MR. FONG:  I JUST WANT TO DIRECT HIS

16:00:09 15   ATTENTION.

16:00:09 16            THE COURT:  WHY DON'T YOU ASK THE

16:00:11 17   QUESTION FIRST.  YOU MAY NOT NEED TO DIRECT HIS

16:00:13 18   ATTENTION BASED ON THE QUESTION.

16:00:14 19   BY MR. FONG:

16:00:15 20   Q    MR. FUNG?

16:00:16 21   A    YES.

16:00:16 22   Q    NOW, DO YOU RECALL IN THIS DOCUMENT STATING

16:00:21 23   THAT YOU, AS PRESIDENT AND AS A TAXPAYER, THAT YOU

16:00:27 24   WERE REPUDIATING THE THEORY AND PRACTICE OF

16:00:31 25   NATIONAL TRUST SERVICES?

73

16:00:32 1          YOU SAID THAT IN THIS DOCUMENT?

16:00:34 2     A    YES.  YES.

16:00:36 3     Q    AND THAT, THAT'S NOT BECAUSE -- AND YOU SAID

16:00:41 4     THAT YOU WERE REPUDIATING THE THEORY AND PRACTICE

16:00:44 5     OF NATIONAL TRUST SERVICES NOT BECAUSE OF

16:00:48 6     NONCOMPLIANCE WITH THE INTERNAL REVENUE CODE, BUT

16:00:51 7     MERELY THE PERCEIVED NONCOMPLIANCE BY THE INTERNAL

16:00:54 8     REVENUE SERVICE.

16:00:55 9          IS THAT CORRECT?

16:00:56 10    A    YES.

16:00:56 11    Q    OKAY.  AND YOU ALSO SAID IN THIS DOCUMENT THAT

16:01:05 12    YOU ARE DOING YOUR BEST TO CONVERT NATIONAL TRUST

16:01:08 13    SERVICE CLIENTS AND TRUST OVER THE CORPORATE TAX

16:01:12 14    FILINGS AND OTHERWISE CONVENTIONAL PAYMENT OF ALL

16:01:16 15    DUE TAXES AS REASONABLY PERCEIVED BY THE INTERNAL

16:01:20 16    REVENUE SERVICE.

16:01:22 17         IS THAT CORRECT?

16:01:22 18    A    IT IS.

16:01:23 19    Q    OKAY.  SO WHAT YOU WERE TRYING TO DO THERE IS

16:01:27 20    TO TELL THE I.R.S., LOOK, REGARDLESS OF WHETHER I

16:01:30 21    AGREE OR DISAGREE WITH YOU, I'M COMMITTED TO CHANGE

16:01:34 22    MY WAYS, I'M NOT GOING TO FILE OR PREPARE N.T.S.

16:01:40 23    TAX RETURNS ANYMORE AND I'M GOING TO CONVERT THE

16:01:44 24    N.T.S. TRUSTS INTO CORPORATIONS AND PAY THE

16:01:49 25    CONVENTIONAL TAXES THAT ARE OWING.

74

16:01:53 1          IS THAT WHAT YOU WERE TRYING TO DO?

16:01:54 2     A    YEAH, BUT WITH THE ASSISTANCE OF THE

16:02:01 3     DEFENDANTS.

16:02:01 4     Q    SURE.  NOW, MR. LIGHTER ADVISED YOU TO DO

16:02:04 5     THAT; RIGHT?

16:02:04 6     A    CORRECT.

16:02:05 7     Q    AND -- BUT YOU DID IT AND YOU SIGNED AND

16:02:11 8     STATED UNDER PENALTY OF PERJURY THAT YOU WERE

16:02:14 9     WILLING TO DO THAT, RIGHT?

16:02:16 10    A    YES.

16:02:16 11    Q    AND BY THE WAY, BEFORE YOU MET MR. LIGHTER,

16:02:18 12    YOU HAD NEVER TOLD ANYBODY THAT YOU WERE

16:02:24 13    REPUDIATING NATIONAL TRUST SERVICES IN ANY WAY; IS

16:02:28 14    THAT TRUE?

16:02:28 15    A    YES.

16:02:28 16    Q    AND YOU NEVER TOLD ANYBODY THAT YOU THOUGHT

16:02:37 17    NATIONAL TRUST SERVICES WAS ILLEGAL.

16:02:41 18          IS THAT TRUE?

16:02:42 19    A    NO, I NEVER TOLD ANYBODY.

16:02:44 20    Q    OKAY.  AND IT WAS AFTER YOU MET MR. LIGHTER

16:02:48 21    THAT YOU MADE THIS STATEMENT THAT YOU WERE

16:02:51 22    REPUDIATING NATIONAL TRUST SERVICES AND WHAT THE

16:02:56 23    TRUST SERVICES RETURNS WERE DOING?

16:02:57 24    A    YES.

16:02:58 25    Q    OKAY.  AND THAT REGARDLESS OF YOUR PERSONAL

75

16:03:03 1    FEELINGS, YOU WERE WILLING TO PLAY BY THE I.R.S.

16:03:13 2    RULES FROM NOW ON?

16:03:14 3    A    RIGHT.

16:03:14 4    Q    AND ALONG WITH THAT YOU SAID IN THESE

16:03:28 5    STATEMENTS THAT YOU WERE CONFESSING TO THE

16:03:30 6    DEFENDANTS?

16:03:30 7    A    YES, BASED ON THE ASSISTANCE OF THE DEFENDANT.

16:03:35 8    Q    SURE.  I JUST WANT TO GET A CLARIFICATION.

16:03:38 9         BUT THE FELONIES THAT YOU WERE CONFESSING

16:03:40 10   TO THE I.R.S. IN THIS DOCUMENT WAS WHAT YOU HAD

16:03:42 11   BEEN DOING PREVIOUSLY BY PREPARING THESE FALSE

16:03:47 12   N.T.S. TRUST TAX RETURNS; IS THAT CORRECT?

16:03:50 13   A    YES.

16:03:50 14   Q    OKAY.  SO IT WAS AFTER YOU MET MR. LIGHTER

16:03:55 15   THAT YOU MADE THIS CONFESSION THAT YOU NOW KNOW

16:04:03 16   WHAT YOU HAD DONE BEFORE WAS ILLEGAL AND, IN FACT,

16:04:07 17   FELONIES?

16:04:18 18        THE COURT:  DO YOU UNDERSTAND THE

16:04:19 19   QUESTION?

