UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME**: 20  mins

## CRIMINAL MINUTES

**Judge:** Edward J. Davila
**Date:**   April 30, 2012
**Case No.:** CR-05-00215 EJD
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**U.S. Pretrial Services Officer:** N/A
**Interpreter:**   N/A

### CASE TITLE

USA v. Eric Aaron Lighter (C)(P)

### APPEARANCES

**Attorney(s) for Government**: Charles O'Rielly
**Attorney(s) for Defendant(s)**: Mary Conn

### PROCEEDINGS

1. Motion to Strike Defendant Lighter's Pro Se Filings [Doc. 281]
2. Status Conference re Defendant's First Motion to Continue Unopposed Motion to Continue Sentencing [Doc. 277]

### ORDER AFTER HEARING

Hearing held.   The Court GRANTED the Motion to Continue the Sentencing date. The Court continued the matter to **September 10, 2012 at 1:30 PM.**  For the reasons stated on the record, the Court GRANTED the Government's motion to Strike Defendant Lighter's Pro Se Filings.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original: Efiled**
**CC: K. Mar**