ERIC LICHTER
12010880/EBN 727
SANTA CLARA MAIN JAIL #347E
885 N. SAN PEDRO ST.
SAN JOSE, CA 95110

CR No. 05-215-EJD

(UNDER SEAL)

U.S. GRAND JURIES ("GJ")

U.S. DISTRICT COURT ("USDC")

NORTHERN DISTRICT OF CALIFORNIA ("NOCA")

AT SAN JOSE ("SJ")

**RECEIVED SEP 17 2012 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE**

TO: FOREPERSON OF MOST RECENTLY EMPANELED GJ, NOCA, SJ therein

to be delivered by:

c/o HONORABLE JUDGE EJ DAVILA, USDC, NOCA, SJ

<u>In re: KENNETH BONANO, et al.</u>) GJ Case No. 1     MOTION FOR DECLARATORY
<u>U.S. v. ERIC LICHTER</u>         ) CR. No. 05-215 EJD RULING, RE: TORTURE, ETC.;
                                                        DECLARATION

MOTION FOR DECLARATORY RULING, RE: TORTURE, ETC.

COMES NOW, ERIC LICHTER, pro se ("Lighter"), and hereby submits this pleading and requests that the GJ Clerk or the Court give a copy to the NOCA GJ, the parties and to Lighter in the enclosed envelope, plus U.S. Attorney M. Haag.

1. Lighter moves this Court for a Declaratory Ruling that:

a. Lighter's wrongful remand is a form of torture;

b. Lighter's felony confession(s) to joining (1) Kenneth Bonano, et al., (2) Charles O'Reilly, AUSA, and (3) Katherine Wong, AUSA, in their crimes against Lighter and the NOCA GJ, together with Lighter's charges and bonding to said GJs have been blocked, tampered with and otherwise "stolen" (at least control thereof) by O'Reilly/Wong/Bonano, et al., and this Court has at least allowed same; including per Omnibus Returns since 2002;

c. This has defiled the NOCA, requiring review of all criminal cases in NDCA since 2002, and reporting same to the 9th Circuit Court of Appeals.

Lighter withdraws said Motion upon his immediate release.

hp envelope 2. Regarding the herein Twelvth Addendum dated 9-6-2012, Lighter has no knowledge or experience of having an "interest" in a corporate act merely

①

by being an officer or director in such corporation. Lighter is unaware of any precedence on any Hawaii law or caselaw, which venue controls Hawaii corporations," stated as the Declaration of Eric Lighter under penalty of perjury to the best of his recollection". *Eric Lighter*

The subject, alleged to be offending 12-26-2011 letter did not concern any California corporation but rather a Hawaii corporation to an Oregon couple in a letter from Hawaii to Oregon persons who had and have no interest in the subject Oregon property. Thus, California corporate law can not be applied, and corporate law is state law and not Federal. The 12-26-2011 letter can not legally be an offending "transaction", including due to same being merely a proposal to be negotiated further with the tenants, which the recipients were not (tenants). It is almost impossible to pierce a Hawaii corporation.

3. The hereto sister case In re Lighter, fka In re Bonano, CV12-2802-SI, USDC, NDCA, is thankfully closed, which case unfortunately had an open docket and therefore violated GJ secrecy, FRCP 6. However, Lighter invoked a mirror case before Judge Susan Illston, In re Bonano, et al., GJ Case No. 3-SI, NDCA, see dkt. #12, page 3 of said CV12-2802-SI. Lighter wrote Judge Illston on 9-12-2012 regarding going forward with GJ Case No. 3. The closure of CV12-2802 was without prejudice for procedural reasons now corrected.

4. Since O'Reilly, Wong and Bonano, et al have not honored Lighter's 18 USC §3332(a) and related requests, Lighter hereby calls on U.S. Attorney Melinda Haag [①] to deliver Lighter's charges, confession(s) and bonding herein and in, In re Lighter, CV12-2802-SI, USDC, NDCA (Lighter requested it be sealed), In re Bonano, et al. GJ Case 3-SI, USDC, NDCA, C/o Judge Susan Illston, and U.S. v. Cermak, et al, 1:12-cv-603-CL, USDC, OR-Medford

This request is pursuant to 18 USC §3332(a) and the record herein. The instant Motion also based on said record.      DATED: 9-12-2012   *Eric Lighter*

[①] and any successor U.S. Attorney                                    ERIC LIGHTER

②