RECEIVED

OCT 9 – 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

STATUS LETTER

| | |
|---|---|
| FROM | ERIC LIGHTER |
| TO | HONORABLE JUDGE EJDAVILA, USDC, NDCA-SJ |
| DATE | 10-3-2012 |
| RE | U.S. v. LIGHTER, CR No. 05-215-EJD, copy requested to go to parties herein. |

Your Honor,

    I write this letter because it seems you read my letters, but not my pleadings.

1. PRELIMINARY MATTER. Since I submitted felony confession(s), in herewith submitted Grand Jury ("GJ") Case No.1, In re: Bonano, et al., same gives the GJ exclusive jurisdiction over my GJ confession(s)[①], GJ bonding, GJ charges, GJ declarations, GJ pleadings, etc.; especially since same are the exclusive property of the GJ. This Article III court must wait for the GJ to forward said case to the Article III court. As a practical matter, since both the GJ and Article III court have the same judge (you), although for different reasons, once the casefile is forwarded to the GJ, the GJ can choose how it wants to proceed, i.e. with or without the judge's supervision. However, as supervisor of the GJ, you have a duty to be fully and reasonably advised. Please read my pleadings in GJ Case No.1, at least from the 7-4-2012 Omnibus Petition forward. Continued suppression of my felony confession(s) and other GJ property noted above appears to be in clear violation of a basket of title 18 offenses against the GJs and me as their co-victim. I still insist that I personally testify before the GJs as their confessor/witness. The related two main motions pending are the 7-4-2012 Omnibus Petition and 9-12-2012 Motion for Declaratory Ruling. Please rule on these motions or give them to the GJ for their response. This is proper since the GJ procedures include case docketing, evidence review, transcripting, discovery orders pursuant to motions/requests, etc. I have attended a federal GJ in session (18 jurors) as a silent visitor and experienced the truth of the above firsthand. Support for the

① 5th Amendment, U.S. Constitution

-1-

above can be seen in In re: Wells Fargo, dba Eric Lighter, Case No. 94-2094, US. Supreme Court, a herein gov't. trial exhibit. All criminal and many civil cases in NOCA are even now affected by the integrity of this case and G. J Case No. 1.

2. As a former Santa Clara public defender counsel, you have seen many examples of a very strong hammer coming down for even slight violations. In my case, the record I ask you to read is clear that I committed no violations and caused nor intended to cause no losses; innocent SAVE FOR perjury, subornation of perjury and other violations of law and deceptions against me and GJs. My remand was wrongful due to fraud on this Court, including for these reasons:

a. Hawaii law governs the subject Hawaii corporations, and pursuant thereto,

   (1) The alleged to be offending 12-28-2011. letter to Cermak was from a Hawaii corporation, Square Root of 25, Ltd. ("SR25"),

      (a) I had no ownership or benefit interest in, according to Hawaii law,

      (b) the letter was a rent proposal, not a transaction,

      (c) the letter was sent to a the wrong party, a non-tenant,

      (d) my attempted resignation from SR25 failed, and would not have violated the 12-21-2011 order anyway since I had no interest in SR25 (and still do not).

   (2) Hawaii corporations are never presumed pierced, and same is highly disfavored, resulting in it being extremely difficult to pierce a Hawaii corporation. Merely being an officer or director bestows no interest therein.

   (3) Even the IRS agrees since in 2008 it put a tax lien on SR25, and that tax liability does not nor cannot affect me personally.

b. The mid January 2012 Richardson/JI Foundation letter that caused and is the basis of the remand motion is a fraud on the Court by Richardson and the AUSA who embraced said letter,

   (1) the actors knew that Richardson's claim to own the Oregon property was and is false, and neither are the Cermaks the (or his) tenants

-2-

(2) the gov't's mid 2005 tax liens and 4-6-2012 Oregon Complaint are false and "fake", but both recognize that Richardson/JJ sold the property in 2003, and thus I could not be a "danger to the community".

c. I, Lighter, never received a copy of said 12-21-2011 order from my counsel, ever, nor did he respond to me, which caused this Court to remove him.

d. the gov't lied to this Court at the 3-9-2012 remand hearing by claiming (emphatically) that Hawaii corporate annual reports caused post order corporate slate changes, despite knowing that no such reports even cause slate changes. The changes all occured pre-trial, as I have so testified under penalty of perjury, no later than 12-1-2011.

e. The 12-21-2012 order mistakenly insisted that Probation is my supervisor despite there being no one assigned to me.

f. The order was in other ways confusingly written.

g. When the Court asked Lighter to confer with counsel at the 12-21-2011 hearing, such confering was actually for about half a minute as I recall.

h. Lighter has testified under oath that he had no thought or intention of violating the 12-21-2011 or any order of this Court.

i. My pleadings I am asking you to read and give to the GJs, detail numerous other violations of law and deceptions against the GJ and me as their co-victim, by the gov't, ie. Bonano, etal; including felony threat(s) by AUSA, wherefore attorney Mary Conn was removed as my counsel after testifying that she was my material witness; it was "impossible" to represent me.

3. Mary Conn was replaced by Jay Rorty, who if he files any post-trial motions herein, the requests/motions by me should be heard therewith, or earlier. The AUSA have committed more than mere violations herein, as my confession, etc. confirms.

DATED: 10-3-2012    E. Lighter

ERIC LIGHTER



SAN JOSE CA 950

04 OCT 2012 PM 3 L

Equality
FOREVER

ERIC LICHTER
1201080/EBN 727
SANTA CLARA MAIN JAIL # 3478
885 N. SAN PEDRO ST.
SAN JOSE CA 95110

LEGAL MAIL

HONORABLE JUDGE E J DAVILA
U.S. DISTRICT COURT
280 S. FIRST ST.
SAN JOSE, CA 95113

9511 3309599

**County Jail Generated**
**Inmate Mail**