ERIC LIGHTER
12010 BBO1EBN727
SANTA CLARA MAIN JAIL #347E
885 N. SAN PEDRO ST.
SAN JOSE, CA 95110

HONORABLE JUDGE E. DAVILA                                       11-1-2012
US DISTRICT COURT
280 S. FIRST ST                        Re: US v. Lighter, CR No. 05-215-EJD
SAN JOSE, CA 95113

Your Honor,                  RE: In re Bonanno, et al, Grand Jury ("GJ") Case No. 1

Will you please have a clerk send me forms for a civil rights action with civil cover sheet and application for in forma pauperis. My case is one of religious discrimination, among other things. My confession(s) is/are of deep Christian faith, and based on judeo-Christian foundations going back to the Law of Moses, Lev 5:5. My confession(s) is being overtly suppressed, together with its grand jury bonding, pleadings, exhibits, etc. including in violation of 18 USC §3332(a), and a number of title 18 statutes. A Christian synonym for confession is repentance, a legal one is allocution. Christian purity is my inalienable and US Constitutional right denied, in this case the freedom of the Christian expression of my confession. The result is a form of state imposed religious mandate, to wit: Thou shalt not confess to actual felonies of U.S. government attorneys and/or IRS personnel which the Christian joined and may be equally liable of. This can be called the San Jose Doctrine. The grand juries are both co-victims with me, and confession blocking assailant, albeit used as such by government personnel. The grand jury confession suppression goes back to mid 2002 with Sam Fung's Omnibus Return ("OR") and GJ confessions therein; also in 2003 HCHC "disappeared" OR, and April 2004 Goutnick OR. This Doctrine resulted in my own grand juries being materially defiled, as proven by the current suppression and GJ tampering, defiling all allocutions in the NDCA, thereby also making this matter of great public interest. There is no GJ immunity for felonies committed by or against GJs. Including for reason of my agreement with the Williams v. Haag, et al, CV12-3310-SI, USDC, NDCA, Christian view, the confession tampering could be considered a hate crime, re: very divisive issues with material opposition by the government to the Biblical Christian view. The government's reaction to the above has been mockery to felony threats, among several cases.

ERIC LIGHTER

① with exceptions

ERIC LIGHTER
12010880/EBN727
SANTA CLARA MAIN JAIL #347E
885 N. SAN PEDRO ST
San Jose, CA 95110



SAN JOSE CA 950
01 NOV 2012 PM 2 L

Liberty
FOREVER

HONORABLE JUDGE CJ DAVILA
U.S. DISTRICT COURT
280 S. FIRST ST
SAN JOSE, CA 95113

ail Generated
ail

95113300299