UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:** 4 mins

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:**    December 3, 2012 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR-05-00215  EJD | **U.S. Probation Officer:** Trevor Lilian |
| **Related Case Nos.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:**  N/A |

## CASE TITLE

USA v. Eric Aaron Lighter (C)(P)

## APPEARANCES

**Attorney(s) for Government**: Charles O'Reilly (telephonic)
**Attorney(s) for Defendant(s)**: Jay Rorty, Vishad Dewan

## PROCEEDINGS

Status Conference re Sentencing

## ORDER AFTER HEARING

Hearing held.  The Court continued the matter to February 25, 2013 at 1:30 PM for Further Status Conference re Sentencing. Counsel for the government is permitted to appear by telephone at the next scheduled date.  The Court submitted the defendant's request to file anticipated motions.

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original:** Efiled
**CC:**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter