IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ERIC AARON LIGHTER,

        Defendant.

_____/

CASE NO. 5:05-cr-00215-EJD

**ORDER ADVANCING HEARING ON DEFENDANT LIGHTER'S MOTION FOR NEW TRIAL UNDER FED. R. CRIM. P. 33**

      In light of the parties' stipulation requesting that the hearing set for Defendant Lighter's Motion for New Trial Under Fed. R. Crim. P. 33 be advanced from the currently scheduled date and time of May 23, 2013 at 1:30 PM, to May 16, 2013 at 9:00 AM, and finding no prejudice therefrom, the hearing is advanced from May 23, 2013 at 1:30 PM, to May 16, 2013 at 9:00 AM. **IT IS SO ORDERED.**

Dated: 4/4/2013

_____
EDWARD J. DAVILA
United States District Judge