ERIC LIGHTER
12010BB01EBN727
SANTA CLARA MAIN JAIL #3478
885 N. SAN PEDRO ST.
SAN JOSE, CA 95110 pro se

U.S. DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA AT SAN JOSE

U.S. v. ERIC LIGHTER )  Case No. 05-215-EJD

2013 DEC -9 P 4:42

APPEARANCE PRO SE, RE: 1:30pm 12-9-2013 HEARING

COMES NOW ERIC LIGHTER pro se ("EL") and hereby replaces Jay Rorty as counsel for this case. Mr. Rorty is requested to provide assistance of counsel, but best from another. EL is "innocent" of the conviction charges. EL is innocent of violating any order of this Court, including with the (about) 12-26-2013 "Cermak letter," as the Court ruled, lines 23-26 of page 2 to line 1 of page 3 of EL's Motion to Reconsider.① EL hereby squarely puts on the record and at issue herein the following cases, including all the therein incorporated cases in toto,

a. Lighter v. U.S. Grand Juries, NDCA, et al., CA9 appeal No. 13-15876, and its case below;
b. U.S. v. Cermak, et al., CA9 appeal No. 12-36020, and its case below; and
c. U.S. v. Bonds, CA9 en banc appeal No. 11-10669, and its case below.

EL hereby respectfully requests this Court:

1. Continue the 12-9-2013 hearing for 60 days to allow further briefing;

2. Consider EL's felony confession(s), presented in said 3 appeals and the therein incorporated cases including in Grand Jury Case No. 1 located in the misc. file herein, and forward same to one or more U.S. Grand Juries now, recognizing that EL is not asking same to prosecute others;

3. Consider sanctions against U.S. Probation for concealing the important facets of the above, and possible violation of 18 USC §§ 4 and 1503; and

4. The 11-18-2013 and 11-20-2013 letters from EL to U.S. Probation, which EL also sent to this Court on 11-28-2013, be also considered.

If this Court will not grant said continuance, EL seeks new counsel and resigns pro se

① see also 1-18-2013 EL Declaration in Lighter v. U.S. Grand Juries (item "a." above) at Dkt #5 thereof (the case below)            12-5-2013 _EL ighter_ ERIC LIGHTER, pro se

see Declaration on page 2 hereof

## DECLARATION

I, Eric Lighter, declare under penalty of perjury that I believe that said confession(s) as supported by the herein expanded record shows that I did not and could not receive a fair indictment and trial, hence the need for the instant brief. I have not seen Dr. Greene's final report.

12-5-2013  *[signed]*
ERIC LIGHTER

COS. The parties are sent copies hereof.

12-5-2013  *[signed]*
ERIC LIGHTER, pro se

ERIC LICHTER
12010880JEBN727
SANTA CLARA MAIN JAIL #347E
885 N. SAN PEDRO ST.
SAN JOSE, CA 95110

URGENT/TIME SENSITIVE

County Jail General
Inmate Mail

HON. JUDGE E.J. DAVILA
U.S. DISTRICT COURT
280 S. FIRST ST.
SAN JOSE, CA 95113