UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME:** 7 mins

## CRIMINAL MINUTES

**Judge:** Edward J. Davila  **Courtroom Deputy:** Elizabeth Garcia
**Date:**  January 6, 2014  **Court Reporter:** Irene Rodriguez
**Case No.:** CR-05-00215 EJD  **U.S. Probation Officer:** N/A
**Related Case No.:** N/A  **U.S. Pretrial Services Officer:** N/A
 **Interpreter:** N/A

## CASE TITLE

USA v. Eric Aaron Lighter (C)(P)

## APPEARANCES

**Attorney(s) for Government**:  Gary Fry for Charles O'Reilly, Katherine Wong
**Attorney(s) for Defendant(s)**: Jay Rorty

## PROCEEDINGS

**Status Hearing re Referral of Mental Competency and Motion to Withdraw as Counsel [Doc. 443]**

## ORDER AFTER HEARING

Hearing Held. The Court issued Order re Referral of Mental Competency. The Court to inquire of confirmation of referral for mental competency evaluation. Further Status Hearing re Mental Competency Evaluation set for March 10, 2014 at 1:30 PM. Defendant counsel's motion to withdraw as counsel continued to March 10, 2014 at 1:30 PM.

**P/NP:** Present, Not Present  **Elizabeth C. Garcia**
**C/NC:** Custody, Not in Custody  **Courtroom Deputy**
**I:** Interpreter  **Original:** Efiled
 **CC:**