# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
## Judge Edward J. Davila
Courtroom 4 - 5th Floor
## Criminal Minute Order

**TIME IN COURT**: 2 hrs 36 mins
(9:05 – 10:47; 10:57 – 11:51)

**Date: April 28, 2015**
**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Irene Rodriguez**

U.S. Probation Officer: N/A
U.S. Pretrial Services Officer: N/A
Interpreter: N/A

**CASE NUMBER**: 5:05-cr-00215-EJD
**TITLE: USA v. Eric Aaron Lighter (C)(P)**

Government Attorney(s) present: Charles O'Reilly, Katherine Wong
Defendant Attorney(s) present: Jay Rorty

## PROCEEDINGS: Hearing re Competency Evaluation

## ORDER AFTER HEARING:

The Court heard testimony from Dr. Angela Weaver re: report. The Court affirms previous order that the defendant is not competent for sentencing proceedings. The Court refers the defendant for further evaluation under § 4246. The Court set a Further Status Hearing on June 1, 2015 at 1:30 PM. Defendant does not need to be present. Government counsel may appear by telephone for the hearing.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original: Efiled**
**CC:**