16:04:19 20        THE WITNESS:  NO, I DON'T UNDERSTAND THE

16:04:20 21   QUESTION.

16:04:20 22        THE COURT:  ASK THE QUESTION AGAIN.

16:04:22 23   BY MR. FONG:

16:04:23 24   Q    YOU JUST TESTIFIED EARLIER, I BELIEVE, THAT

16:04:25 25   YOU WERE CONFESSING TO FELONIES IN THE PREPARATION

76

16:04:28 1    OF THE FALSE N.T.S. TAX RETURNS; IS THAT CORRECT?

16:04:34 2    A    YES.

16:04:34 3    Q    AND YOU MADE THAT CONFESSION AFTER YOU MET

16:04:37 4    MR. LIGHTER?

16:04:37 5    A    YES.

16:04:37 6    Q    AND IT WAS BECAUSE MR. LIGHTER ADVISED THAT

16:04:40 7    YOU WERE DOING THIS?

16:04:40 8    A    YES.

16:04:41 9    Q    CERTAINLY BEFORE YOU MET MR. LIGHTER YOU HAD

16:04:49 10   NEVER SAID TO ANYBODY, MUCH LESS THE I.R.S., THAT

16:04:53 11   WHAT I HAD BEEN DOING WITH THE N.T.S. RETURNS WAS A

16:04:56 12   FELONY AND I'M CONFESSING TO IT?

16:04:58 13   A    CORRECT.

16:04:58 14   Q    BY THE WAY, MR. FUNG, A LITTLE BIT LATER, IT

16:05:27 15   WOULD HAVE BEEN FILED IN 2002, A LITTLE BIT LATER

16:05:31 16   THAT YOU FILED THIS OMNIBUS RETURN THAT WE HAVE

16:05:36 17   BEEN TALKING ABOUT, RIGHT?

16:05:38 18   A    YES.

16:05:38 19   Q    AND LATER ON YOU FILED A SUPPLEMENT TO THAT?

16:05:40 20   A    YES.

16:05:40 21   Q    AND I BELIEVE IT WAS EXHIBIT 42 THAT YOU

16:05:43 22   TESTIFIED TO YESTERDAY; RIGHT?

16:05:44 23   A    YES.

16:05:45 24   Q    AND IN THAT SUPPLEMENT, WHICH HAS BEEN

16:05:53 25   ADMITTED INTO EVIDENCE, YOU STRONGLY REPEATED WHAT

77

16:06:05 1    YOU SAID IN THE OMNIBUS RETURN THAT WE HAVE JUST

16:06:07 2    BEEN TALKING ABOUT, RIGHT?

16:06:08 3    A    YES.

16:06:08 4    Q    AND YOU SAID THAT YOU'RE AGAIN CONFESSING TO

16:06:12 5    CONSPIRACY TO COMMIT THESE ACTS COMPLAINED OF IN

16:06:14 6    THIS PARTICULAR RETURN, WHICH WOULD HAVE BEEN THE

16:06:17 7    PREPARATION OF THE N.T.S. TRUST RETURNS, RIGHT?

16:06:20 8    A    YES.

16:06:27 9    Q    AND YOU, AGAIN, EMPHASIZED THAT YOU WERE

16:06:29 10   FURTHER REPUDIATING THE PRACTICES OF N.T.S., MORE

16:06:34 11   SPECIFICALLY ALL OF THE TEACHING AND LEARNING AND

16:06:36 12   HOW TO PREPARE COMPLEX TRUST REPORTING FORM 1041'S;

16:06:40 13   IS THAT CORRECT?

16:06:40 14   A    YES.

16:06:40 15   Q    AS TAUGHT TO YOU BY THE HEAD OF THE N.T.S.

16:06:48 16   MR. ROY FRITTS AND RICK PRESCOTT, RIGHT?

16:06:53 17   A    YES.

16:06:54 18   Q    AND BASICALLY YOU WERE SAYING VERY, VERY

16:06:56 19   STRONGLY IN THE SUPPLEMENT THAT YOU WANTED TO

16:06:58 20   SUPPORT WHAT YOU HAD SAID EARLIER IN THE OMNIBUS

16:07:01 21   RETURN THAT YOU HAD FILED IN MAY, A COUPLE MONTHS

16:07:04 22   LATER YOU WANTED TO SEND A STRONGER REPEATED

16:07:07 23   MESSAGE TO THE I.R.S. THAT YOU WERE TOTALLY

16:07:09 24   REPUDIATING N.T.S.?

16:07:13 25   A    YES.

78

16:07:13 1    Q    AND THAT WAS BECAUSE YOU HAD MET MR. LIGHTER?

16:07:21 2    A    CORRECT.

16:07:35 3    Q    NOW, ALONG WITH THE OMNIBUS RETURN, YOU

16:07:37 4    TESTIFIED EARLIER THAT THOSE THREE BOXES THAT YOU

16:07:40 5    SENT TO CID IN MAY OF 2002, YOU HAD SENT SOME

16:07:44 6    AMENDED PERSONAL RETURNS FOR YOU AND YOUR WIFE; IS

16:07:44 7    THAT CORRECT?

16:07:49 8    A    THAT'S CORRECT.

16:07:49 9    Q    AND BY THE WAY, YOUR WIFE'S NAME IS DIANE K.

16:07:53 10   BORDNER; CORRECT?

16:07:54 11   A    CORRECT.

16:07:55 12   Q    AND YOU ALSO, IN ADDITION TO AMENDING THE

16:08:00 13   RETURNS FOR PERSONAL RETURNS, YOU ALSO FILED THREE

16:08:10 14   TAX RETURNS FOR CYPRESS DEVELOPMENT CORPORATION; IS

16:08:13 15   THAT CORRECT?

16:08:13 16   A    YES.

16:08:15 17   Q    FOR THE YEARS 1999 -- EXCUSE ME.  FOR THE

16:08:17 18   YEARS 1998, 1999, AND THE YEAR 2000; IS THAT

16:08:22 19   CORRECT?

16:08:22 20   A    YES.

16:08:22 21   Q    OKAY.  NOW, THIS WAS SENT AFTER YOU MET

16:08:38 22   MR. LIGHTER?

16:08:38 23   A    CORRECT.

16:08:38 24   Q    AND, NOW, BEFORE YOU MET MR. LIGHTER, A COUPLE

16:08:44 25   YEARS BEFORE, YOU AND YOUR WIFE HAD FILED PERSONAL

79

16:08:46 1    TAX RETURNS; CORRECT?

16:08:47 2    A    CORRECT.

16:08:47 3    Q    AND YOU FILED THEM FOR 1999, 1998, AND 2000;

16:08:52 4    IS THAT RIGHT?

16:08:53 5    A    YES.

16:08:53 6    Q    NOW, LET'S TAKE 1998, BEFORE YOU MET

16:08:59 7    MR. LIGHTER FOR THE TAXES FOR 1998, THE PERSONAL

16:09:03 8    TAXES THAT YOU AND YOUR WIFE FILED.  NOW, WAS THAT

16:09:10 9    THE ONLY RETURN THAT YOU AND YOUR WIFE FILED FOR

16:09:15 10   THE YEAR 1998?

16:09:16 11   A    YES, BASED ON MY MEMORY.

16:09:24 12   Q    SO OTHER THAN THAT ONE PERSONAL RETURN, THE

16:09:27 13   1040, FOR 1998 FOR YOU AND YOUR WIFE, YOU DO NOT

16:09:31 14   RECALL FILING ANY OTHER RETURN, RIGHT, FOR THAT

16:09:33 15   YEAR BEFORE YOU MET MR. LIGHTER?

16:09:38 16   A    YES.

16:09:41 17   Q    SO WHAT YOU REPORTED FOR 1998 BEFORE YOU MET

16:09:43 18   MR. LIGHTER WAS WHATEVER WAS IN THAT 1998 PERSONAL

16:09:49 19   TAX RETURN; RIGHT?

16:09:50 20   A    YES.

16:09:51 21   Q    I'M GOING TO SHOW YOU A DOCUMENT THAT HAS

16:10:28 22   ALREADY BEEN ADMITTED INTO EVIDENCE, GOVERNMENT'S

16:10:36 23   EXHIBIT 76.

16:10:42 24        I'M GOING TO SHOW ON THE SCREEN, PUBLISH

16:10:44 25   ON THE SCREEN PAGE 1 OF EXHIBIT 76.

80

16:10:48  1           FIRST OF ALL, DO YOU SEE THAT DOCUMENT ON

16:10:50  2   THE SCREEN IN FRONT OF YOU, MR. FUNG?

16:10:52  3   A    YES.

16:10:52  4   Q    AND THIS WAS THE 1998 INDIVIDUAL INCOME TAX

16:10:58  5   RETURN THAT YOU FILED FOR YOU AND YOUR WIFE

16:11:00  6   JOINTLY; RIGHT?

16:11:01  7   A    CORRECT.

16:11:01  8   Q    OKAY.  AND ON LINE 7 IT REPORTS WAGES OF

16:11:09  9   $36,787.  DO YOU SEE THAT?

16:11:12 10   A    YES.

16:11:12 11   Q    AND THAT WAS YOUR WIFE'S INCOME FROM HER JOB,

16:11:18 12   RIGHT?

16:11:19 13   A    CORRECT.

16:11:19 14   Q    AND SO ON THIS RETURN YOU DID NOT REPORT ANY

16:11:27 15   OF YOUR EARNINGS OR INCOME OR REVENUES FROM ANY

16:11:29 16   BUSINESS THAT YOU WERE DOING, RIGHT, FOR 1998?

16:11:32 17   A    I DID REPORT --

16:11:42 18   Q    I'M SORRY?

16:11:43 19   A    I DID REPORT MY EARNINGS, WHICH IS THE TRUSTEE

16:11:46 20   FEES.

16:11:46 21   Q    OKAY.  IT SAYS?

16:11:49 22   A    IN 1991 -- IT'S BASED ON NATIONAL TRUST

16:11:54 23   SERVICES TEACHINGS.

16:11:55 24   Q    AND THAT SHOWS $300; RIGHT?

16:11:57 25   A    YES.

                                                      81

16:11:57 1    Q    AND -- BUT YOU DID NOT REPORT ANY OTHER INCOME

16:11:59 2    THAT YOU HAD EARNED FOR 1998; IS THAT CORRECT?

16:12:02 3    A    BASED ON NATIONAL TRUST SERVICES TEACHING THE

16:12:09 4    REVENUE WE REPORT ON THE TRUST, NOT ON PERSONAL

16:12:12 5    RETURNS.

16:12:12 6    Q    THAT'S FINE.  BUT YOU DID NOT -- BUT ALL I'M

16:12:15 7    ASKING YOU IS THAT ON THIS RETURN, YOU DID NOT

16:12:17 8    REPORT ANY OTHER INCOME FOR YOUR EARNINGS OR WHAT

16:12:23 9    YOU EARNED THROUGH YOUR BUSINESS ACTIVITIES IN

16:12:30 10   1998?  IS THAT CORRECT?

16:12:31 11   A    THE COMPANY MADE THE EARNINGS.

16:12:33 12   Q    I UNDERSTAND.  SO YOUR UNDERSTANDING IS THAT

16:12:36 13   YOU DID NOT ON THIS PARTICULAR TAX RETURN?

16:12:41 14   A    NO.

16:12:42 15   Q    THAT'S CORRECT, RIGHT?

16:12:43 16   A    I'M NOT IN SOLE PRACTICE SO IT'S NOT ON

16:12:48 17   SCHEDULE C.

16:12:50 18   Q    I UNDERSTAND.  BUT ALL I'M ASKING YOU IS THAT

16:12:52 19   THIS RETURN, EXHIBIT 76, DOES NOT HAVE ANY

16:12:55 20   REPORTING OF ANY INCOME FROM ANY OF YOUR BUSINESS

16:12:57 21   ACTIVITIES OTHER THAN THE $300 OF TRUSTEE FEES THAT

16:13:02 22   YOU EARNED; IS THAT CORRECT?

16:13:04 23   A    CORRECT.

16:13:04 24   Q    BUT THERE WERE -- BUT YOUR BUSINESS ACTIVITY

16:13:08 25   FEES FOR THAT YEAR, REGARDLESS OF HOW THEY ARE

82

16:13:11 1    CATEGORIZED, YOUR BUSINESS ACTIVITIES DID GENERATE

16:13:15 2    INCOME AND EARNINGS?

16:13:20 3    A    THAT'S CORRECT.

16:13:20 4    Q    AND THOSE INCOME AND EARNINGS WERE NOT

16:13:22 5    REPORTED TO THE I.R.S. IN ANY FORM IN THE YEAR

16:13:24 6    BEFORE -- EVER BEFORE YOU MET MR. LIGHTER; IS THAT

16:13:29 7    CORRECT?

16:13:29 8    A    YES.

16:13:29 9    Q    NOW, I'D LIKE YOU TO TAKE A LOOK AT

16:13:47 10   EXHIBIT 80, WHICH HAS BEEN ADMITTED INTO EVIDENCE.

16:13:54 11           I'LL PUBLISH THAT, THE FIRST PAGE OF

16:13:56 12   EXHIBIT 80.

16:13:57 13           AND, FIRST OF ALL, MR. FUNG, DO YOU SEE

16:13:59 14   THAT PAGE 1 OF EXHIBIT 80 IN FRONT OF YOU?

16:14:01 15   A    YES.

16:14:01 16   Q    AND THIS IS THE 1998, 1120 U.S. CORPORATION

16:14:08 17   INCOME TAX RETURN FOR CYPRESS DEVELOPMENT

16:14:10 18   CORPORATION; IS THAT CORRECT?

16:14:11 19   A    CORRECT.

16:14:12 20   Q    OKAY.  ON LINE 1C IT SHOWS GROSS RECEIPT OF

16:14:24 21   SALES OF $94,168; IS THAT CORRECT?

16:14:28 22   A    CORRECT.

16:14:28 23   Q    OKAY.  NOW, THIS 98 -- THIS NUMBER, $94,168,

16:14:36 24   THAT'S THE REVENUES OR EARNINGS THAT YOU GENERATED

16:14:42 25   THROUGH YOUR BUSINESS ACTIVITIES FOR THE CALENDAR

83

16:14:44  1    YEAR OR THE TAX YEAR OF 1998; RIGHT?

16:14:47  2    A    CORRECT.

16:14:47  3    Q    AND THAT HAD NEVER BEEN REPORTED BEFORE YOU

16:14:56  4    SUBMITTED OR FILED EXHIBIT 80; IS THAT CORRECT?

16:14:58  5    A    CORRECT.

16:14:59  6    Q    AND EXHIBIT 80 HAD COME -- HAD BEEN PREPARED

16:15:03  7    WITH MR. LIGHTER'S HELP?

16:15:05  8    A    CORRECT.

16:15:05  9    Q    SO IT WAS ONLY AFTER YOU MET MR. LIGHTER, THAT

16:15:09 10    THE U.S. GOVERNMENT RECEIVED A REPORTING OF

16:15:12 11    $94,168?

16:15:16 12    A    YES.

16:15:16 13    Q    NOW, THE EXHIBIT 80, THE RETURN FOR THE 1998

16:15:28 14    RETURN FOR THE CYPRESS DEVELOPMENT CORPORATION NOW,

16:15:34 15    YOU TOOK CERTAIN BUSINESS DEDUCTIONS ON THAT

16:15:37 16    RETURN; IS THAT CORRECT?

16:15:37 17    A    CORRECT.

16:15:38 18    Q    NOW, BUT THESE WERE BUSINESS EXPENSES THAT

16:15:44 19    WERE IN YOUR MIND LEGITIMATE BUSINESS EXPENSES;

16:15:47 20    RIGHT?

16:15:47 21    A    CORRECT.

16:15:47 22    Q    REGARDLESS OF WHETHER YOU HAD THE ACTUAL

16:15:50 23    RECEIPT OR NOT, THESE WERE THINGS FOR LIKE

16:15:53 24    PHOTOCOPYING?

16:15:54 25    A    CORRECT.

84

16:15:54  1    Q     AND I BELIEVE THAT YOUR BUSINESS HAD TO PAY

16:15:58  2    OUT COMMISSION TO OTHER AGENTS; IS THAT CORRECT?

16:16:01  3    A     THAT'S CORRECT.

16:16:02  4    Q     AND THAT WAS LIKE $8,000 OR $10,000; RIGHT?

16:16:05  5    SO $8,000 OR $10,000 FOR THE YEAR, RIGHT?

16:16:09  6    A     IT CAN ANY TYPE OF AMOUNT.

16:16:11  7    Q     I'M SORRY?

16:16:12  8    A     IT CAN BE ANY TYPE, YOU KNOW, THE CORRECT

16:16:18  9    AMOUNT.

16:16:18  10   Q     BUT YOU DID PAY OUT -- AND THAT WAS FOR YOUR

16:16:25  11   REAL ESTATE BUSINESS, RIGHT?

16:16:26  12   A     YES.

16:16:26  13   Q     BUT THAT REAL ESTATE BUSINESS DID PAY OUT

16:16:29  14   COMMISSION TO OTHER AGENTS?

16:16:30  15   A     AT THAT TIME I'M NOT SURE I HAVE ANY AGENTS.

16:16:39  16   I MAY HAVE ONLY ONE OR TWO.

16:16:55  17   Q     LET ME PUBLISH PAGE 8 OF EXHIBIT 80.

16:16:59  18         FIRST OF ALL, MR. FUNG, DO YOU SEE THAT

16:17:04  19   ONE-PAGE DOCUMENT?

16:17:05  20   A     YES.

16:17:05  21   Q     AND THIS IS THE LINE 26 FOR THE FORM 1120;

16:17:09  22   RIGHT?

16:17:10  23   A     THAT'S CORRECT.

16:17:10  24   Q     AND WHAT IT IS IS A LIST, IT'S AN ITEMIZATION

16:17:16  25   OF THE SPECIFIC ITEMS OF BUSINESS EXPENSES, RIGHT?

85

16:17:20  1    A    CORRECT.

16:17:21  2    Q    THAT YOU WERE TRYING TO TAKE AS A DEDUCTION?

16:17:23  3    A    CORRECT.

16:17:23  4    Q    NOW, DIRECTING YOUR ATTENTION TO LINE 37.

16:17:30  5         DO YOU SEE THAT LINE, FIRST OF ALL, ON

16:17:32  6    THE SCREEN?

16:17:33  7    A    YES.

16:17:33  8    Q    AND IF I MOVE THAT OVER, DO YOU SEE THE

16:17:35  9    CORRESPONDING NUMBER ENTRY ON THE RIGHT OF 8,793?

16:17:42 10    A    CORRECT.

16:17:42 11    Q    OKAY.  SO DOES THAT REFRESH YOUR RECOLLECTION

16:17:47 12    AS TO WHETHER OR NOT YOUR BUSINESS, YOUR REAL

16:17:49 13    ESTATE BUSINESS FOR 1998 HAD PAID OUT COMMISSIONS

16:17:52 14    TO OTHER PEOPLE?

16:17:53 15    A    AND FEES AND WHATNOT, YES.

16:17:55 16    Q    OKAY.  AND SO THAT WAS ABOUT $8,700; CORRECT?

16:18:01 17    A    CORRECT.

16:18:01 18    Q    AND YOU TOOK THAT AS A DEDUCTION?

16:18:03 19    A    CORRECT.

16:18:03 20    Q    OKAY.  AND ON THE TAX FORM, THAT IS

16:18:10 21    EXHIBIT 80?

16:18:10 22    A    CORRECT.

16:18:11 23    Q    AND ALL OF THE ITEMS LISTED ON PAGE 80.8,

16:18:17 24    EXCUSE ME, ON PAGE 8 OF EXHIBIT 80, ALL OF THOSE

16:18:20 25    ITEMS ARE WHAT YOU CONSIDER TO BE LEGITIMATE

86

16:18:27 1    BUSINESS EXPENSES, RIGHT?

16:18:28 2          THESE WERE NOT THE N.T.S. TYPE OF

16:18:36 3    DEDUCTIONS, WERE THEY?

16:18:37 4    A    NO.

16:18:37 5    Q    SO, FOR EXAMPLE, THERE WAS NO LUXURY VACATION

16:18:40 6    DEDUCTION?

16:18:40 7    A    NO.

16:18:40 8    Q    AND THERE WAS NO DEDUCTION FOR YOUR RIDING

16:18:43 9    HORSE?

16:18:44 10   A    NO.

16:18:47 11   Q    THERE WAS NO DEDUCTION FOR A CHILD'S COLLEGE

16:18:54 12   TUITION IN A PRIVATE UNIVERSITY?

16:19:00 13   A    NO, BUT --

16:19:01 14   Q    BUT YOU HAD SEEN THESE TYPES OF DEDUCTIONS

16:19:04 15   THAT I HAD JUST MENTIONED IN THE N.T.S. TRUST

16:19:06 16   RETURNS; RIGHT?

16:19:08 17   A    CAN YOU REPEAT THE QUESTION?

16:19:11 18   Q    SURE.  IN THE NATIONAL TRUST SERVICES RETURNS

16:19:13 19   THAT YOU HAD PREPARED --

16:19:14 20   A    YES.

16:19:14 21   Q    -- YOU SAW A LOT OF PERSONAL EXPENSES BEING

16:19:17 22   DEDUCTED, RIGHT?

16:19:18 23   A    YES.

16:19:18 24   Q    AND -- OKAY.  AND THAT WOULD INCLUDE THINGS

16:19:20 25   LIKE YOUR CLIENT, THE TAXPAYER, THE CLIENT'S

                                                        87

16:19:25 1    CHILDREN'S COLLEGE TUITION?

16:19:27 2    A    RIGHT.

16:19:28 3    Q    OKAY.  PRIVATE COLLEGE TUITION?

16:19:31 4    A    RIGHT.

16:19:31 5    Q    THAT COULD BE A LOT?

16:19:33 6    A    RIGHT.

16:19:33 7    Q    AND SOME CLIENTS DEDUCTED THE COSTS OF

16:19:38 8    BOARDING THEIR HORSE, RIGHT?

16:19:40 9    A    YES, BUT THEY WERE DEDUCTED ON THE FAMILY

16:19:45 10   TRUST.  THIS IS A BUSINESS.

16:19:46 11   Q    OKAY.  BUT THERE'S NOTHING -- WHAT I'M ASKING

16:19:49 12   YOU, THOUGH, IS THAT THERE IS NOTHING IN

16:19:55 13   EXHIBIT 80, THAT ANY OF THE DEDUCTIONS, THERE'S NO

16:19:58 14   DEDUCTIONS ON EXHIBIT 80, THAT IS THE N.T.S. TYPE

16:20:01 15   OF PERSONAL LIVING EXPENSES DEDUCTION?

16:20:04 16   A    CORRECT.

16:20:04 17   Q    OKAY.  AND DIRECTING YOUR ATTENTION -- EXCUSE

16:20:19 18   ME.  AND YOU FILED A PERSONAL TAX -- YOU AND YOUR

16:20:22 19   WIFE HAD FILED A PERSONAL TAX RETURN FOR 1999,

16:20:26 20   RIGHT?

16:20:26 21   A    YES.

16:20:26 22   Q    OKAY.  AND THAT PREVIOUSLY HAD BEEN ADMITTED

16:20:29 23   INTO EVIDENCE AS EXHIBIT 77.

16:20:38 24        I'M GOING TO PUBLISH THE FIRST PAGE OF

16:20:41 25   EXHIBIT 77.

88

16:20:42 1              FIRST OF ALL, MR. FUNG, DO YOU SEE THAT

16:20:44 2    PAGE ON THE SCREEN?

16:20:46 3    A    YES.

16:20:46 4    Q    OKAY.  AND SO THAT'S THE 1999 1040 U.S.

16:20:50 5    INDIVIDUAL INCOME TAX RETURN FOR DIANE BORDNER AND

16:20:56 6    SAMUEL FUNG?

16:20:57 7    A    YES.

16:20:57 8    Q    OKAY.  SO THAT'S YOU AND YOUR WIFE?

16:21:00 9    A    YES.

16:21:00 10   Q    OKAY.  NOW, DIRECTING YOUR ATTENTION TO LINE 7

16:21:05 11   OF THE FIRST PAGE OF EXHIBIT 77.

16:21:09 12              THERE IS AN ENTRY OF ZERO, RIGHT?

16:21:11 13   A    CORRECT.

16:21:12 14   Q    AND THEN ON LINE 12 THERE IS A BUSINESS INCOME

16:21:22 15   ENTRY OF 10,260, RIGHT?

16:21:25 16   A    CORRECT.

16:21:25 17   Q    AND THAT WAS THE TOTAL INCOME THAT WAS

16:21:30 18   REPORTED FOR YOU AND YOUR WIFE FOR 1999; IS THAT

16:21:35 19   CORRECT?

16:21:35 20   A    CORRECT.

16:21:36 21   Q    OKAY.  AND YOU, YOU OR YOUR WIFE DID NOT FILE

16:21:41 22   ANY OTHER TAX RETURN REPORTING ANY OTHER EARNINGS

16:21:46 23   OR INCOME FROM ANY BUSINESS ACTIVITIES THAT YOU OR

16:21:50 24   YOUR WIFE HAD DONE FOR -- OR HAD ENGAGED IN, IN

16:21:54 25   1999; IS THAT CORRECT?

                                                          89

16:21:55 1      A    YES.

16:21:55 2      Q    BUT THERE WERE EARNINGS THAT YOU OR YOUR WIFE

16:22:00 3      GENERATED FROM BUSINESS FOR 1999, RIGHT?

16:22:04 4      A    YES.

16:22:04 5      Q    OKAY.  BUT THAT WAS NEVER -- BUT UNTIL YOU MET

16:22:08 6      MR. LIGHTER, THAT -- THOSE EARNINGS HAD NEVER BEEN

16:22:13 7      REPORTED TO THE I.R.S.?

16:22:14 8      A    NO.

16:22:14 9      Q    OKAY.  NOW, AFTER YOU MET MR. LIGHTER, YOU

16:22:22 10     FILED FOR 1999 A TAX RETURN FOR CYPRESS DEVELOPMENT

16:22:31 11     CORPORATION FOR THE YEAR 1999; IS THAT CORRECT?

16:22:35 12     A    YES.

16:22:36 13     Q    AND PREVIOUSLY WE SAW THAT.  THAT WAS

16:22:44 14     EXHIBIT 82 THAT HAD BEEN ADMITTED INTO EVIDENCE.

16:22:47 15          I'M GOING TO PUBLISH THE FIRST PAGE OF

16:22:49 16     THAT.

16:22:52 17          AND, FIRST OF ALL, MR. FUNG, DO YOU SEE

16:22:56 18     EXHIBIT -- THE FIRST PAGE OF EXHIBIT 82?

16:22:58 19     A    YES.

16:22:59 20     Q    AND THAT IS THE -- YEAH, 1999 U.S. CORPORATION

16:23:11 21     INCOME TAX RETURN 1120, FORM 1120 FOR CYPRESS

16:23:15 22     DEVELOPMENT CORPORATION?

16:23:16 23     A    YES.

16:23:16 24     Q    OKAY.  AND THEN ON LINE 1C THERE'S AN ENTRY OF

16:23:21 25     $112,327; IS THAT CORRECT?

90

16:23:26 1    A    YES.

16:23:27 2    Q    NOW, THAT REVENUES -- BUT THAT REPRESENTS

16:23:35 3    REVENUES OR EARNINGS THAT YOU GENERATED THROUGH

16:23:37 4    YOUR BUSINESS; IS THAT CORRECT?

16:23:38 5    A    YES.

16:23:39 6    Q    FOR THE YEAR 1999?

16:23:40 7    A    YES.

16:23:41 8    Q    AND BEFORE YOU FILED THIS TAX RETURN, IN

16:23:50 9    AROUND MAY OF 2002, THAT -- THOSE EARNINGS, THE

16:23:56 10   $112,000 HAD NEVER BEEN REPORTED TO THE U.S.

16:24:01 11   GOVERNMENT OR THE I.R.S.?

16:24:02 12   A    NO, NOT AT THAT TIME.

16:24:04 13   Q    AND IT WAS ONLY AFTER YOU MET MR. LIGHTER THAT

16:24:06 14   THE $112,327 OF GROSS REVENUES HAD BEEN REPORTED --

16:24:16 15   WERE REPORTED TO THE I.R.S.?

16:24:17 16   A    CORRECT.

16:24:17 17   Q    OKAY.  NOW, YOU ALSO ON THIS RETURN, YOU ALSO

16:24:20 18   TOOK BUSINESS REDUCTIONS, BUSINESS EXPENSE

16:24:24 19   DEDUCTIONS, RIGHT?

16:24:25 20   A    YES.

16:24:25 21   Q    AND, AGAIN, IN YOUR MIND, THOSE WERE ALL WHAT

16:24:31 22   YOU CONSIDERED TO BE LEGITIMATE BUSINESS EXPENSES

16:24:33 23   RELATING TO YOUR BUSINESS PRACTICE, RIGHT?

16:24:38 24   A    CORRECT.

16:24:39 25   Q    AND THEY WERE NOT FOR PERSONAL LIVING

                                                              91

16:24:41 1    EXPENSES?

16:24:42 2    A    NO.

16:24:42 3    Q    AND THEY WERE NOT THE NATIONAL TRUST SERVICES

16:24:44 4    TYPE OF PERSONAL LIVING EXPENSES DEDUCTIONS, RIGHT?

16:24:46 5    A    NO.

16:24:52 6            THE COURT:  SHOULD WE TAKE OUR EVENING

16:24:54 7    RECESS NOW?

16:24:54 8            MR. FONG:  SURE.

16:24:55 9            THE COURT:  AND YOU WERE ABOUT TO MOVE TO

16:24:56 10   ANOTHER TOPIC NOW?

16:24:58 11           MR. FONG:  YES.

16:24:58 12           THE COURT:  ALL RIGHT.  LET'S DO THAT.

16:25:00 13   LET'S TAKE OUR WEEKEND RECESS AT THIS TIME, LADIES

16:25:02 14   AND GENTLEMEN.  THANK YOU FOR YOUR PATIENCE.

16:25:03 15           AGAIN, I APOLOGIZE FOR THE DELAY.

16:25:05 16           WE'LL SEE YOU WILL BACK HERE ON MONDAY AT

16:25:09 17   9:00 O'CLOCK.  PLEASE COLLECT YOURSELVES SO WE CAN

16:25:12 18   CALL YOU OUT AT 9:00 O'CLOCK.

16:25:14 19           DO HAVE A GOOD WEEKEND.  I'LL REMIND YOU

16:25:17 20   OF THE ADMONITION THAT WE HAVE IN PLACE AND YOU CAN

16:25:21 21   LEAVE YOUR NOTEBOOKS ON YOUR SEAT.

16:25:26 22           SIR, YOU CAN STAND DOWN.

16:26:05 23           (WHEREUPON, THE PROCEEDINGS IN THIS

16:26:06 24   MATTER WERE HELD OUT OF THE PRESENCE OF THE JURY:)

16:26:06 25           THE COURT:  I JUST WANT TO TALK A LITTLE

                                                         92

16:26:07 1     BIT ABOUT OUR SCHEDULE.

16:26:08 2              MR. FUNG, IF I COULD ASK YOU TO STAND

16:26:12 3     OUTSIDE IF YOU WOULD, SIR.

16:26:13 4              PLEASE BE SEATED.  THANKS.

16:26:20 5              I JUST WANT TO TOUCH BASE A LITTLE BIT

16:26:22 6     ABOUT OUR SCHEDULING AND HOW WE'RE DOING TIMING

16:26:24 7     WISE.

16:26:25 8              FROM THE GOVERNMENT'S PERSPECTIVE, ARE WE

16:26:32 9     ON YOUR SCHEDULE AS FAR AS YOUR WITNESSES?

16:26:34 10             MR. O'REILLY:  A LITTLE BIT BEHIND BUT

16:26:36 11    NOT SIGNIFICANTLY.

16:26:36 12             ONE OF THE THINGS THAT WAS -- I WILL

16:26:40 13    STAND UP.  I'M NOT COMFORTABLE DOING THAT, YOUR

16:26:43 14    HONOR.  I'M SORRY.

16:26:44 15             BUT I WILL CONFER WITH MR. FONG AFTER

16:26:49 16    COURT TODAY TO DETERMINE HOW MUCH LONGER HE THINKS

16:26:51 17    HE HAS WITH RESPECT TO MR. FUNG ON CROSS.

16:26:55 18             I DON'T ANTICIPATE A SIGNIFICANT AMOUNT

16:26:58 19    OF REDIRECT.

16:26:59 20             WE THEN WILL BRING BOTH DR. IRWIN

16:27:02 21    GOOTNICK AND DR. SUSAN GOOTNICK, WHO WILL BE

16:27:05 22    SIGNIFICANTLY SHORTER THAN MR. FUNG, ON DIRECT.

16:27:08 23             EVEN DR. -- DR. SUSAN GOOTNICK IS VERY

16:27:12 24    BRIEF, AND IT WILL JUST SO HAPPEN WHAT ENDED AT THE

16:27:17 25    END OF THE RELATIONSHIP BETWEEN THE DEFENDANT AND

93

16:27:20 1    THE GOOTNICKS.

16:27:20 2            I'M STILL THINKING WE CAN HAVE OUR CASE

16:27:23 3    INTO THE JURY, OUR CASE BY WEDNESDAY.

16:27:26 4            THE COURT:  SO YOU THINK YOU CAN REST

16:27:28 5    WEDNESDAY MORNING?  AFTERNOON?  SOME TIME

16:27:32 6    WEDNESDAY?

16:27:32 7            MR. O'REILLY:  I NEED TO FIND OUT HOW

16:27:34 8    MUCH -- IF WE CAN GET TO -- IF WE CAN START WITH

16:27:37 9    DR. GOOTNICK ON MONDAY, IT MIGHT EVEN BE WEDNESDAY

16:27:40 10   MORNING BUT OTHERWISE IT WILL BE WEDNESDAY

16:27:42 11   AFTERNOON.  I JUST DON'T KNOW HOW LONG THE

16:27:44 12   CROSS-EXAMINATIONS WILL COME.

16:27:45 13           THE COURT:  SO MONDAY WE JUST HAVE THE

16:27:48 14   MORNING AVAILABLE?

16:27:48 15           MR. O'REILLY:  CORRECT, YOUR HONOR.

16:27:54 16           THE COURT:  AND THEN, MR. FONG, YOUR

16:27:56 17   EXPERT IS AVAILABLE TUESDAY.

16:27:58 18           MR. FONG:  WEDNESDAY MORNING, WEDNESDAY

16:27:59 19   ALL DAY, BUT I THOUGHT JUST IN CASE, I ASKED HIM TO

16:28:02 20   BE AVAILABLE BY EARLY IN THE MORNING SO THAT IF WE

16:28:07 21   -- SO I GUESS TO MINIMIZE ANY GAP, BUT IT LOOKS

16:28:12 22   LIKE AT THE PRESENT RATE THAT SHOULD NOT BE A

16:28:16 23   PROBLEM IF, IF THE PREDICTION IS THAT THE

16:28:20 24   GOVERNMENT WILL REST EITHER LATE -- TUESDAY OR

16:28:23 25   EARLY WEDNESDAY OR MAYBE EVEN MID-DAY WEDNESDAY.

94

16:28:26 1          THE COURT:  OKAY.

16:28:31 2          MR. O'REILLY:  YOUR HONOR, WE HAVE YET TO

16:28:33 3     SEE ANY REPORT OR TYPE OF INDICATION OF WHAT THIS

16:28:34 4     EXPERT WILL BE TESTIFYING TO AND UNTIL WE HAVE THAT

16:28:37 5     WE WILL BE OBJECTING BECAUSE WE DON'T KNOW WHAT.

16:28:39 6          THE COURT:  I WANTED TO TALK ABOUT THAT

16:28:41 7     ALSO FOR A MOMENT.

16:28:42 8          I THINK I ASKED THE WITNESSES AND

16:28:46 9     RECEIVED SOME FROM THE GOVERNMENT AND THEN I THINK

16:28:48 10    I GOT THESE TWO NAMES ON THE MORNING OF VOIR DIRE

16:28:52 11    WHEN I ASKED IF THERE WERE ANY OTHER WITNESSES, I

16:28:55 12    THINK.  AND MAYBE IT WAS AFTER THAT YOU WANTED ME

16:28:58 13    TO ANNOUNCE TO THE JURY.

16:29:00 14         SO ARE THERE ANY -- LET ME ASK JUST ASK

16:29:04 15    THIS, MR. FONG.  IN YOUR OPINION ARE THERE ANY

16:29:07 16    DISCOVERY ISSUES THAT NEEDS TO BE RESOLVED IN TERMS

16:29:10 17    OF REPORTS OR STATEMENTS OR ANYTHING?

16:29:12 18         MR. FONG:  NO, YOUR HONOR.  I DON'T THINK

16:29:13 19    SO.  AND AGAIN, YOUR HONOR, I APOLOGIZE FOR

16:29:15 20    DELAYING THE PROCEEDINGS TODAY.

16:29:18 21         ASIDE FROM THE FACT THAT I TEND TO BE

16:29:20 22    PROBABLY ALWAYS BE BEHIND THE EIGHT BALL, BUT

16:29:25 23    THAT'S NOT UNUSUAL.

16:29:27 24         WHAT IS UNUSUAL IS, QUITE FRANKLY,

16:29:29 25    MR. FUNG'S TESTIMONY YESTERDAY BROUGHT UP AN

                                                        95

16:29:33 1    AVALANCHE OF NEW ISSUES THAT SOME OF WHICH, ONLY

16:29:38 2    SOME, NOT ALL, REQUIRE THE DOCUMENTS THAT I THEN

16:29:40 3    HAD TO PULL TO CROSS-EXAMINE HIM ON.

16:29:45 4         SO, AGAIN, I APOLOGIZE.

16:29:47 5         THE COURT:  NO.  I JUST WANT TO KNOW

16:29:49 6    ABOUT THE -- THANK YOU FOR THAT.  I APPRECIATE

16:29:51 7    THAT.

16:29:51 8         WELL, I'M FOCUSSING ON THE EXPERT THAT

16:29:54 9    YOU'RE INTENDING TO CALL.

16:29:56 10        MR. FONG:  YES, YOUR HONOR.  I SHOULD GET

16:30:01 11   A REPORT FROM HER THIS WEEKEND, AND I'VE NOT HAD A

16:30:05 12   REPORT YET, WHICH, OF COURSE, I WOULD HAVE

16:30:07 13   IMMEDIATELY HAD DISCLOSED TO THE GOVERNMENT.

16:30:08 14        AND AGAIN, YOUR HONOR, UNTIL THE

16:30:10 15   GOVERNMENT CONFIRMS THAT MR. BOURDIER IS LIKELY TO

16:30:15 16   SAY X VERSUS Y, AND I WON'T GET INTO THE

16:30:19 17   PARTICULARS, THERE WAS A CHANCE THAT I WOULD NOT

16:30:21 18   NEED TO CALL MY EXPERT.

16:30:25 19        BUT NOW IT'S CLEAR I WILL CALL MY EXPERT,

16:30:28 20   AND I'LL HAVE THE REPORT READY AND I HAVE SHARED

16:30:31 21   WITH THE GOVERNMENT EXACTLY WHICH DOCUMENTS SHE

16:30:37 22   WILL BE OPINING ON.

16:30:39 23        I KNOW THAT'S NOT THE SAME AS THE REPORT.

16:30:40 24   AND I WILL GET TO THE GOVERNMENT HER CV, WHICH I

16:30:43 25   WAS GOING TO PRINT FROM HER WEB SITE, WHICH, AGAIN,

96

16:30:46 1    THAT'S MY RESPONSIBILITY.  BUT PART OF THE PROBLEM

16:30:49 2    WAS THAT I THOUGHT THERE WAS A STRONG PROBABILITY

16:30:58 3    THAT I WOULDN'T NEED TO CALL HER, BUT I DO NEED TO

16:31:01 4    CALL HER AND I IMMEDIATELY MADE ARRANGEMENTS.

16:31:04 5            THE COURT:  AND THE OTHER THING WE NEED

16:31:05 6    TO SCHEDULE IS A SESSION WHERE WE CAN DISCUSS JURY

16:31:09 7    INSTRUCTIONS.  I DON'T WANT TO LEAVE THAT TO THE

16:31:15 8    LAST MINUTE ALSO.  I WANT TO MAKE SURE WE HAVE

16:31:17 9    THOSE IN PLACE PRIOR TO ANY ARGUMENT, OF COURSE.

16:31:23 10           SO START THINKING ABOUT THAT OVER THE

16:31:25 11   WEEKEND, AND WE'LL LOOK AND SEE WHERE WE CAN

16:31:27 12   PERHAPS SCHEDULE THAT, THAT MEETING.

16:31:29 13           I HAVE A CRIMINAL CALENDAR MONDAY

16:31:31 14   AFTERNOON.  TYPICALLY I CAN GET THAT FINISHED BY

16:31:35 15   3:00 OR 4:00 O'CLOCK.

16:31:37 16           SO THAT PROVIDES US AN OPPORTUNITY TO

16:31:39 17   MEET THEN IF THAT'S APPROPRIATE.

16:31:40 18           MR. O'REILLY:  WE WILL BE AVAILABLE.

16:31:43 19           THE COURT:  LET ME THROW THAT OUT FOR

16:31:44 20   YOU.

16:31:44 21           MR. FONG:  YOUR HONOR, THAT WOULD CREATE

16:31:47 22   A HARDSHIP.  MY OFFICE IS IN PALO ALTO AND I

16:31:50 23   ACTUALLY HAVE THINGS LINED UP THINGS FOR THIS TRIAL

16:31:54 24   FOR THE AFTERNOON OF MONDAY.  WELL, IF THAT'S THE

16:32:01 25   ONLY TIME WE CAN MEET, SO BE IT.

                                                          97

16:32:03  1        WELL, AS I SAY, I THROW THAT OUT,

16:32:06  2   TYPICALLY WE DON'T GO THROUGH 5:00 O'CLOCK, WE

16:32:08  3   DON'T RUN THROUGH 5:00 IN OUR CRIMINAL CALENDAR IN

16:32:12  4   THE AFTERNOON.  SO LET ME LEAVE YOU WITH YOUR

16:32:14  5   SCHEDULES THE WEEKEND AND WE CAN TALK ABOUT IT

16:32:16  6   CERTAINLY MONDAY.

16:32:17  7        MR. FONG:  I APPRECIATE THAT, YOUR HONOR.

16:32:19  8        THE COURT:  AND IF WE DON'T MEET MONDAY

16:32:21  9   AFTERNOON FOR JURY INSTRUCTIONS, THEN WE'LL NEED TO

16:32:25 10   FIND SOME TIME IN THE NEXT COUPLE OF DAYS TO

16:32:28 11   ACCOMPLISH THAT.

16:32:29 12        SO BE THINKING ABOUT THAT BECAUSE I

16:32:33 13   OBVIOUSLY WANT TO HAVE THAT PACKET IN PLACE PRIOR

16:32:36 14   TO ARGUMENT.

16:32:37 15        MR. FONG:  SURE.

16:32:39 16        THE COURT:  OKAY.  ANYTHING ELSE?  ANY

16:32:41 17   OTHER HOUSEKEEPING THAT WE NEED TO BRING UP?

16:32:44 18        MR. O'REILLY:  NOTHING FROM THE

16:32:46 19   GOVERNMENT, YOUR HONOR.

16:32:47 20        THE COURT:  OKAY.  GREAT.

16:32:48 21        MR. FONG:  NOTHING FROM THE DEFENSE.

16:32:50 22        THE COURT:  HAVE A GREAT WEEKEND.

16:32:51 23   THANKS.  THANK YOU.

24        (WHEREUPON, THE EVENING RECESS WAS

25   TAKEN.)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4                        CERTIFICATE OF REPORTER

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13           THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22               /S/

                 _____
23               IRENE RODRIGUEZ, CSR, CRR
16:32:53         CERTIFICATE NUMBER 8074
16:32:53 24
16:32:53         DATED:  DECEMBER 10, 2011
16:32:53 25
16:32:53

                                                      100